# EXHIBIT 2

8785

Mr. David B. Potter
January 9, 1998
Page 2
Act. No.: 1015517

bc: **Ms. M. A. Breazeale**: Attached is one fully executed original of the referenced Agreement for filing in Archives.

**Mr. J. L. Wagner:** With copy of Agreement.

**Mr. E. G. Cody:** With copy of Agreement.

**Mr. F. R. Macchiaverna:** With copy of Agreement.

**Mr. W. Hackett:** With copy of Agreement.

**Mr. N. M. Baker:** With copy of Agreement.

**Mr. G. D. Porter:** With copy of Agreement.

SKB:dmd/1015517.SKB/1-2



RECEIVED ARCHIVES

JAN 1 4 1998

MAB RDM
RDP CWH
COMPL



**Norfolk Southern Corporation**
Real Estate and Contract Services
Suite 1650, One Georgia Center
600 West Peachtree Street, N.W.
Atlanta, GA 30308-3603

S. K. Billingsley
Contract Analyst
My Direct Line Is:
Phone:(404) 529-2330
FAX:(404) 527-2783

January 9, 1998
Act. No.: 1015517

Mr. David B. Potter
Senior Vice President
American Italian Pasta Company
1000 Italian Way
Excelsior Springs, MO 64024

RE: **COLUMBIA, South Carolina** - Agreement dated and effective December 19, 1997 between Norfolk Southern Railway Company and American Italian Pasta Company concerning construction, operation and maintenance of industrial tracks.

Dear Mr. Potter:

For your records, enclosed is one fully executed original of the referenced Agreement.

Norfolk Southern appreciates having the opportunity to serve you. Please contact me if I can be of further assistance.

Very truly yours,

Sheila K. Billingsley

Enclosure
SKB:dmd/1015517.SKB

THIS SUPPLEMENTAL AGREEMENT, made between

**NORFOLK SOUTHERN RAILWAY COMPANY**, a Virginia corporation, hereinafter styled "Railway", and

**AMERICAN ITALIAN PASTA COMPANY**, a _Delaware_ corporation, hereinafter styled "Industry":

## W I T N E S S E T H

WHEREAS, an Agreement was entered into between Railway, and Industry dated July 28, 1995 (hereinafter called "Agreement") concerning construction, operation and maintenance of two tracks at Columbia, South Carolina to serve the business of Industry; and

WHEREAS, Industry proposes to construct two additional tracks, designated as Track No. 3 and Track No. 4, and two storage tracks, designated as Storage Track No. 1 and Storage Track No. 2 (hereinafter collectively "Track") as shown on print of Plan No. AF-0680 R1, dated October 24, 1996, revised May 28, 1997, attached hereto and made a part hereof.

NOW, THEREFORE, the parties hereto agree as follows:

(1) Railway will construct, own and maintain that portion of Storage Track No. 1 from Station 36+86.56 to Station 34+27, including double switch point derail.

(2) Industry will construct, own and maintain the portion of the Storage Track No. 1 from Station 34+27 to the end; and all of Storage Track 2, and Tracks 3, and 4.

(3) Industry will provide the grading, seeding, mulching and furnish and install all drainage facilities as may be necessary and required by Railway for the construction of Track;

(4) Industry will arrange for alterations of utility lines and pipelines of third parties as may be required by Railway for the construction of Track; and

(5) Industry will pay to Railway, the sum of $72,618.00, which is the cost of constructing the portion of Track to be constructed by Railway, which cost includes the estimated cost of construction, engineering, signal construction, flagging and alterations in communication or signal lines of Railway required for the construction of the Track.

The parties hereto agree that all of the terms, covenants and conditions of said Agreement shall apply as fully to the Track as if the Track had been covered under the Agreement at its execution, and except as herein modified or amended, all other terms and conditions contained in said Agreement shall remain in full force and effect.

As to Railway

WITNESS:

As to Industry

COMPANY

By _[signature]_
Title: General Manager

**AMERICAN ITALIAN PASTA COMPANY**

By _[signature]_
Title: Sr. VP

This Supplemental Agreement shall be effective as of the _19th_ day of _Dec._, 19_97_

Executed in duplicate, each part being an original, as of the _19th_ day of _Dec_, 19_97_

| WITNESS: | NORFOLK SOUTHERN RAILWAY COMPANY |
|---|---|
| _D. K. Billingsley_ (signature)<br>As to Railway | By _DM Kimbrough_ (signature)<br>Title: General Manager |
| WITNESS: | AMERICAN ITALIAN PASTA COMPANY |
| _Kerri Adkins_ (signature)<br>As to Industry | By _(signature)_<br>Title: _Sr. VP_ |

SKB 10/28/97 1015517 Supp.

