UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Norfolk Southern Railway Company, | ) C/A No. 3:25-cv-06618-SAL |
| *Plaintiff,* | ) **DEFENDANT TREEHOUSE FOODS, INC.** |
| | ) **NOTICE OF MOTION AND RULE 12(B)(2)** |
| Versus | ) **MOTION TO DISMISS FOR LACK OF** |
| | ) **PERSONAL JURISDICTION** |
| American Italian Pasta Company, and Treehouse Foods, Inc., | ) |
| *Defendants*. | ) |

TO:     RONALD K. WRAY, II AND WILLIAM E. WHITNEY, III, ATTORNEY FOR THE PLAINTIFF:

The Defendant Treehouse Foods, Inc. (hereinafter "the Defendant" or "Treehouse"), by and through its undersigned counsel, moves the Court for an Order granting relief pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure for a lack of personal jurisdiction. Plaintiff has failed to allege that Treehouse has sufficient contacts with South Carolina to establish this Court's jurisdiction over them under sound principles of due process. Treehouse's connections with Plaintiff's allegations are minimal to non-existent. See Exhibit A, Affidavit of Dan Feldman. As such, the Plaintiff's claims against Defendant Treehouse should be dismissed pursuant to Rule 12(b)(2), FRCP.

The above motion and requested relief are based upon and supported by the pleadings in this action, applicable case law and statutory authority, any affidavits, and a forthcoming memorandum of law.

        HOOD LAW FIRM, LLC
        172 Meeting Street
        Post Office Box 1508
        Charleston, SC  29402
        Phone: (843) 577-4435
        Facsimile: (843) 722-1630


        */s/ James B. Hood*
        James B. Hood (9130)
        james.hood@hoodlaw.com
        John O. Radeck, Jr. (12021)
        john.radeck@hoodlaw.com

        *Attorneys for the Defendant*
        *Treehouse Foods, Inc.*

August 18, 2025
Charleston, South Carolina