UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Norfolk Southern Railway Company, ) | C/A No. 3:25-cv-06618-SAL |
| ) | |
| *Plaintiff*, ) | **DEFENDANT TREEHOUSE FOODS, INC.** |
| ) | **NOTICE OF MOTION AND MOTION** |
| Versus ) | **FOR PROTECTIVE ORDER TO STAY** |
| ) | **DISCOVERY** |
| American Italian Pasta Company, and ) | |
| Treehouse Foods, Inc., ) | |
| ) | |
| *Defendants*. ) | |

TO:   RONALD K. WRAY, II AND WILLIAM E. WHITNEY, III, ATTORNEY FOR THE PLAINTIFF:

The Defendant Treehouse Foods, Inc. (hereinafter "the Defendant" or "Treehouse"), by and through its undersigned counsel, moves the Court for an Order granting relief pursuant to Rule 26(c) of the Federal Rules of Civil Procedure from the disclosure of discovery pending the resolution of Defendant's Motion to Dismiss. A court may stay discovery during the pendency of a dispositive motion if there is good cause to do so. *Boudreaux Grp., Inc. v. Nexsen*, 2018 U.S. Dist. LEXIS 228859, *10 (internal citations omitted) (finding "good cause" to grant the discovery stay pending a motion to dismiss, because the motion to dismiss rested upon the question of subject matter jurisdiction and could obviate the need for discovery altogether).

Plaintiff has failed to allege that Treehouse has sufficient contacts with South Carolina to establish this Court's jurisdiction over them under sound principles of due process. Treehouse's connections with Plaintiff's allegations are minimal to non-existent. See Exhibit A, Affidavit of Dan Feldman. As such, the Plaintiff's claims against Defendant Treehouse should be dismissed pursuant to Rule 12(b)(2), FRCP. Due to the nature of the pending Motion to Dismiss, this Court has "good cause" to stay discovery until the Motion to Dismiss can be heard and ruled upon.

Discovery would not be needed if the Court rules in Defendant's favor. Therefore, "good cause" exists.

The above motion and requested relief are based upon and supported by the pleadings in this action, applicable case law and statutory authority, any affidavits, and any forthcoming memorandum of law.

HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC  29402
Phone: (843) 577-4435
Facsimile: (843) 722-1630


*/s/ James B. Hood*
James B. Hood (9130)
james.hood@hoodlaw.com
John O. Radeck, Jr. (12021)
john.radeck@hoodlaw.com

*Attorneys for the Defendant
Treehouse Foods, Inc.*

<u>August 18, 2025</u>
Charleston, South Carolina