UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Norfolk Southern Railway Company, | ) C.A. No. 3:25-cv-6618-SAL |
| ) | |
| Plaintiff, | ) |
| ) | |
| v. | ) **STIPULATION OF DISMISSAL** |
| ) **WITHOUT PREJUDICE AS TO** |
| American Italian Pasta Company, and | ) **TREEHOUSE FOODS, INC.** |
| Treehouse Foods, Inc., | ) |
| ) | |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Norfolk Southern Railway Company ("Norfolk Southern"), Defendant American Italian Pasta Company ("AIPC"), and Defendant Treehouse Foods, Inc. ("Treehouse") stipulate and agree to dismiss Treehouse from this litigation without prejudice. Norfolk Southern and Treehouse further stipulate and agree that the statute of limitations applicable to Norfolk Southern's claims against Treehouse is tolled during the duration of this action. Should Norfolk Southern determine it is necessary to add Treehouse as a party to this action or file a separate action against Treehouse relating to the incident set forth in the complaint, Treehouse agrees that it will not raise the statute of limitations as a defense and the amended or new pleadings shall be deemed to have been filed as of the date of the filing of the original complaint in this action. This stipulation of dismissal is signed by all parties who have appeared in this action. Further, this stipulation of dismissal applies to Treehouse only and shall not affect in any way Norfolk Southern's claims against AIPC, which remain pending.

WE SO STIPULATE AND AGREE:

s/Ronald K. Wray, II
Ronald K. Wray, II (Fed Bar # 5763)
William E. Whitney, III (Fed Bar # 14024)
GALLIVAN, WHITE & BOYD, P.A.

                                          55 Beattie Place, Suite 1200  
                                        P.O. Box 10589  
                                        Greenville, SC 29603  
                                        Telephone: (864) 271-5362  
                                        Facsimile: (864) 271-7502  
                                        rwray@gwblawfirm.com  
                                        wwhitney@gwblawfirm.com  

                                        *Attorneys for Plaintiff*  
                                        *Norfolk Southern Railway Company*

September 2, 2025  
Columbia, South Carolina

                                        <u>s/ John O. Radeck, Jr.</u>  
                                        James B. Hood (9130)  
                                        John O. Radeck, Jr. (12021)  
                                        HOOD LAW FIRM, LLC  
                                        172 Meeting Street  
                                        Post Office Box 1508  
                                        Charleston, SC 29402  
                                        Phone: (843) 577-4435  
                                        Facsimile: (843) 722-1630  
                                        james.hood@hoodlaw.com  
                                        john.radeck@hoodlaw.com

                                        *Attorneys for Defendants*  
                                        *American Italian Pasta Company and*  
                                        *Treehouse Foods, Inc.*

September 2, 2025  
Charleston, South Carolina