UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Norfolk Southern Railway Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>American Italian Pasta Company )<br>)<br>Defendants. )<br>)<br>)<br>) | C/A No.: 3:25-cv-06618-SAL<br><br><br><br><br>**MOTION FOR ENTRY OF<br>CONFIDENTIALITY ORDER** |

CONSENT:

    The attached proposed Confidentiality Order is requested:

__X__    by consent of all parties.

_____    by consent as to some, but not all, of the terms.

_____    by some, but not all, parties.

CONTENT:

    The attached proposed Confidentiality Order:

_____    is identical to the standard form on the court's website.

__X__    has been revised by deleting the Reading Room provision, but no other changes have been made (*redlined copy not required*).

_____    is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy of the document.

| | |
|---|---|
| **WE SO MOVE**<br>*s/ Ronald K. Wray, II*<br>Signature<br>Ronald K. Wray, II<br>Printed Name<br><br>Counsel for Plaintiff Norfolk Southern Railway Company<br><br>Date: September 22, 2025 | **WE SO MOVE/CONSENT**<br>*s/ John O. Radeck, Jr.*<br>Signature<br>John O. Radeck, Jr.<br>Printed Name<br><br>Counsel for Defendant American Italian Pasta Company<br><br>Date: September 22, 2025 |