UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Norfolk Southern Railway Company, | C/A No. 3:25-cv-06618-SAL |
| *Plaintiff*, | **CONSENT MOTION TO AMEND THE ANSWER OF AMERICAN ITALIAN PASTA COMPANY** |
| Versus | |
| American Italian Pasta Company, | |
| *Defendant*. | |

TO:   RONALD K. WRAY, II AND WILLIAM E. WHITNEY, III, ATTORNEY FOR THE PLAINTIFF:

COMES NOW, Defendant American Italian Pasta Company (hereinafter "Defendant" and/or "AIPC"), by and through its counsel, and files this Motion to Amend its Answer to Plaintiff's Complaint, with the consent of the Plaintiff, in the above captioned case pursuant to Federal Rule of Civil Procedure 15 and Local Rule 7.02.

## MOTION FOR LEAVE TO AMEND

1. Pursuant to Rule 15 of the Federal Rules of Civil Procedure AIPC files this Motion for Leave to File its Amended Answer requesting this Court grant it leave to amend AIPC's Answer to Plaintiff's Complaint and to file its Amended Answer attached hereto as Exhibit "A".

2. Plaintiff filed Complaint on July 1, 2025 (ECF 1).

3. In response, AIPC filed its Original Answer (ECF 6) on August 18, 2025.

4. AIPC now seeks to amend its Answer to correct an error in having previously omitted the word "not" in bold font below, which is the only addition in the Amended Answer. The amended portion now will read:

> In response to Paragraph 24 of the Complaint, the allegations are not directed at Defendant AIPC such that no response is required. To the extent a response is

required, Defendant admits only that the derail did **not** operate to derail the locomotive. (emphasis added for purposes of this motion).

5. Plaintiff's counsel granted their consent to AIPC amending its Answer

6. The deadline to amend pleadings is November 3, 2025. (ECF 10).

7. This case is not scheduled for trial before May 2026. (ECF 10).

## **LEGAL ANALYSIS**

Federal Rules of Civil Procedure 15(a)(2) provides that leave to amend the pleadings should be freely given when justice so requires. Enhance-It, L.L.C. v. Am. Access Techs., Inc., 413 F. Supp. 2d 626, 629 (D.C.S. 2006). Additionally, leave to amend should only be denied when the "amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would be futile." Id. (citing Edwards v. City of Goldsboro, 178 F.3d 231, 242 (4th Cir.1999)). In addition to compliance with FED. R. CIV. P. 15(a), parties are obligated to confer or attempt to confer with opposing counsel in a good faith attempt to resolve the matter contained in the motion. Loal Rule 7.02. The Plaintiff has expressed consent in allowing Defendant AIPC to file this Motion and amend its pleadings. The parties will not face prejudice by allowing AIPC to Amend its Answer.

WHEREFORE, Defendant AIPC respectfully requests that this Court enter an Order granting its Motion for Leave to Amend its Answer, and for such other relief to which AIPC may show its justly entitled.

                                       HOOD LAW FIRM, LLC
                                       172 Meeting Street
                                       Post Office Box 1508
                                       Charleston, SC  29402
                                       Phone: (843) 577-4435
                                       Facsimile: (843) 722-1630

                                       */s/ John O. Radeck, Jr.*
                                       James B. Hood (9130)
                                       james.hood@hoodlaw.com
                                       John O. Radeck, Jr. (12021)
                                       john.radeck@hoodlaw.com

                                       *Attorneys for the Defendant*
                                       *American Italian Pasta Company*

<u>September 23, 2025</u>
Charleston, South Carolina


WE CONSENT:

*/s/ Ronald K. Wray, II*
Ronald K. Wray, II, Esquire
rwray@gwblawfirm.com
William E. Whitney, III, Esquire
wwhitney@gwblawfirm.com
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
Greenville, SC 29603
(864) 271-5362

*Attorneys for Plaintiff*