IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Norfolk Southern Railway Company, | ) | |
| | ) | C.A. No. 3:25-cv-06618-SAL |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF NORFOLK SOUTHERN** |
| v. | ) | **RAILWAY COMPANY'S EXPERT** |
| | ) | **DISCLOSURES** |
| American Italian Pasta Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Norfolk Southern Railway Company ("Norfolk Southern") hereby identifies the following expert witnesses who may be called for testimony at the trial of this action:

1.  Foster J. Peterson
    Secretariat International
    1175 Peachtree Street NE, 100 Colony Square, Suite 400
    Atlanta, GA 30361

2.  Dustin S. Bell
    Secretariat International
    1175 Peachtree Street NE, 100 Colony Square, Suite 400
    Atlanta, GA 30361

The undersigned counsel for Plaintiff certifies that the written report prepared and signed by the above experts and the explanations provided herein comply with Fed. R. Civ. P. 26(a)(2)(B) and has been served on counsel of record in this action by electronic mail and U.S. Mail on January 30, 2026.

Plaintiff also reserves the right to call the following witnesses who may offer opinion testimony about the subject matters described in Plaintiff's Local Rule 26.03 Report. These witnesses have not been retained or specially employed to provide expert testimony nor do their duties as

Plaintiff's employees regularly involve giving expert testimony, and therefore no written report is required pursuant to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure.

1.      Justin Brooks
c/o Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Mr. Brooks has knowledge of the investigation conducted following the derailment and the repair of Norfolk Southern's mainline track. He is expected to testify about this knowledge as well as about railroad safety, engineering, and operations. He will also offer opinions as expressed in his deposition previously taken that the derail at the AIPC facility performed as intended and complied with Norfolk Southern policies and procedures and FRA regulations.

2.      Dustin Hall
c/o Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Mr. Hall has knowledge of the investigation conducted following the derailment and the property damage sustained by Norfolk Southern. He is expected to testify about this knowledge as well as about railroad safety, engineering, and operations. He will also offer opinions as expressed in his deposition previously taken and at the trial of the David Small case that the derail at the AIPC facility performed as intended and complied with Norfolk Southern policies and procedures and FRA regulations.

3.      Joseph Hall
c/o Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Mr. Hall has knowledge of the investigation conducted following the derailment. He is expected to testify about this knowledge as well as about railroad safety and operations. He will offer

opinions about the event recorder download and the fact that the Norfolk Southern crew performed properly in handling their train.

4.    Ryan Stege
c/o Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

Mr. Stege has knowledge of the repair process for the Norfolk Southern locomotives involved in the derailment and the damages Norfolk Southern suffered from the loss of use of the locomotives before they were repaired and placed back into service. He will offer opinions about the damage to the locomotives, repairs done by Norfolk Southern and the appropriateness of the time and expense associated with the repair process given the damages sustained in the derailment.

Plaintiff reserves the right to supplement these disclosures as circumstances may warrant, as discovery is still ongoing.

January 30, 2026

*s/ Ronald K. Wray, II*
Ronald K. Wray, II    (Fed Bar # 5763)
William E. Whitney, III (Fed Bar # 14024)
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
P.O. Box 10589
Greenville, SC 29603
Telephone:    (864) 271-9580
Facsimile:    (864) 271-7502
rwray@gwblawfirm.com
wwhitney@gwblawfirm.com

*Attorney for Plaintiff,*
*Norfolk Southern Railway Company*

3