UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Norfolk Southern Railway Company, | ) | C/A No. 3:25-cv-06618-SAL |
| | ) | |
| *Plaintiff*, | ) | **CONSENT MOTION FOR SECOND** |
| | ) | **AMENDED SCHEDULING ORDER AND** |
| Versus | ) | **TO ALTER TIME** |
| | ) | |
| American Italian Pasta Company, | ) | |
| | ) | |
| *Defendant*. | ) | |

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 6.01, the parties hereby jointly move the Court for entry of a Second Amended Scheduling Order in the above matter. The Court previously entered a Consent Amended Scheduling Order (Dkt. Entry No. 22). The proposed Second Amended Consent Scheduling Order would extend Defendant's expert disclosure deadline by one month from February 27th to March 27th. The new scheduling order would also extend the remaining deadlines by 60 days. These deadlines have not been extended previously by motion but rather were extended as part of the Joint Discovery Plan and Local Rule 26.03 Report (ECF 14). Additional time is required to complete party and expert depositions, including the following anticipated depositions: Corporate depositions of each party (being scheduled), depositions of two employees/former employees of Plaintiff named Reggie Jenkins and Prescilla Dixon, Jason Scarpa (billing manager at Norfolk southern), Ryan Stege – works at mechanical department for Plaintiff, Plaintiff's experts – Foster Peterson and Dustin Bell, as to their report on liability and damages, along with anticipate depositions of Defendants to soon to be disclosed experts, likely being three individuals. The parties had been previously focused on written discovery and development of experts, and now intend to focus on completing the aforementioned depositions.

Accordingly, the parties have agreed to the proposed Second Amended Scheduling Order attached hereto and hereby move the Court to enter the same.

Respectfully submitted this 4th day of March 2026.

| **GALLIVAN, WHITE & BOYD, P.A.** | **HOOD LAW FIRM, LLC** |
|---|---|
| **/s/ Ronald K. Wray, II** | **/s/ John O. Radeck, Jr.** |
| Ronald K. Wray, II (Fed. Bar # 5763) | James B. Hood (Fed. Bar # 9130) |
| William E. Whitney, III (Fed. Bar # 14024) | james.hood@hoodlaw.com |
| 55 Beattie Place, Suite 1200 | John O. Radeck, Jr. (Fed. Bar # 12021) |
| P.O. Box 10589 | john.radeck@hoodlaw.com |
| Greenville, South Carolina 29603 | 172 Meeting Street |
| (864) 271-5362 | P.O. Box 1508 |
| rwray@gwblawfirm.com | Charleston, South Carolina 29402 |
| wwhitney@gwblawfirm.com | (843) 577-4435 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Norfolk Southern Railway Company* | *American Italian Pasta Company* |