UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Norfolk Southern Railway Company, | ) C/A No.: 3:25-cv-06618-SAL |
| Plaintiff, | ) |
| v. | ) |
| | ) **SECOND AMENDED CONFERENCE** |
| American Italian Pasta Company | ) **AND SCHEDULING ORDER** |
| Defendant. | ) |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the Court establishes the following schedule for this case.

1. <u>Expert Disclosures</u>:

   a. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to other parties by **March 27, 2026**.

2. <u>Discovery</u>: Discovery shall be completed no later than **June 22, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Lydon in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to lydon_ecf@scd.uscourts.gov. The parties shall set forth their respective positions in their request.**

3. <u>Motions</u>: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before **July 1, 2026**.

4. <u>Stipulation of Undisputed Facts</u>: The parties shall file a joint stipulation of undisputed facts within fifteen days of the deadline to file all dispositive motions.

C/A 3:25-cv-06618-SAL
Consent Amended Conference and Scheduling Order
Page 2

5. <u>Mediation</u>: Mediation shall be completed in this case on or before **July 15, 2026**. *See* Judge Lydon's Standing Order to Conduct Mediation (setting forth mediation requirements).

6. <u>Trial</u>: This case will go to trial on or after the **September 2026** term of court. Counsel, parties, and witnesses should plan their schedules, including vacations, accordingly.

    The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the Court's website regarding instructions or other orders that may be applicable to your case.

                                                s/ Sherri A. Lydon
                                                Sherri A. Lydon
                                                United States District Court Judge

Dated: March 9, 2026
Columbia, South Carolina