UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Norfolk Southern Railway Company, | ) | C/A No. 3:25-cv-06618-SAL |
| | ) | |
| *Plaintiff,* | ) | **DEFENDANT'S RULE 26(a)(2) EXPERT** |
| Versus | ) | **DISCLOSURE** |
| | ) | |
| American Italian Pasta Company, | ) | |
| | | |
| *Defendant.* | ) | |

TO:   RONALD K. WRAY, II AND WILLIAM E. WHITNEY, III, ATTORNEYS FOR THE PLAINTIFF:

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Defendant, American Italian Pasta Company (hereinafter "the Defendant"), by its undersigned attorneys, propound the following disclosures to the Plaintiffs:

(A)   In addition to the disclosures required by Rule 26(a)(1), a party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

**ANSWER:**   **The Defendant identifies the following expert witnesses:**

**Kenneth E. Rusk**
**KENNETH RUSK & ASSOCIATES, LLC**
**10 Valarian Terrace**
**Crossville, TN 38558**
**(540) 622-3711**
**kenneth.rusk.consulting@gmail.com**

**Allen Powers, MSME, PE**
**3 Axis Engineering, LLC**
**5929 Knight Avenue**
**Tuscaloosa, AL 35405**
**allen@3axisllc.com**

**Stephanie Borzendowski, PhD, CXLT, CPSI.**
**Perceptio Forensics**
**2245-C Ashley Crossing Dr. #147**
**Charleston, SC 29414**
**sborzendowski@perceptioforensics.com**

**Ronald T. Budra, President**
**Railroad Claims, LLC**
**23761 Merano Court – Suite 102**
**Bonita Springs, FL 34134**
**239-676-8165**
**rbudra@railroadclaims.com**

**The Defendant reserves the right to supplement this expert disclosure as discovery progresses.**

(B)    Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report—prepared and signed by the witness—if the witness is one retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony.  The report must contain:

(i)    a complete statement of all opinions the witness will express and the basis and reasons for them:

(ii)    the facts or data considered by the witness in forming them:

(iii)    any exhibits that will be used to summarize or support them:

(iv)    the witness's qualifications, including a list of all publications authored in the previous 10 years;

(v)    a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition: and

(vi)    a statement of the compensation to be paid for the study and testimony in the case.

**ANSWER**:    **The Defendant certifies that the written reports detailing the opinions of the above-named experts have been disclosed to the Plaintiff.**

HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC  29402
Phone: (843) 577-4435
Facsimile: (843) 722-1630


*/s/ **John O. Radeck, Jr***
James B. Hood (FED #9130)
james.hood@hoodlaw.com
John O. Radeck, Jr. (FED #12021)
john.radeck@hoodlaw.com

*Attorneys for Defendant American Italian Pasta Company*

March 27, 2026
Charleston, South Carolina