UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Norfolk Southern Railway Company, | ) | C/A No.: 3:25-cv-06618-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT THIRD AMENDED** |
| American Italian Pasta Company | ) | **CONFERENCE AND SCHEDULING** |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the Court establishes the following schedule for this case.

1.  Discovery: Discovery shall be completed no later than **September 22, 2026**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Lydon in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to lydon_ecf@scd.uscourts.gov. The parties shall set forth their respective positions in their request.**

2.  Motions: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filled on or before **October 1, 2026**.

3.  Stipulation of Undisputed Facts: The parties shall file a joint stipulation of undisputed facts within fifteen days of the deadline to file all dispositive motions.

4.  Mediation: Mediation shall be completed in this case on or before **July 15, 2026**. *See* Judge Lydon's Standing Order to Conduct Mediation (setting forth mediation requirements).

C/A 3:25-cv-06618-SAL
Consent Amended Conference and Scheduling Order
Page 2

5.  <u>Trial</u>: This case will go to trial on or after the **<u>November 2026</u>** term of court. Counsel, parties, and witnesses should plan their schedules, including vacations, accordingly.

The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the Court's website regarding instructions or other orders that may be applicable to your case.

s/ Sherri A. Lydon
_____
Sherri A. Lydon
United States District Court Judge

Dated: June ___4___, 2026
Columbia, South Carolina