EXHIBIT 2



UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

NORFOLK SOUTHERN RAILWAY COMPANY,
Plaintiff,
vs. CIVIL ACTION NO. 3:25-cv-06618-SAL
AMERICAN ITALIAN PASTA COMPANY,
Defendant.

30(b)(6)
DEPOSITION OF: JUSTIN BROOKS
DATE: April 22, 2026
TIME: 12:31 P.M.

LOCATION: Law Offices of
Gallivan, White & Boyd, PA
1201 Main Street, Suite 1200
Columbia, SC
TAKEN BY: Counsel for the Defendant
REPORTED BY: LORI S. MORTGE,
Certified Court
Reporter, CCR

Page 6

A. That's correct.
Q. Number 10: Any alterations or repairs made to the subject (sic) switch point derail, either before or after the subject accident -- incident on July 11, 2022.
Are you prepared to talk about that topic?
A. Yes.
Q. And we know there were some changes made after this incident; is that right?
A. Yes.
Q. Okay. I'm going to get into those later. Number 11: Any and all efforts by Norfolk Southern to ensure the subject derail complied with its own policies and standards.
Have you had a chance to review what you believe are the applicable pol -- policies and standards from Norfolk Southern?
A. Yes.
Q. Number 12: Any and all recommendations, suggestions, and/or policy changes relating to the subject incident, derail, and industry track.
You're prepared to talk about that topic?
A. Yes.

Page 7

Q. Number 13: Industry standards and practice concerning the construction of derails, including the subject (sic) switch point derail.
Are you prepared to talk about that topic?
A. Yes.
Q. Have you gone in preparation of this deposition and reviewed any particular industry standards?
A. Industry standards outside of Norfolk Southern?
Q. Correct.
A. No.
Q. Are you -- but if I ask you questions about some industry standards that might -- may or may not apply, are you generally familiar with the industry standards that apply for the track --
A. The Federal --
Q. -- and derail?
A. The Federal guidelines I'm familiar with. That's what governs our -- our railroad.
Q. The FRA guidelines?
A. Yes.
Q. Okay. Number 14: Norfolk Southern's own standards, procedures, and/or policies

Page 8

concerning derails and the industry track, including MW&S standards.
Are you prepared to talk about that?
A. Yes.
Q. The MW&S standards that would apply would be Standard 100?
A. (Witness moves head up and down.) Yes. Standard Procedure 100.
Q. Any others?
A. No.
Q. Did you review any other standards in preparation for the deposition?
A. No.
Q. Number 15: The basis for Norfolk Southern's claim that the derail worked as designed.
Are you prepared to talk about that?
A. Yes.
Q. I have your letter that was submitted years ago that was -- that was marked in your prior deposition that I believe outlined your opinion as far as the derail. My question is, has your opinion changed since that letter?
A. No.
Q. Number 19: Repair and clean-up efforts and Number 20 --

Page 9

MR. WRAY: 18 and 19, John.
BY MR. RADECK:
Q. I'm sorry. I thought I -- Number 18, the basis for Norfolk Southern's repair and clean-up costs.
Are you prepared to talk about that as it relates to the...
A. Yes.
Q. The track?
A. Yes.
Q. And when you say track, you're talking about the Norfolk Southern track and the industry track?
A. There was no damage to the industry track, so just us.
Q. There was no damage to the derail either, was there?
A. No.
Q. And 19: Repair and clean-up efforts by Norfolk Southern from the -- that form the basis of its damages claim.
Again, specifically track related to the Norfolk Southern main line track?
A. Yes.
Q. You're not talking about locomotive

Page 62

curved rail since this incident?
A. No. Since this incident, no.
Q. Are you aware of any specific policy or procedure of Norfolk Southern's that would relate directly to the length of the curved rails and how long they should be?
A. We have a standard plan for our derails that are shipped out of our material yard.
Q. I'll get to that. Is that Plan 7.1 -- 7-1?
A. Perhaps that's the plan.
Q. Outside of that plan are there any other policies or procedures?
A. No.
Q. Relating to the length of the curve lead rails?
A. No.
Q. How about the type of switching operations? Is that an important consideration when determining the type and placement of a derail?
A. No.
Q. How about the braking capacity?
A. No.
Q. Is one of the purposes of a derail to keep the main line track free of unsecured rolling

Page 63

stock?
A. Yes.
Q. Is the purpose of a derail to prevent unintentional movement from obstructing the main line?
A. Yes.
Q. Why does Norfolk Southern install derails on industry tracks?
A. To prevent a train from running away and running through Columbia down the main line unoccupied because of the negligence of an industry or a car just rolling out for a failure of brakes and rolling through town endangering the public at railroad crossings.
Q. Why would -- why would Norfolk Southern install the double switch point derail on the AIPC's industry track?
A. Because of the descending grade. I believe that's why the choice.
Q. Of the type you mean?
A. Yes, yeah.
Q. But, I mean, in general Norfolk Southern would have put some kind of derail on that track in that general area; right, no matter what?
A. No matter what, yes.

Page 64

Q. What's the reason for why they would do that?
A. To derail unintended equipment so that it doesn't get out onto the main and roll towards Charleston.
Q. Or damage their track; right?
MR. WRAY: Object to the form.
BY MR. RADECK:
Q. Is one of the reasons why a derail is there. So there's things that isn't necessarily controlling, like, what the industry is doing, they don't want that to affect their track; is that fair?
A. I think the damage of the track is -- is going to happen when you purposely derail something. So it's not about preventing damage because you're purposely derailing equipment. It's about protecting the public. It's about preventing a rail car from rolling down the main, that's why we derail cars. Unintentional train rolling down the main line is what we want to prevent.
Q. Okay. Well, I guess if there was -- in the hypothetical world if there was no derail at all and you had a locomotive with rail cars going down the industry track toward the main line, it's not going to just smoothly connect to the main line; right?

Page 65

A. Yeah, it will smoothly connect and it's gone without a derail, yeah.
Q. And there's not going to be -- could there be damage in that process?
A. If we don't derail the --
Q. Right.
A. -- equipment? There could be some minor damage to the switch but it wouldn't derail the train. If we didn't have a derail and this car rolled out or a locomotive was operated out without a derail, it would be on the main line headed towards Charleston in this case.
Q. But it's not just about the public. I mean, it's to protect Norfolk Southern property because there's other trains or whatever on the main line; right?
A. Correct. Correct, yeah.
Q. And what's the reason why Norfolk Southern puts the derail under lock and key?
A. So that a trespasser or someone unauthorized couldn't operate the derail and access the main line.
Q. (Reading.) I'm just crossing through some stuff here. You already told me that the