EXHIBIT 3

PERCEPTIO FORENSICS

March 23, 2026

Mr. John O. Radeck
Hood Law Firm, LLC
172 Meeting Street
Charleston, SC 29401

**RE: Norfolk Southern Railway Company v. American Italian Pasta Company and Treehouse Foods, Inc.**
**Case No. 3:25-cv-06618-SAL**
**PF File No. D.26007**

Dear Mr. Radeck,

Pursuant to your request, I conducted a human factors investigation of the collision involving two locomotives on July 11, 2022. As part of my investigation, case-related documents provided by your office were reviewed, in addition to applicable research. It should be noted that I was initially retained as part of the litigation related to the injuries sustained by the operators of Norfolk Southern Railway Company locomotive and reviewed documents provided during that engagement as part of my analysis presented here.

It is my understanding that discovery in this matter is ongoing and as a result, I reserve the right to supplement and amend my opinions as additional information becomes available. The following report is a summary of my findings.

**DESCRIPTION AND BACKGROUND**

On July 11, 2022, a Norfolk Southern Railway Company (NS) locomotive was traveling east from Columbia to Charleston. Prior to the arrival of the NS locomotive at the 122 milepost along the NS mainline, a locomotive operated by American Italian Pasta Company (AIPC) derailed at a split point with the main track, causing the AIPC locomotive to be in the *foul*[1] of the main track. The NS locomotive ultimately struck the derailed AIPC locomotive.

[1] Per National Transportation Safety Board (NTSB) Safety Alert 78, a locomotive is in the *foul* when it is "close enough to a track to be struck by a moving train or, in any case, within 4 feet of the nearest rail."

**DOCUMENT REVIEW**

*All documents reviewed, considered, and/or in my possession, may be used as exhibits as necessary.*

Documents reviewed in total or in part for this investigation to date are as follows:

Provided documents

1. Complaint;
2. Dash cam videos;
3. Depositions of Rico Blanchett, Raymond Rightmier, and David Small;
4. Document production by American Italian Pasta Company and Norfolk Southern, including but not limited to:
    a. Incident report;
    b. Photographs;
    c. South Carolina Office of Regulatory Staff FOIA;
5. Secretariat report authored by Foster Peterson and Dustin Bell.

Peer-reviewed and/or published literature, standards, regulations, and texts

1. Cogan, B., Bosch, E., Thomas-Friedrich, B., Wasle, H., Schackmann, D., Klotz, C., & Milius, B. (2025). Evaluating train drivers' performance to inform the development of automatic train operation. *Applied Ergonomics, 129*, 1-10;
2. Cutting, J.E., Vishton, P.M., & Braren, P.A. (1995). How we avoid collisions with stationary and moving obstacles. *Psychological Review, 102*(4), 627-651;
3. Gibson, J.T., & Crooks, L.E. (1938). A theoretical field-analysis of automobile-driving. *The American Journal of Psychology, 51*(3), 453-471;
4. Olson, P.L., Dewar, R., & Farber, E. (2010). *Forensic aspects of driver perception and response* (3rd ed.). Lawyers & Judges Publishing Company, Inc.

Independent research and file materials

1. National Transportation Safety Board. (2019). *Fouling other railroad tracks.* Safety Alert 078, March 2019.

**OBSERVATIONS**

1. According to the NS incident report, the subject collision occurred at approximately 8:14 am on July 11, 2022 along the SC-Line near Columbia. The NS train was traveling east towards Charleston with NS personnel David Small (Small) and Ray Rightmier (Rightmier) operating the locomotive.

2. On the morning of the incident, Rico Blanchett (Blanchett) was operating an AIPC locomotive, traveling east on the plant's tracks towards the NS mainline. As Blanchett approached the mainline, the AIPC locomotive derailed and came to a stop with the outermost point of the locomotive 19 inches from the outside of the NS mainline rail (see **Figure 1**).



**Figure 1** – Screenshot from NS dash camera showing the position of the AIPC locomotive approximately 3-4 seconds prior to impact between the two locomotives.

3. Small testified in his deposition that he "could see clearly" as they approached the switch where the incident occurred and that he first noticed the AIPC train fouling the mainline "roughly around 600 feet from it" (pg. 34). Small later testified that the distance at which he appreciated the AIPC train's position was shorter than this, indicating an inconsistent recollection of events.

4. Small indicated in his deposition that he did not believe he applied the brake at any time prior to the impact (pg. 69). He also testified that Rightmier did not tell him to brake nor did Small tell Rightmier to apply the emergency brakes (pg. 71).

5. Rightmier testified in his deposition that he "[didn't] remember exactly when [he] saw" that the AIPC locomotive was going to present a problem for them (pg. 29). He also agreed that the dash camera footage depicted him doing paperwork as they traveled the mainline approaching the incident area (pg. 76).

6. Rightmier did not recall telling Small to apply the emergency brake but knew he did not apply the emergency brake himself (pg. 79).

7. According to the Secretariat expert report prepared for NS by Foster Peterson and Dustin Bell, the AIPC locomotive was visible approximately 22-23 seconds before impact, but in their opinion "it is not yet obvious that [the AIPC locomotive has] been run through the derail." They opined that approximately 9 seconds prior to the collision, Small and Rightmier

displayed "visible signs of recognition and an increased focus ahead, consistent with determining that the AIPC locomotive and cards are in a position close to the NS main track."

