EXHIBIT 4

3 AXIS ENGINEERING, LLC

5929 Knight Avenue
Tuscaloosa, Alabama 35405

# Report on the Norfolk Southern – AIPC Matter

Allen Powers, P E
2/25/2026

This is a report of activities and conclusions concerning the investigation and reconstruction activities concerning the accident identified herein. The conclusions could be influenced by new information that becomes available at some later time.

**Accident Statistics:**

Unit 1 Operator(s): Rico Blanchett

Unit 1: EMD SW1500 Switching Locomotive (RSSX 2535) and 6 cars

Unit 2 Operator(s): David Small and Ray Rightmier

Unit 2: Norfolk Southern train with a GE ES44AC (NS8130) as lead locomotive

Date: July 11, 2022

Time: 8:14 AM

Location: Near milepost SC122, east end of the American Italian Pasta Company siding

**Sources Examined for Information:**

1. The Accident Scene;
2. The switcher locomotive;
3. An exemplar hopper railcar; .
4. Norfolk Southern incident reports;
5. Published information on the vehicles;
6. Provided photographs taken of the scene including the derailed units;
7. Depositions, provided exhibits and materials of:
    1. Small
    2. Ogden
    3. Rightmier
    4. Blanchett
8. Google aerial image;
9. Provided materials:

    1-510-000001-510-000048 - Download Graph.pdf
    2-AIPC 000047-000059 - Photos of Derailment.pdf
    501-001866.WMA

501-001867.WMA
510-000001 - 510-000048 - Download Graph.pdf
Cox.Plfs' Ex 1 - 5.15.25 - AIPC 003657 - 3662 Cox Supp Report 5.14.25.pdf
Cox.Plfs' Ex 3 - 5.15.25 - AIPC 003670 Craig Cox Notes.pdf
Generic_Playback.txt
NS Train Consist.pdf
NS8130 Event Recorder Printout.pdf
RailView Playback.msi
RV3548F_07112022_071500.mp4
RV3548F_07112022_071501.mp4
3-AIPC 000094 - 000142 - FOIA from South Carolina ORS.pdf
4-NS Production - South Carolina ORS and FRA Inspection Report.pdf
521-000001 - 521-000023 NS PD Incident Report.pdf
NS Incident Report.pdf
Small - NS Production 1501-500-002000.PDF
Small - NS Production 500-000001-500-000500.PDF
Small - NS Production 500-000501-500-001000.PDF
Small - NS Production 500-001001-500-001500.PDF
Small - NS Production 500-002001-500-002038.PDF

10. Plaintiff disclosures

I have a Master of Science degree in Mechanical Engineering and Bachelor of Science in Mechanical Engineering, both from the University of Alabama. I have extensive experience in the practice of engineering and have taught undergraduate engineering classes at the University of Alabama. I have been involved in accident reconstruction for over 35 years and am a registered Professional Engineer in the State of Alabama.

**The Accident Description according to the NS Incident Report:**
"238P310 train crew traveling east on the SC-Line collided [sic] an industry owned remote control locomotive that was fouling the mainline at SC122 milepost…[an AIPC] employee was operating the remote control locomotive and derailed on an eastward move through the split point derail resulting in said locomotive coming to a rest fouling the mainline…The impact caused 238P310's lead locomotive (NS 8130) to turn over on its side, 2nd locomotive (NS 9646) to turn over on its side, 3rd locomotive (NS 7119) to derail all wheels leaving the engine upright."

**The Accident Scene:**
The scene was inspected, photographed, measured with survey equipment, and laser scanned using a FARO scanner on July 15, 2025. An additional inspection was made on August 9, 2025 when drone photography was performed. Damage was observed on the ties where the switcher locomotive was derailed.

Below is a scale diagram of the accident site including measured survey points and an orthomosaic image created from drone photography. The second image shows a more detailed view of the area of impact.



**Figure 1**. Overall scale diagram of the accident site



**Figure 2.** Scale diagram of the area of impact

**EMD SW1500 Switching Locomotive (RSSX 2535)**

The switching locomotive was inspected, photographed, measured, and scanned on July 15, 2025. Scraping was observed along the right side of the locomotive, beginning approximately 11 feet rearward from the front right corner of the walkway, as shown below.






