EXHIBIT 8

1

STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS
COUNTY OF RICHLAND FOR THE FIFTH JUDICIAL CIRCUIT

RAYMOND S. RIGHTMIER, and his lawful wife, ANGIE RIGHTMIER, CIVIL ACTION NO. 2022-CP-40-05526

Plaintiffs,

-vs.-

RICO BLANCHETT, an individual, TREEHOUSE FOODS, INC., a foreign corporation, AMERICAN ITALIAN PASTA COMPANY, a foreign corporation, and NORFOLK SOUTHERN RAILWAY COMPANY, a foreign corporation,

Defendants.
______________________________ /

DAVID E. SMALL, JR., CIVIL ACTION NO. 2023-CP-40-02115

Plaintiff,

-vs.-

NORFOLK SOUTHERN CORPORATION, TREEHOUSE FOODS, INC., and AMERICAN ITALIAN PASTA COMPANY,

Defendants.
______________________________ /

VIDEOTAPED DEPOSITION OF MICHAEL PATRICK THOMPSON
September 25, 2024

SUSAN B. WILSON, INC.
14015 Ivylgail Drive North
Jacksonville, Florida 32225
(904) 994-6133
SWLSN1@yahoo.com

2

VIDEOTAPED DEPOSITION OF MICHAEL PATRICK THOMPSON

Taken on behalf of Plaintiffs

Pursuant to Notice of Videotaped Deposition

DATE TAKEN: Wednesday, September 25, 2024
TIME: 10:05 a.m. - 11:22 a.m.
PLACE: By videoconference

Examination of the witness taken before:
Susan B. Wilson, RPR, CRR, CRC, FPR

SUSAN B. WILSON, INC.
14015 Ivylgail Drive North
Jacksonville, Florida 32225
(904) 994-6133
SWLSN1@yahoo.com

3

A P P E A R A N C E S

HOWARD A. SPIER, Esquire
JUSTIN ARNOLD, Esquire

Rossman, Baumberger, Reboso & Spier, P.A.
9155 South Dadeland Boulevard, Suite 1200
Miami, Florida 33156
spier@rbrlaw.com
arnold@rbrlaw.com
305-373-0708,

appearing on behalf of Plaintiffs Raymond S. Rightmier and Angie Rightmier.

WILLIAM E. WHITNEY, III, Esquire

Gallivan, White & Boyd, P.A.
55 Beattie Place, Suite 1200
Greenville, South Carolina 29601
wwhitney@gwblawfirm.com
864-271-5362,

appearing on behalf of Defendant Norfolk Southern Railway Company.

TRACEY C. GREEN, Esquire

Burr & Forman LLP
1221 Main Street, Suite 1800
Columbia, South Carolina 29201
tgreen@burr.com
803-753-3224,

appearing on behalf of Defendants Rico Blanchett, TreeHouse Foods, and American Italian Pasta Company.

4

A P P E A R A N C E S (C O N T I N U E D)

ALSO PRESENT:

SUSAN GARRISON

Executive Video & Photographic Services
12627 San Jose Boulevard, Suite 902
Jacksonville, Florida 32223
execvideo@gmail.com

- - -

question.
Q It's starting to pour out here in south Florida. I apologize.
You were loading up the trucks. You saw Rico Blanchett walk by, not responding to your radio transmissions. What did you do next?
A I was in the office stamping the ticket for the driver, and Rico walked in the office.
Q All right. Let's stop there. Is this the seven-story building?
A It's on the first floor. It's on the ground level. It's outside in the receiving area.
Q All right. But this is the building that has seven floors?
A Correct. It's attached to it, yes.
Q And you say in the office. Was it any particular office that you were in? Was it Rhen Marshall's office?
A No. It was the rail receiving office.
Q Rail receiving office.
A Yes. It would be Rico's office.
Q Did you go there for the specific purpose of trying to encounter him?
A No. I was punching the driver out, stamping his ticket, so I could get the driver out of here.



Q You do that at the rail receiving office; don't you?
A Yes. That's -- that equipment is in that office.
Q And while you were in there, Mr. Blanchett entered that office?
A Yes.
Q Could you tell us about anything that you observed about him, anything unusual, anything different, anything that caused you to be concerned?
A No. He acted normal.
Q Did he say "Good morning, sir"?
A No. He just told me straight out that he derailed the locomotive and was Rhen Marshall here.
Q All right.
A And I told him, "Oh, shit. If he is, he's in his office."
Q And where is Rhen Marshall's office in comparison to the rail crew office -- the rail receiving office?
A It's at the west end of the mill on the second floor.
Q Second floor of the seven-story building?
A Correct.
Q Had you seen Rhen Marshall come into the