**DISCUSSION**

Perceptual information available in the environment directly determines operators' ability to successfully navigate their environment. Locomotion is primarily accomplished through reliance on visual information, with the *field of safe travel* being delineated by perception of objects or environmental features that pose potential obstacles to be avoided (Gibson & Crooks, 1938). Thus, successful navigation is governed by reactions of the operator that keep them "headed into the middle of the field of safe travel" (Gibson & Crooks, pg. 456), moving away from objects with which a collision is likely.

Visual information about the location and movement of other objects in the environment informs wayfinding of operators. Specifically, the retinal image of objects provides valuable context as to whether other objects are (a) stationary or in motion, and (b) moving toward or away from the observer (Cutting, Vishton, & Braren, 1995). The change in image size is an important cue indicating the distance between the observer and an object, allowing the observer to judge whether the space between themselves and the object is opening or closing (Olson, Dewar, & Farber, 2010). Changes in the change in retinal image size then allows an observer to discern the speed at which they are closing on the object and whether impact is likely. For example, an object whose retinal size decreases as the observer approaches the object indicates that the object is moving away from the observer and a collision is therefore unlikely to occur.

Cutting, et al. concluded that "retinal displacement information from looking at stationary objects in one's surround during locomotion is adequate to yield information both about guiding one's path through it and about avoiding collisions with those objects" (pg. 644). In other words, objects that are nearer to the observer appear to be moving farther and in the opposite direction of more distance objects. The data gathered by Cutting, et al. also revealed that observers were considerably better at wayfinding and collision detection when looking at a stationary object. Observers rely upon the information conveyed by changes in the retinal image of a static object to localize the object in the environment, determine if a collision is possible, and adjust their path of travel accordingly.

Perception response time (PRT) refers to an interval that begins when an object or condition first becomes possible for an operator to detect and ends when the operator initiates a discernible response to the object or condition (Olson, et al.). Upon detection of a potential hazard, the operator must (1) identify the object and its position relative to their path, (2) decide what action is necessary, and (3) begin the sequencing of actions required to avoid the object. Obviously, having adequate visual information about the existence and positioning of a potential hazard is a prerequisite for the commencement of the PRT interval.

A review of evidence related to the subject collision indicates that visual information was available to the NS personnel regarding the AIPC locomotive's encroachment into their path in advance of impact. Both the NS dash camera footage and deposition testimony from Rightmier and Small revealed that they had an unobstructed view of the AIPC train as the NS train approached the incident area. The AIPC train's location relative to the main track would have been readily perceivable at least 22-23 seconds before impact and available visual information would have indicated that the AIPC locomotive was stationary.

As the NS train traveled east on the main track, the retinal image of the AIPC train would have continued to increase for Rightmier and Small, indicating that they were approaching a locomotive that was either stationary or moving towards the mainline. The AIPC train's proximity to the main track would have been visually apparent and should have indicated that the NS train's *field of safe travel* was constrained by the AIPC train. As a result, Rightmier and Small should have appreciated that contact between the two trains was imminent and a response (e.g., braking) would be required.

The Secretariat report noted that Rightmier and Small exhibited "visible signs of recognition and an increased focus ahead" approximately 9 seconds before impact. A review of visualizations of the view from the Norfolk train cab depicted in the report of Allen Powers (Powers), an expert retained by the Defendants, revealed the AIPC train's position in the foul was perceivable from at least 1000 feet away, in my opinion. It is my understanding that Powers concluded that Small reached for the brakes approximately 9.4 seconds before impact. However, there was no braking exhibited by Small or Rightmier until after the locomotives collided.

Cogan, et al. (2025) measured train operators' reaction times when encountering high and low contrast objects (bright orange and orange-brown, respectively) on the simulated train tracks. The size of the objects ranged in size from that of the relative heights of a child to an adult. When operators encountered a high contrast, adult-sized object while traveling at a speed of ~25 mph and visually monitoring the track ahead, the mean reaction time was 1.36 seconds. The authors concluded that "stimulus intensity, such as size and differences in brightness or [color] between the object and its background, influences reaction time" (pg. 7). It should be noted that the AIPC locomotive was considerably larger than an adult human and the cab closest to the main line was yellow.

The lack of pre-impact response by Small or Rightmier is inconsistent with the visual information available from at least 1000 feet away indicating that the AIPC train obstructed the main line. When consideration is given to the distance at which this would have been perceivable, Small and/or Rightmier had an opportunity to initiate a response to the train in the foul prior to the collision. Braking over 9 seconds after apparent recognition of the large, high contrast hazard is inconsistent with the aforementioned reaction time data.

Multiple resource theory (MRT; Wickens, 2002) provides a framework for understanding the changes in performance when attempting to perform multiple tasks simultaneously. The theory posits that four dimensions of resources account for these changes: (1) stages (perceptual/cognitive activities vs. response selection and execution); (2) perceptual modalities (visual vs. auditory); (3) visual channels (focal vision vs. ambient vision); and (4) processing codes (analogue/spatial processes vs. categorical/symbolic processes). Wickens writes that "all other things being equal (i.e. equal resource demand or single task difficulty), two tasks that both demand one level of a given dimension (e.g. two tasks demanding visual perception) will interfere with each other more than two tasks that demand separate levels on the dimension (e.g. one visual, one auditory task)" (pg. 163).