**Figure 3.** Scrapes on the switcher locomotive

**Observations and Opinions:**

- The switcher locomotive was visible to the NS operators from more than 2000 feet away from impact.
- The Leidos Railview videos are low resolution, only 5 frames per second, and captured with a wide-angle camera lens. A 50mm lens provides a better representation of how the scene appears to the human eye.[1,2] Therefore, the switcher locomotive would have been more conspicuous to Small and Rightmier than it appears in the Railview videos. A 3D rendering was created to demonstrate 50 mm view perspectives for the approach to the scene from the Norfolk Southern locomotive as shown below.

[1] Modrak, R., & Anthes, B. (2010). *Reframing Photography: Theory and Practice* (1st ed.). Routledge.
[2] Banks, M. S., Cooper, E. A., & Piazza, E. A. (2014). Camera Focal Length and the Perception of Pictures. *Ecological psychology : a publication of the International Society for Ecological Psychology*, *26*(1-2), 30–46. https://doi.org/10.1080/10407413.2014.877284



**Figure 4.** Rendering from 50mm lens at the position of the exterior Railview camera when the Norfolk Southern locomotive is 1000 feet from impact



**Figure 5.** Rendering from 50mm lens at the position of the conductor (Rightmier) when the Norfolk Southern locomotive is 1000 feet from impact

- Based upon literature[3] and EDR data from a previous different train accident, the deceleration rate for the Norfolk Southern train during emergency braking would be between

[3] Loumiet, J. R., & Jungbauer, W. G. (2011). *Train Accident Reconstruction and FELA & Railroad Litigation* (4th ed.). Lawyers and Judges Publishing Company.

0.065 and 0.1 g. The total distance required for the Norfolk Southern train to stop from 31 mph (its speed when 1000 feet away from impact), including factors for perception-reaction and brake transmission and build-up time, is between 494 and 667 feet.

- A video was rendered demonstrating that the Norfolk Southern train could have come to a stop using a 1.5 sec P/R time of the switcher locomotive in the foul began when the Norfolk Southern train was 1000 feet from impact and the Norfolk Southern train achieved a 0.0825 g deceleration rate. This shows the Norfolk Southern train stopping 419 feet away from impact. 30 and 50 mm lens perspective images from this rendering are shown below:



**Figure 6.** View from stopped Norfolk Southern locomotive after stopping. Top: 50mm lens at conductor’s position. Bottom: 30mm lens at exterior Railview camera position.

- In the interior Railview video, Small begins to reach for the brake 9.4 seconds before impact, when the Norfolk Southern train is 483 feet away from impact, although the EDR data indicates braking was not applied until after collision. If the emergency brakes were applied at this moment, the Norfolk Southern train would still impact the switcher locomotive, but its speed at impact would be approximately 16 mph. At 16 mph, the Norfolk Southern train has less than 20% of the kinetic energy it had during the actual impact at 36 mph. Similarly, Small states in his deposition that he noticed the switcher sticking out onto the track when the Norfolk Southern train was roughly 600 feet away. If he began perception/reaction at this point, using 1.5 seconds P/R time, the Norfolk Southern train would have impacted at approximately 12 mph, possessing 11% as much kinetic energy as in the actual impact. Small alternatively states he saw the switcher sticking out onto the track when he reached the rear of the cars behind the switcher. At this point, the Norfolk Southern train was approximately 380 feet from impact. Similarly, if he began perception/reaction at this point, the Norfolk Southern train would have impacted at approximately 26 mph, possessing 52% as much kinetic energy as in the actual impact. In any of these cases, the Norfolk Southern train would have meaningfully decelerated prior to impact, which would be expected to result in a smaller numbers of cars de-railing and overturning.

**Resume and Recent Testimony:**
A copy of my resume and recent testimony is attached. My fee schedule is $420 per hour, plus expenses required by the project. I have investigated the subject accident. As such, my opinions will be related to the reconstruction issues of the accident. This is a report of activities and conclusions concerning the investigation and reconstruction of the accident identified herein with the information available to date. The conclusions could be influenced by new information that becomes available at some later time.

Respectfully,

Allen Powers

Allen Powers