office yet, or you didn't know that he was here or not?
A I had no idea if he was there or not.
Q When Rico Blanchett said, "I just derailed the engine," do you know what he meant?
A Yes. I figured he just dropped the front trucks off of the -- off of the derail.
Q Did he share with you that the engine was now towards the main line track of Norfolk Southern? Did he tell you that?
A No, he told me nothing.
Q Did you -- did you try to engage him in conversation?
A No. I just told him where -- where I thought Rhen might be. He took the remote off of his neck and walked out of the office. That's the last --
Q Let me ask you --
A That's the last I saw of him.
Q Let me ask you, Mr. Thompson. You seem like a very conscientious worker to me. You're a good worker. Smart guy. You may not get the wages that the other guy gets --
A I may not, no. But that's okay.
Q You're a smart guy. Let me ask you. This employee -- who you knew to be a rookie employee, didn't you?



A Yes.
Q In fact, he was a new hire, still within his probationary period, wasn't he?
A I don't know if he was in his probation period or not. I don't -- I don't have a clue.
Q What was the probationary period for rail operators like him? Do you know?
A I have no clue.
Q Okay. As I said, you're a pretty observant guy, perceptive fellow. When he told you that engine was derailed, and you knew that the main line track was out there because you're familiar with the area, did you take up any effort to -- first of all, did you go out there to see to what extent the engine was derailed?
A I did not. I was still dealing with the truck driver.
Q Well, but you could have said, "Mr. Truck Driver, hold on, let me go see this derailment. This kid doesn't get -- he doesn't understand what's going on here. Let me check it out for myself." Could you have done that?
A I could have, yes.
Q How far would that have taken you to walk from the rail receiving office under this condition to the derailed engine?

A Probably about 20 minutes.
Q All right. Were you a healthy guy at the time, you had good legs, good arms?
A I do.
Q So 20 minutes. Did you have a way to drive out there, or you really can't access it driving?
A I didn't have anything, no.
Q Okay. So going to the scene was not something that you thought about?
A No, sir.
Q When he told you that he derailed the engine, could you conceive that the engine would be fouling the main line? Could you conceive of that?
A I have no recollection of that, no.
Q Well, let me ask you -- well, was it possible, in your view, for equipment to derail over that derailer and foul the main line? Was that possible? Could that have happened?
A That could -- that could have happened to anyone, yes.
Q I agree.
And so if that's a possibility, all I want to know is: Mike Thompson, when he told you that news, what did you do about it, if anything?
A I didn't do anything about it.



Q Okay. And you just told Rico Blanchett what about Mr. Rhen Marshall? What did you tell him?
A I told him, "If he's -- if he's here, he'll be in his office."
Q The main line track of Norfolk Southern, since you've been out there for 26 years, you do know that was an active track, don't you?
A I didn't hear the question.
Q Yeah. Since you were out there for 26 years, you were aware that the Norfolk Southern main line was an active track?
A Yes.
Q And you've seen trains going up and down that track, haven't you?
A Yes.
Q And you would agree that the main line should never be encumbered by equipment that is fouling the main line? You would agree with that, wouldn't you?
A Yes, I would.
Q But you didn't know that situation that existed on July 11th, '22, because --
A No.
Q -- Rico Blanchett didn't mention that to you at all, did he?
A Not at all.



Q And he just walked out of that office when you said, "I don't know if Rhen Marshall is in yet"?
A Yes.
Q And that was the end of it for you?
A Yeah.
Q Did you --
A I'm not a -- I'm not a supervisor or anything. I couldn't make any kind of judgment on that.
Q Did it dawn on you this Rico Blanchett looked a little weird to you, like he was on drugs or alcohol or something?
A No, it did not.
Q Did you smell any alcohol on his breath?
A No, I did not.
Q Did he look -- did he have a wild look in his eyes?
A No. Just looked normal.
Q Was he complacent and cool?
A Yeah. I mean, he was just normal. He didn't act strange a bit.
Q Now, when he came into the rail receiving office, did he have his vest and box, remote control box still on his person, or that was not there?
A Yes. He had that around his neck. And, like I said, when I told him that Rhen would be in his



office, he took it off and set it down and then walked out.
Q Now, when Mr. Blanchett left the rail receiving office, do you know where he went?
A No, I do not.
Q The only thing you said is he may be in his office or not?
A Correct.
Q Did you try to reach Rhen Marshall yourself?
A No, I did not.
Q And just to be sure -- we talked about what you might do under certain similar circumstances. In this case you did not make any other radio transmissions to anyone, did you?
A No, I did not.
Q Did not look at the scene? You did not go to the scene of the incident?
A No.
Q Did not try to --
A By this --
Q Go ahead.
A By this time a truck driver is standing in my office signing paperwork, so I didn't do any of that.
Q Well, you would agree a truck driver signing paperwork is not as important as an engine fouling a