Based upon the dash camera video and Rightmier's testimony, he was completing paperwork during the NS locomotive's approach to the incident area. This would have required Rightmier to take his eyes away from the track to look at the document(s). Review of the document(s) would have required perceptual/cognitive processing resources and focal vision. These are the same dimensions that are required to monitor the environment and obstacles in the environment during locomotion. Thus, engaging in a secondary task likely reduced Rightmier's opportunity to appreciate that the AIPC train was in the foul.

**CONCLUSION**

Visual information indicative of the AIPC locomotive's position relative to the main track would have been available to the operators of the NS locomotive as they approached the incident area. This visual information was sufficient to provide the NS personnel with context of their course as it related to the stopped locomotive and that an action response was necessary to avoid or minimize an impact between the two locomotives. Rightmier engaging in a secondary task that drew on the same resources required to monitor the track ahead may have contributed to a reduction in his ability to appreciate the hazard posed by the derailed AIPC train and slowed his response to the hazard.

This report has been prepared based on information available at the time and in accordance with generally accepted Human Factors consulting practices and standards. I reserve the right to supplement this report and opinions contained herein as additional information becomes available. Opinions are based on my education, experience, and review of available materials. All opinions are stated to a reasonable degree of scientific certainty.

If you have any questions regarding my opinions, feel free to contact me.

Sincerely,



Stephanie Whetsel Borzendowski, PhD

Attachments

PERCEPTIO FORENSICS

## Stephanie Whetsel Borzendowski, Ph.D.
*Human Factors Consultant*

Stephanie Whetsel Borzendowski has extensive experience in the field of human factors psychology, including perception, cognition, attention and distraction, and safety. She applies this expertise to the analysis of traffic crashes, workplace injuries, and pedestrian slips/trips and falls, among other matters. Dr. Whetsel Borzendowski conducts research and analysis, including reenactments, pertaining to incidents involving human factors issues. She applies her experience with empirical scientific research to the objective analysis of personal injuries. Dr. Whetsel Borzendowski has been qualified as a human factors expert in courts in North Carolina, South Carolina, Florida, Georgia, and Illinois. In addition to these states, she has consulted on cases in Alabama, Connecticut, Montana, Texas, and Utah.

### *Education*
- Ph.D. in Human Factors Psychology, Clemson University, 2014
- M.S. in Applied Psychology (concentration in Human Factors), Clemson University, 2011
- B.A. in Psychology, Hartwick College, 2009

### *Certifications*
- 30 Hour OSHA General Industry Card
- 30 Hour OSHA Construction Industry Card
- Certified Playground Safety Inspector
- Certified XL Tribometrist

### *Experience*
- Human Factors Consultant, Perceptio Forensics
  December 2022 – Present
- Senior Human Factors Consultant, Applied Building Sciences, Inc.
  August 2014 – December 2022
- Instructor of Record, Clemson University Department of Psychology
  January 2013 – May 2014
- Graduate Research/Teaching Assistant, Clemson University Department of Psychology
  August 2009 – July 2014
- Research Assistant, University of Michigan Transportation Research Institute
  June – August 2012

### *Professional Organizations*
- Human Factors and Ergonomics Society (HFES)
- American Society of Safety Professionals (ASSP)

## *Professional Activities*

- Former Chair, Forensics Professional Technical Group, HFES
- Former member, Illuminating Engineering Society (IES) Vision Science Committee
- Reviewer for HFES, *Traffic Injury Prevention, Fashion and Textiles, Advances in Transportation Studies, Handbook of Warnings* (2nd ed.)

## *Publications and Presentations*

- Whetsel Borzendowski, S.A., & Hartman, L.S. (2022). *The role of pedestrian conspicuity and walking speed in the forensic analysis of a potential pedestrian-tractor trailer collision.* Proceedings of the Human Factors & Ergonomics Society 66th Annual Meeting, 518-521.
- Hartman, L.S., Funcik, R.M., Whetsel Borzendowski, S.A., & Robertson, C.A. (2022). *Forensic technique: The utilization of 3D laser scans for topographic mapping of walking surfaces.* Proceedings of the Human Factors & Ergonomics Society 66th Annual Meeting, 522-525.
- Whetsel Borzendowski, S.A. & Hartman, L.S. (2021). *Research-based forensic analysis of a vehicle crash when limited information is available: A case study.* Proceedings of the Human Factors & Ergonomics Society 65th Annual Meeting, 309-311.
- Hartman, L.S., Whetsel Borzendowski, S.A., & Campbell, A.O. (2021). *A forensic case study: Human factors issues involved in a fall down an elevator shaft.* Proceedings of the Human Factors & Ergonomics Society 65th Annual Meeting, 312-316.
- Whetsel Borzendowski, S.A., Hartman, L.S., & Campbell, A.O. (2020). *An eye tracking-based forensic analysis of motorcyclist conspicuity during a left turn maneuver*. Proceedings of the Human Factors & Ergonomics Society 64th Annual Meeting, 541-544.
- Hartman, L.S., Whetsel Borzendowski, S.A., Vredenburgh, A., Zackowitz, I., & Campbell, A.O. (2020). *Identifying hazards at residential and commercial pools: An interactive session*. Proceedings of the Human Factors & Ergonomics Society 64th Annual Meeting, 807-809.
- Hartman, L.S., Whetsel Borzendowski, S.A., & Campbell, A.O. (2020). *A case study demonstrating the utility of surveillance video in assessing gait dynamics and behavior during a slip and fall*. Proceedings of the Human Factors & Ergonomics Society 64th Annual Meeting, 550-554.
- Hartman, L.S., Whetsel Borzendowski, S.A., & Campbell, A.O. (2019). *Application of affordance theory to the forensic investigation of a personal injury*. Proceedings of the Human Factors & Ergonomics Society 2019 Annual Meeting, 573-576.
- Whetsel Borzendowski, S.A., Tyrrell, R.A., Stafford Sewall, A.A., Britt, T.W., & Rosopa, P.J. (2019). Applying the Theory of Planned Behavior to drivers' use of high beam headlamps. *Advances in Transportation Studies: an international Journal, A49*, 61-74.
- Whetsel Borzendowski, S.A., & Hartman, L.S. (2018). *Forensic Human Factors 101: Interactive transportation and product liability case studies*. Proceedings of the Human Factors & Ergonomics Society 2018 Annual Meeting, 445-446.
- Whetsel Borzendowski, S.A., & Campbell, A.O. (2017). *Applying the twilight envelope to the forensic analysis of pedestrian and bicyclist conspicuity in the dark*. Proceedings of the Human Factors & Ergonomics Society 2017 Annual Meeting, 479-483.

- Whetsel Borzendowski, S.A., & Campbell, A.O. (2016). *The use of mobile eye tracking technology in the forensic analysis of personal injury*. Proceedings of the Human Factors & Ergonomics Society 2016 Annual Meeting, 485-488.
- Tyrrell, R.A., Wood, J.M., Owens, D.A., Whetsel Borzendowski, S., & Stafford Sewall, A. (2016). The conspicuity of pedestrians at night: A review. *Clinical and Experimental Optometry, 99*, 425-434.
- Whetsel Borzendowski, S.A., Campbell, A.O., & Funcik, R.M. (2015). *Power buggy catastrophe: How inaccurate slope estimation, inadequate warnings, and lack of feedback contributed to a workplace accident.* Proceedings of the Human Factors & Ergonomics Society 59th Annual Meeting, 390-394.
- Whetsel Borzendowski, S.A., Stafford Sewall, A.A., & Tyrrell, R.A. (2015). *Using a video camera-based method to gather real world high beam usage data.* Proceedings of the 2015 Meeting of the 8th International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design, 183-189.
- Whetsel Borzendowski, S.A., Stafford Sewall, A.A., Rosopa, P.J., & Tyrrell, R.A. (2015). Drivers' judgments of the effect of headlight glare on their ability to see pedestrians at night. *Journal of Safety Research*, *53,* 31-37.
- Stafford Sewall, A.A., Whetsel Borzendowski, S.A., & Tyrrell, R.A. (2014). The accuracy of drivers' judgments of the effects of headlight glare on their own visual acuity. *Perception*, *43,* 1203-1213.
- Whetsel Borzendowski, S.A., Stafford Sewall, A.A., Fekety, D.K., & Tyrrell, R.A. (2014). *Effects of an educational intervention on athletes' attitudes toward wearing conspicuity-enhancing garments at night.* Proceedings of the Human Factors & Ergonomics Society 58th Annual Meeting, 2141-2145.
- Stafford Sewall, A.A., Borzendowski, S.W., Fekety, D.K., & Tyrrell, R.A. (2014). *Pedestrians' willingness to seek out, purchase, and wear conspicuity-enhancing garments*. Proceedings of the Human Factors & Ergonomics Society 58th Annual Meeting, 1829-1833.
- Fekety, D.K., Whetsel, S.A., Sewall, A.S., & Tyrrell, R.A. (2013). *Drivers' beliefs, habits, and strategies regarding high beam usage*. Proceedings of the Human Factors & Ergonomics Society 57th Annual Meeting, 1800-1804.
- Whetsel Borzendowski, S.A., Rosenberg, R.L., Sewall, A.S., & Tyrrell, R.A. (2013). Pedestrians' estimates of their own nighttime conspicuity are unaffected by severe reductions in headlight illumination. *Journal of Safety Research, 47*, 25-30.
- Stafford, A.A., Whetsel, S.A., Cartee, N.K., & Tyrrell, R.A. (2012). *How accurate are older drivers' judgments of the effects of headlight glare on acuity*? Proceedings of the Human Factors & Ergonomics Society 56th Annual Meeting, 1669-1673.
- Whetsel, S.A., Stafford, A.A., Rosopa, P.J., & Tyrrell, R.A. (2012). *The accuracy of drivers' judgments of the effects of headlight glare on pedestrian recognition at night*. Proceedings of the Human Factors & Ergonomics Society 56th Annual Meeting, 2241-2245.
- Stafford, A.A., Whetsel, S.A., Balk, S.A., Ballou, D., & Tyrrell, R.A. (2011). *The accuracy of drivers' judgments of the effects of headlight glare on the visibility of a non-retroreflective object*. Proceedings of the Human Factors & Ergonomics Society 55th Annual Meeting, 1909-1913.

- Whetsel, S.A., Rosenberg, R.L., Balk, S.A., & Tyrrell, R.A. (2011). *Pedestrians' estimates of their own visibility at night are not reduced when headlights are severely weakened.* Proceedings of the Human Factors & Ergonomics Society 55th Annual Meeting, 1860-1863.

PERCEPTIO FORENSICS

**Expert Testimony of Stephanie Whetsel Borzendowski, PhD**

Summary of expert testimony provided as a witness for Plaintiff (P) or Defense (D); (F) denotes Federal cases

| Case Caption | Year | Court | Party | Depo/Trial | Client | Law Firm |
|---|---|---|---|---|---|---|
| Davis v. Thornton N Thornton Farms, LLC | 2021 | Pierce County, GA | D | D | J. Wesley Padgett | Rahimi, Hughes & Padgett, LLC |
| Estate of McDowell v. Wilson, et al. | 2021 | Mecklenburg County, NC | P | D | Elizabeth Grimes | Grimes Yeoman, PLLC |
| Bobbitt v. Ingle & Richard Diehl, Inc. | 2021 (T) | Granville County, NC | P | D/T | Coleman Cowan | Law Offices of James Scott Farrin |
| Mendoza v. Sandlin Forest Products, LLC | 2021 | Lowndes County, GA | P | D | Kyle Swann | Whelchel & Carlton, LLP |
| Gallo Curbelo v. D&J Enterprises, Inc. | 2021 | York County, SC | P | D | Grady McMehan | Lewis Law Firm |
| Trucillo v. Sodexo Management, Inc. | 2021 | Charleston County, SC | P | D | Kevin Smith | Hoffman Law Firm |
| Ball v. New River Center Commercial Assoc., Inc., et al. | 2021 | Jasper County, SC | P | D | Bert Utsey | Clawson Fargnoli Utsey |
| Mehler v. Best Western Santee Three-D, et al. | 2021 | Orangeburg County, SC | P | D | Pamela Mullis | Mullis Law Firm |
| Mack v. Rudd, et al. | 2021, 2025 (T) | Richland County, SC | P | D/T | Karlen Senn | O'Shea Law Firm |
| Estate of Williams v. Lyft, Inc., et al. | 2021 | Charleston County, SC | P | T | Karlen Senn | O'Shea Law Firm |

| Case Caption | Year | Court | Party | Depo/Trial | Client | Law Firm |
|---|---|---|---|---|---|---|
| Estate of Starnes v. Daniel, et al. | 2021 | Aiken County, SC | D | D | Claude Prevost | Collins & Lacy, P.C. |
| Estate of Murton v. BlueLinx Corporation, et al. | 2021 | Bryan County, GA | P | D | C. Clay Davis | Spiva Law Group, P.C. |
| Estate of Rash v. SCDOT, et al. | 2021 | Charleston County, SC | D | D | Ian Ford | Ford Wallace Thomson, LLC |
| Hughes v. Poinsett Peddler, Inc. | 2021 (T) | Greenville County, SC | P | D/T | Scott Bradley | The Joel Bieber Firm |
| Jackson v. Estate of McHenry, et al. | 2021 | Dorchester County, SC | P | D/T | David Whittington | Knight & Whittington, LLC |
| Grace v. Haswell | 2021 | Chatham County, NC | D | D | J.T. Crook | Bailey & Dixon |
| Estate of Barnett v. United States of America (F) | 2021 | US District Court, Charleston Division (SC) | P | T | Christopher McCool | O'Shea Law Firm, LLC |
| Lowe v. Woody | 2022 | Lumpkin County, GA | P | D | Edward D. Flynn, III | Flynn & Gottlieb, P.A. |
| Hudley v. Marshall | 2022 | Chesterfield County, SC | D | D | Julie Moose | McAngus, Goudelock & Courie, LLC |
| Floyd v. Ripley's Aquarium (Myrtle Beach) Inc. | 2022 | Horry County, SC | P | D | J. Ryan Heiskell | Hopkins Law Firm, LLC |
| Estate of Williams v. Schneider National Carriers, et al. | 2022 | Gwinnett County, GA | P | D | Warren Sams | The Sams Law Firm |

| Case Caption | Year | Court | Party | Depo/Trial | Client | Law Firm |
|---|---|---|---|---|---|---|
| Estate of Harris v. Cleland Site Prep, Inc. (F) | 2022 | US District Court, Beaufort Division (SC) | D | D | Michael Freeman | Griffith Freeman & Liipfert, LLC |
| Meinhardt v. Sam's East, Inc. | 2022 | Beaufort County, SC | P | D | Michael Bennett | Carr Legal Group |
| Lariscy v. Gillis Ag. & Timber, Inc., et al. | 2022 | Screven County, GA | D | D | Joseph Rahimi | Rahimi, Hughes & Padgett, LLC |
| Estate of Withey v. Saltwater Cowboys, LLC, et al. | 2022 | Charleston County, SC | D | D | Jay Thompson | Murphy & Grantland, P.A. |
| Estate of Hinckson v. Holcim (US) Inc., et al. | 2022 | Orangeburg County, SC | P | D | Perry Buckner, IV | Yarborough Applegate, LLC |
| Babisha v. Herndon | 2022 | York County, SC | P | D | Grady McMehan | Lewis Law Firm |
| Pittman v. The Plastics Group, Inc., et al. (F) | 2022 | US District Court, Spartanburg Division (SC) | D | D | J. Christopher Clark | McAngus, Goudelock & Courie, LLC |
| Darpel v. Gleason, et al. | 2022 | Beaufort County, SC | P | D | W. Thomas Bacon, IV | McDougall Law Firm, LLC |
| Estate of Jordan v. 69 Darlington Company LLC, et al. | 2022 | Charleston County, SC | P | D | Summer Eudy | Summer D. Eudy Attorney at Law LLC |
| Moshoures v. DAT Bros, et al. | 2022 (T) | Horry County, SC | D | D/T | Jeffrey Crudup | Clarkson, Walsh, & Coulter, P.A. |
| Lasasso v. St. James Place Grill, LLC | 2022 | Berkeley County, SC | D | T | Chase McNair | Luzuriaga Mims, LLP |

| Case Caption | Year | Court | Party | Depo/Trial | Client | Law Firm |
|---|---|---|---|---|---|---|
| Estate of Eichman v. Rissanen, et al. (F) | 2022 | US District Court, Charleston Division (SC) | D | D | Amanda Dudgeon | Chandler & Dudgeon, LLC |
| Young v. Walmart, Inc. | 2022 | York County, SC | P | T | Ashley Creech | McGowan Hood & Felder, LLC |
| Lenoir v. Cleveland Electric Company (F) | 2022 | US District Court, Charleston Division (SC) | P | D | Kevin Smith | Hoffman Law Firm, LLC |
| Miller v. Columbia Sussex Management, LLC, et al. (F) | 2022 | US District Court, Florence Division (SC) | P | D | Reynolds Blankenship | Yarborough Applegate, LLC |
| Thomas v. Feild | 2023 | Paulding County, GA | D | D | J. Wesley Padgett | Rahimi, Hughes & Padgett, LLC |
| Jones v. RJGO, LLC, et al. | 2023 | Forsyth County, NC | P | D | Kevin J. Williams | Law Office of Kevin J. Williams, PLLC |
| Fiore v. Bojangles Restaurants, Inc., et al. | 2023 | Horry County, SC | D | D | Christina Bisset | McAngus, Goudelock & Courie, LLC |
| Watson v. Fairview Road Group, LLC, et al. | 2023 | Greenville County, SC | D | D | Charles O. Williams, III | McAngus, Goudelock & Courie, LLC |
| Thomas v. SCDOT, et al. | 2023 | Lexington County, SC | P | D | Neil E. Alger | Parker Law Group |
| Walton v. Bentley, et al. | 2023 | Cleveland County, NC | P | D/T | Wade E. Byrd | Law Offices of Wade E. Byrd, P.A. |
| Mowery v. Wendy's International, LLC, et al. | 2023 | Broward County, FL | P | D | Poorad Razavi | Cohen Milstein Sellers & Toll, PLLC |

| Case Caption | Year | Court | Party | Depo/Trial | Client | Law Firm |
|---|---|---|---|---|---|---|
| Gonzalez v. City of Chicago | 2023 (T) | Cook County, IL | P | D/T | Jeffrey Kroll | Kaveny + Kroll, LLC |
| Venning-Taylor v. Housing Authority of the City of Charleston | 2023 | Charleston County, SC | P | D | Julian K. Allen | Allen Law Firm |
| Moore v. South Island Square, LLC, et al. | 2023 | Beaufort County, SC | P | D | Gus Anastopoulo | Gus Anastopoulo Law Firm |
| Vallentine v. Bamberg County, et al. | 2023 | Bamberg County, SC | P | D | Austin H. Crosby | Parker Law Group, LLP |
| Cartlidge v. Heatherly Brothers Auto & Towing, LLC | 2023 | Greenville County, SC | P | D | Nicolas J. Baughman | Law Office of Nicolas J. Baughman |
| Estate of Bell v. Uber Technologies, et al. | 2023 | Charleston County, SC | P | D | Jonathan Riddle | Poulin \| Willey \| Anastopoulo, LLC |
| Fields v. Ruiz Food Products, Inc., et al. | 2023 | Florence County, SC | P | D | Tiffany Buffkin | Maguire Law Firm |
| Dagostino v. Horry County School District, et al. | 2023 | Horry County, SC | P | D | David Breen | Breen Law Group |
| Love, et al. v. Millholland | 2023 | Oglethorpe County, GA | D | D | Claire Williamson | Hudson, Lambert, Parrott, Walker, LLC |
| Lewis v. Medford, et al. (F) | 2023 | US District Court, Alanta Division (GA) | D | D | Sandro Stojanovic | Quintairos, Prieto, Wood & Boyer, PA |
| Whitten v. Dunn Construction Company, Inc., et al. | 2024 | Jefferson County, AL | P | D | Todd Wheeles | Wheeles & Garmon |
| Estates of Russell and Sabrina Lightfoot v. NCDOT | 2024 | NC Industrial Commission | P | D/T | Matthew Quinn | Lewis & Roberts, PLLC |
| Arbushites v. Marriott International, Inc., et al. | 2024 | Horry County, SC | D | D | Kierra Brown | Copeland Stair Valz & Lovell, P.A. |

| Case Caption | Year | Court | Party | Depo/Trial | Client | Law Firm |
|---|---|---|---|---|---|---|
| Stanford v. Petco Animal Supplies Stores, Inc., et al. | 2024 | Wilson County, NC | P | D | Eliot Smith | Farris & Thomas Law |
| Foster v. Casey Industrial, Inc., et al. (F) | 2024 | US District Court, Northern District of Alabama | P | D | J. Parker Miller | Beasley Allen Crow Methvin Portis & Miles PC |
| Ragonesi v. PGC Office Buildings Owners' Association, Inc., et al. | 2024 | Beaufort County, SC | D | D | Ryan Conner | Luzuriaga Mims, LLP |
| Spagnolia v. Wright, et al. | 2024 | Orangeburg County, SC | D | D | John Radeck | Hood Law Firm, LLC |
| Brotschul v. Wachesaw Plantation East Community Services Association, Inc., et al. | 2024 | Georgetown County, SC | P | D | W. Coleman Lawrimore | The Derrick Law Firm |
| Kaup v. CT Hickory, LLC, et al. | 2024 | Catawba County, NC | D | D | Gerald A. Stein | Hedrick Gardner Kincheloe & Garofalo LLP |
| Kincaid v. Beach Cove Resort, Inc., et al. | 2024 | Horry County, SC | P | D | Brooke Wright | Wright Injury Law LLC |
| Smith v. Ocean Reef Master Homeowners' Association, Inc., et al. | 2024 | Horry County, SC | D | D | Dominic Starr | McAngus, Goudelock & Courie, LLC |
| Estate of Mitchell v. FedEx Ground Package System, Inc., et al. (F) | 2024 | US District Court, Northern District of Georgia Atlanta Division | P | D | Stephen Lowry | Harris Lowry Manton, LLP |

| Case Caption | Year | Court | Party | Depo/Trial | Client | Law Firm |
|---|---|---|---|---|---|---|
| Hale v. Olen Ballantyne Corp., et al. | 2024 | Mecklenburg County, NC | P | D | Seth Beckley | Osborn Gambale Beckley & Budd PLLC |
| Estate of Schepers v. Sun Communities Operating Limited Partnership, et al. | 2024 | Horry County, SC | P | D | Neil Alger | Parker Law Group, LLP |
| Richardson v. B & L Service, Inc., et al. | 2024 | Broward County, FL | P | D | Milton Blaut | Blaut Law |
| Neduasa v. Chick-Fil-A, Inc., et al. | 2024 | Jasper County, SC | P | D | Clinton Redfern | McDougall Law Firm, LLC |
| Averette v. Saraland Hospitality, LLC, et al. | 2024 | Mobile County, AL | D | D | D. Craig Allred | Hill, Hill, Carter, Franco, Cole & Black, P.C. |
| Estate of Kenion v. North Carolina Department of Public Safety | 2024 | NC Industrial Commission | P | D | Dexter Benoit | Benoit Law Firm, PLLC |
| Terwilliger v. City of Myrtle Beach | 2024 | Horry County, SC | P | D | Joseph Sandefur | Morgan and Morgan |
| Rudd v. Keller | 2024 | Dorchester County, SC | D | D | Jeffrey Crudup | Clarkson, Walsh, & Coulter, P.A. |
| Lee & Davis v. SCDOT | 2024 | Florence County, SC | D | D | M. Kirk Battle | Battle Law Firm, LLC |
| Karam v. Home Buyers Warranty Corp., et al. | 2024 | Wake County, NC | D | D | C. Rob Wilson | Hedrick Gardner Kincheloe & Garofalo LLP |
| Estate of McKinney v. SCDOT, et al. | 2025 | Berkeley County, SC | D | D | Christopher Kovach | Barnwell Whaley Patterson & Helms, LLC |
| Dingess v. Hasan, et al. | 2025 | DeKalb County, GA | D | D/T | Glenn Tornillo | Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP |

| Case Caption | Year | Court | Party | Depo/Trial | Client | Law Firm |
|---|---|---|---|---|---|---|
| Pyatt v. International Longshoremen's Association Local 1422, et al. (F) | 2025 | US District Court, Charleston Division (SC) | P | D | J. Rutledge Young | Duffy & Young, LLC |
| Moore v. Shabazz, et al. | 2025 | Gwinnett County, GA | D | D | Michael DeLeva | McAngus, Goudelock & Courie, LLC |
| Johnson v. McCrea | 2025 | Rockdale County, GA | D | D | J. Wesley Padgett | Rahimi, Hughes & Padgett, LLC |
| Miller v. BRP Construction, Inc., et al. | 2025 | Fulton County, GA | D | D | Sandro Stojanovic | Quintairos, Prieto, Wood & Boyer, PA |
| Hicks v. Nandayapa, et al. | 2025 | York County, SC | P | D | Harold Staley | Elrod Pope Law Firm P.A. |
| Kimber v. Bostancic, et al. | 2025 | Beaufort County, SC | P | D | Warren Johnson | Law Offices of Darrell Thomas Johnson, Jr. |
| Johnson v. Flores | 2025 | Nassau County, FL | P | D | Nicolle Von Roenn | Morgan & Morgan, P.A. |
| Heafner v. Seaco National Corp, et al. (F) | 2025 | US District Court, Columbia Division | D | D | Robert Holland | Tonnsen Bach Law Firm |
| Estate of Christie v. HSI Logistics, LLC, et al. | 2025 | Chatham County, GA | D | D | Dennis Keene | Bouhan Falligant, LLP |
| Estate of Chambers v. Yandle-Witherspoon Supply, Inc., et al. | 2025 | Charleston County, SC | D | D | Richard McLawhorn | Sweeny, Wingate & Barrow, P.A. |

| **Case Caption** | **Year** | **Court** | **Party** | **Depo/Trial** | **Client** | **Law Firm** |
|---|---|---|---|---|---|---|
| Walmsley v. Boys and Girls Clubs of the Low Country, Inc., et al. | 2025 | Beaufort County, SC | P | D | Clinton Redfern | McDougall Law Firm, LLC |
| Wilson v. Valley Forge Flag Company, LLC, et al. (F) | 2025 | US District Court, Florence Division | D | D | Jessica Salerno | Clawson & Staubes, LLC |
| Marquette v. City of Greenville | 2025 | Greenville County, SC | P | D | Jon Newlon | McCravy, Newlon, Sturkie, and Clardy Law Firm, P.A. |
| Sturges v. North Berkeley Development Associates, LLC | 2025 | Greene County, NC | P | D | Chelsea Ragan | O'Malley Tunstall, PC |
| Cheek v. SCDOT, et al. | 2025 | Aiken County, SC | P | D | Chelci Avant | Parker Law Group, LLP |
| Estate of Wyatt v. Dodson, et al. | 2025 | Jefferson County, AL | P | D | Drew McNutt | Shunnarah Injury Attorneys, P.C. |
| Johnson v. York Technical College, et al. | 2025 | York County, SC | P | D | Forrest Wilkerson | Wilkerson, Jones & Wilkerson |
| Bascom v. Blaney's Backyard Grille 168, LLC, et al. | 2026 | Kershaw County, SC | P | D | Melissa Mosier | Joye Law Firm |

| **Case Caption** | **Year** | **Court** | **Party** | **Depo/Trial** | **Client** | **Law Firm** |
|---|---|---|---|---|---|---|
| Estate of Harris v. Morris-Shea Bridge Company, Inc., et al. | 2026 | Lowndes County, AL | P | D | LaBarron Boone | Beasley Allen Crow Methvin Portis & Miles PC |
| Lopez & Antunes v. Loomis, et al. | 2026 | Horry County, SC | D | D/T | Payton Hoover | Richardson, Plowden & Robinson |
| Anslinger v. Seachase Owners' Association, Inc., et al. | 2026 | Baldwin County, AL | P | D | Drew Barnett | Belt, Bruner & Barnett |
| Estate of Bumgarner v. Steel Creek Park, LLC, et al. | 2026 | Lincoln County, NC | P | D | F. Davis Poisson | Poisson, Poisson & Bower, PLLC |
| Lewis v. Tides Horizontal Property Regime Owner's Association, Inc. | 2026 | Charleston County, SC | P | D | Jonathan Krell | Uricchio, Howe, Krell, Jacobson, Toporek & Keith, PA |

PERCEPTIO FORENSICS

## 2026 PERCEPTIO FORENSICS CONSULTING FEES

Services are billed on a Time and Expense basis (i.e., hourly) in accordance with this current fee schedule rates. Services provided may include field investigations or surveys, testing, analysis, consultations, requested reports/summaries, deposition preparation, depositions, and file management.

All fees are subject to increase annually pending an internal review.

**Administrative Tasks**

| | |
|---|---|
| File Setup (e.g., conflict check) | $50 |
| File Production | $100 |

**Stephanie Borzendowski | Human Factors Consultant**

| | |
|---|---|
| Regular Billable Rate | $375 |
| Rush Work (completion in 2 weeks) | Rate x15% |
| Testimony | $475 |

**Leah Hartman | Human Factors Consultant**

| | |
|---|---|
| Regular Billable Rate | $325 |
| Rush Work (completion in 2 weeks) | Rate x15% |
| Testimony | $425 |

**Administrative Support**

| | |
|---|---|
| Regular Billable Rate | $75 |

**Itemized Equipment Fees**

| | |
|---|---|
| 3-D Laser Scanner, per day | $350 |
| Digital Tribometer (BOT 3000E, ASM 925), per use | $175 |
| Variable Incidence Tribometer, per use | $75 |

**Reimbursable Expenses**

Direct non-salary expenses incurred, such as travel, out-of-pocket expenses acquired while traveling, and rental of equipment are to be reimbursed by the client at cost plus fifteen (15) percent.

Ground Vehicle, per mile based on the current IRS rate.

Per Diem - per location GSA rate.

Time spent in portal-to-portal travel in the interest of the job will be billed at the appropriate hourly rate.