EXHIBIT 9



STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS
COUNTY OF RICHLAND FOR THE FIFTH JUDICIAL CIRCUIT

RAYMOND S. RIGHTMIER, and his lawful wife, ANGIE RIGHTMIER, CIVIL ACTION NO. 2022-CP-40-05526

Plaintiffs,

-vs.-

RICO BLANCHETT, an individual, AMERICAN ITALIAN PASTA COMPANY, a foreign corporation, and NORFOLK SOUTHERN RAILWAY COMPANY, a foreign corporation,

Defendants.
_______________________________ /

DAVID E. SMALL, JR.,

Plaintiff, CIVIL ACTION NO. 2023-CP-40-02115

-vs.-

NORFOLK SOUTHERN CORPORATION, and AMERICAN ITALIAN PASTA COMPANY,

Defendants.
_______________________________ /

VIDEOTAPED DEPOSITION OF TERRI CHRISTINE HALE
Taken on behalf of Plaintiffs
Pursuant to Notice of Videotaped Deposition

SUSAN B. WILSON, INC.
14015 Ivylgail Drive North
Jacksonville, Florida 32225
(904) 994-6133
SWLSN1@yahoo.com



DATE TAKEN: Monday, April 7, 2025
TIME: 2:06 p.m. - 3:57 p.m.
PLACE: By videoconference

Examination of the witness taken before:
Susan B. Wilson, RPR, CRR, CRC, FPR

SUSAN B. WILSON, INC.
14015 Ivylgail Drive North
Jacksonville, Florida 32225
(904) 994-6133
SWLSN1@yahoo.com



A P P E A R A N C E S

HOWARD A. SPIER, Esquire

Rossman, Baumberger, Reboso & Spier, P.A.
9155 South Dadeland Boulevard, Suite 1200
Miami, Florida 33156
spier@rbrlaw.com
305-373-0708,

appearing on behalf of Plaintiffs
Raymond S. Rightmier and Angie Rightmier.

JOHN D. STEEL, Esquire

John Steel Law
3495 Piedmont Road NE
Building 11, Suite 905
Atlanta, Georgia 30305
jsteel@johnsteel-law.com
404-260-9634,

appearing on behalf of Plaintiff
David E. Small, Jr.

WILLIAM E. WHITNEY, III, Esquire

Gallivan, White & Boyd, P.A.
55 Beattie Place, Suite 1200
Greenville, South Carolina 29601
wwhitney@gwblawfirm.com
864-271-5362,

appearing on behalf of Defendant
Norfolk Southern Railway Company.



A P P E A R A N C E S (C O N T I N U E D)

JOHN O. RADECK, JR., Esquire

Hood Law Firm, LLC
172 Meeting Street
Charleston, South Carolina 29401
john.radeck@hoodlaw.com
843-577-1203,

appearing on behalf of Defendants
Rico Blanchett and American Italian
Pasta Company.

ALSO PRESENT:

ED FERNANDEZ

Executive Video & Photographic Services
12627 San Jose Boulevard, Suite 902
Jacksonville, Florida 32223
execvideo@gmail.com

KIERA DILLON, Esquire

City of Columbia
kiera.dillon@columbiasc.gov

\- - -

**NFIRS - 1 Basic**

## A

| FDID | State | Incident Date (MM DD YYYY) | Station | Incident Number | Exposure |
|---|---|---|---|---|---|
| 40104 | SC | 07/11/2022 | 08 | 20324 | 000 |

## B Location

Address Type: 1 - Street addres

| Number/Milepost | Prefix | Street or Highway | Street Type | Suffix |
|---|---|---|---|---|
| 2000 | | American Italian | Way | |

| Apt./Suite/Room | City | State | Zip Code |
|---|---|---|---|
| | COLUMBIA | SC | 29209 |

Census Tract:

Cross street or directions, as applicable: PINEVIEW DR/Dead End

## C Incident Type

Incident Type: 900 - Special type of in

## D Aid Given or Received

Their FDID: | Their State: | Their Incident Number:

Type Aid Given or Recieved: N - None

## E1 Dates & Times

Midnight is 0000

| | Month / Day / Year | Hour : Min : Seconds |
|---|---|---|
| Alarm | 07/11/2022 | 08:20:17 |
| Arrival | 07/11/2022 | 08:29:14 |
| Controlled | | |
| Last Unit Cleared | 07/11/2022 | 10:46:15 |

## E2 Shifts & Alarms

Local Option

Shift or platoon: | Alarms: | District:

## E3 Special Studies

Local Option

| Special Study ID# | Special Study Value |
|---|---|
| 9244 | 3 |

## F Actions Taken

81 - Incident command

Actions Taken

## G1 Resources

[Y] Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 10 | 28 |
| EMS | 0 | 0 |
| Other | 0 | 0 |

[ ] Check box if resource counts include aid received resources.

## G2 Estimated Dollar Losses & Values

LOSSES: Required for all fires if known. Optional for non fires.

| | |
|---|---|
| Property | $ 0 |
| Contents | $ 0 |

PRE-INCIDENT VALUE: Optional

| | |
|---|---|
| Property | $ 0 |
| Contents | $ 0 |

## H1 Casualties

| | Deaths | Injuries |
|---|---|---|
| Fire Service | 0 | 0 |
| Civilian | 0 | 0 |

## H2 Detector

U - Unknown

## H3 Hazardous Materials Release

N - None

## I Mixed Use Property

## J Property Use

951 - Railroad right of way

## K1 Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | Davidilla | | Small | |

| Number | Prefix | Street or Highway | Street Type | Suffix |
|---|---|---|---|---|
| | | | | |

| Post Office Box | Apt./Suite/Room | City |
|---|---|---|
| | | |

| State | Zip Code | Business name (if applicable) | Area Code / Phone Number |
|---|---|---|---|
| | | CSX | (803)486-4264 |

## K2 Owner

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | | | | |

| Number | Prefix | Street or Highway | Street Type | Suffix |
|---|---|---|---|---|
| | | | | |

| Post Office Box | Apt./Suite/Room | City |
|---|---|---|
| | | |

| State | Zip Code | Business name (if applicable) | Area Code / Phone Number |
|---|---|---|---|
| | | | |

**A**

| FDID | State | Incident Date (MM DD YYYY) | Station | Incident Number | Exposure |
|---|---|---|---|---|---|
| 40104 | SC | 07/11/2022 | 08 | 20324 | 000 |

**NFIRS - 1S Supplemental**

## K1 Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | Reginald | | Jenkins | |

Number / Prefix / Street or Highway / Street Type / Suffix:

Post Office Box: Apt./Suite/Room: City:

State: Zip Code: Business name (if applicable): TreeHouse Foods Area Code / Phone Number: (318)303-2971

## K1 Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | Joey | | Elliott | |

Number / Prefix / Street or Highway / Street Type / Suffix:

Post Office Box: Apt./Suite/Room: City:

State: Zip Code: Business name (if applicable): SCHP Area Code / Phone Number: (803)312-2255

## K1 Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | Bruce | | King | |

Number / Prefix / Street or Highway / Street Type / Suffix:

Post Office Box: Apt./Suite/Room: City:

State: Zip Code: Business name (if applicable): Norfolk Southern Cor Area Code / Phone Number: (717)525-1670

## K1 Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | Andrea | | Herbster | |

Number / Prefix / Street or Highway / Street Type / Suffix:

Post Office Box: Apt./Suite/Room: City:

State: Zip Code: Business name (if applicable): Norfolk Southern Area Code / Phone Number: (912)655-8269

## K1 Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | David | | Hill | |

Number / Prefix / Street or Highway / Street Type / Suffix:

Post Office Box: Apt./Suite/Room: City:

State: Zip Code: Business name (if applicable): Norfolk Southern Area Code / Phone Number: (770)519-1727

## K1 Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | Rhen | | Marshall | |

Number / Prefix / Street or Highway / Street Type / Suffix:

Post Office Box: Apt./Suite/Room: City:

State: Zip Code: Business name (if applicable): TreeHouse Foods Area Code / Phone Number: (803)466-5980

A

| FDID | State | Incident Date (MM DD YYYY) | Station | Incident Number | Exposure |
|---|---|---|---|---|---|
| 40104 | SC | 07/11/2022 | 08 | 20324 | 000 |

NFIRS - 1S Supplemental

K1 Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | Richard | | Davis | |

Number / Prefix / Street or Highway / Street Type / Suffix:

Post Office Box: Apt./Suite/Room: City:

| State | Zip Code | Business name (if applicable) | Area Code / Phone Number |
|---|---|---|---|
| | | TreeHouse Foods | (803)480-1584 |

K1 Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | Thadius | | Bach | |

Number / Prefix / Street or Highway / Street Type / Suffix:

Post Office Box: Apt./Suite/Room: City:

| State | Zip Code | Business name (if applicable) | Area Code / Phone Number |
|---|---|---|---|
| | | DHEC | (803)896-2334 |

K1 Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | Marcus | | Lady | |

Number / Prefix / Street or Highway / Street Type / Suffix:

Post Office Box: Apt./Suite/Room: City:

| State | Zip Code | Business name (if applicable) | Area Code / Phone Number |
|---|---|---|---|
| | | US DOT - District 3 | (803)331-3026 |

K1 Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | Dennis | | Babcock | |

Number / Prefix / Street or Highway / Street Type / Suffix:

Post Office Box: Apt./Suite/Room: City:

| State | Zip Code | Business name (if applicable) | Area Code / Phone Number |
|---|---|---|---|
| | | HEPACO | (843)847-1573 |

K1 Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | Ray | | Wrightmeier | |

Number / Prefix / Street or Highway / Street Type / Suffix:

Post Office Box: Apt./Suite/Room: City:

| State | Zip Code | Business name (if applicable) | Area Code / Phone Number |
|---|---|---|---|
| | | Norfolk Southern Cor | |

K1 Person/Entity Involved

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| | | | | |

Number / Prefix / Street or Highway / Street Type / Suffix:

Post Office Box: Apt./Suite/Room: City:

| State | Zip Code | Business name (if applicable) | Area Code / Phone Number |
|---|---|---|---|
| | | | |

A

| FDID | State | Incident Date (MM DD YYYY) | Station | Incident Number | Exposure |
|---|---|---|---|---|---|
| 40104 | SC | 07/11/2022 | 08 | 20324 | 000 |

NFIRS Remarks

Remarks

Ladder 8, along with multiple other CFD units responded for a Train versus vehicle. Ladder 8 responded emergent covering from Shop rd up Pineview to American Italian way rd with no accidents noted on pineview railroad crossings. Ladder 8 proceeded to American Italian way, while en route, the call was upgraded to train versus a train. Ladder 8 arrived on scene to the closest train access on the tracks, and made their way to the wreckage. Ladder 8 established command and began investigating. The tracks were an estimated 100 - 200ft from the rear of TreeHouse Foods, and impact location are by map grid coordinates 33.9356061, -80.9317661. At the point of impact forward, one locomotive (#2535) and 6 silo container cars (containing wheat) were still intact and on the rails. Upon investigation of the first locomotive, no engineer conductor was present, and first report was that the person was seen fleeing the scene. As Ladder 8 made their way on up the wreckage, 6 more flat railcars carrying shipping containers double stacked were off the rails, in the wood line and unstable in their resting position while leaning. A request to immediately begin securing the location from a collapse zone of the unstable shipping containers as well as wreckage was accomplished with caution scene tape. As Ladder 8 proceeded on assessing the wreckage and injuries, they made their way towards the end of the wreckage that involved 3 locomotives, with one (#7119) perpendicular across the tracks with heavy damage to the right side, and the other two locomotives were off the tracks dug deep into the ground on their right side facing back towards the wreckage. We were unable to identify the locomotive properly. There were two engineer conductors that were initially trapped in the wreckage that were able to crawl out prior to our arrival. Both conductors had critical injuries that involved head, neck, back and multiple fractures. Ladder 8 redirected RCEMS and other CFD personnel to an access point off of Longwood near the railway tracks. Battalion 4 assumed command and requested additional resources to include a Mule, Hazmat response, DHEC response and continue investigation for incident stabilization. RCEMS arrived on scene and took over all patient care. Ladder 8, Engine 30 all assisted with patient packaging and loading into the ambulance without incident or complaints, two critical patients were transported to Richland hospital emergent.  Upon further investigation all three locomotives were leaking engine fluids to include diesel fuel, hydraulic fluid, and other contaminants straight into the ground. Due to the wreckage of the two locomotives into the ground, they created a dam or trough that collected all the spilled fluids. CFD Hazmat 1 arrived on scene an assessed all hazards, and advised no concern to public, or the surrounding area. A multitude of agencies responded and arrived on scene to began their investigation to include: Norfolk Southern Corporation, TreeHouse Food, SC Highway patrol, RCEMS, Norfolk Southern Special agents, DHEC, US DOT Federal Railroad Admin., and HEPACO.  Once patients were transported, all unstable and hazardous areas were roped off and isolated, all potential hazardous materials were contained, the scene was placed under control. Fire 1, Division 1, and PIO arrived on scene. Scene was turned over to investigating agency, incident command was terminated, all units that were still on scene returned back to available status.  Fire 1 and PIO remained on scene to address media.

M Authorization

| ID | Signature | Position or rank | Assignment | Month Day Year |
|---|---|---|---|---|
| 13068 (Officer in charge ID) | LORENZO SPELL | Battalion | | 07/11/2022 |
| 22479 (Member making report ID) | TERRI HALE | Captain | | 07/11/2022 |

| FDID | State | Incident Date (MM DD YYYY) | Station | Incident Number | Exposure | NFIRS - 9 Apparatus or Resources |
|---|---|---|---|---|---|---|
| 40104 | SC | 07/11/2022 | 08 | 20324 | 000 | |

| B # | Apparatus or Resource (Use codes listed below) ID | Type | Dates and Times (Month Day Year Hours/Mins) Dispatch | Arrival | Clear | Sent | Number of People | Use (Check ONE box for each apparatus to indicate its main use at the incident.) | Actions Taken |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BAT4 | 92 | 07/11/2022 08:20 | 07/11/2022 08:33 | 07/11/2022 10:46 | X | 1 | 1 - Suppress | |
| 2 | E2 | 11 | 07/11/2022 08:44 | 07/11/2022 09:07 | 07/11/2022 10:40 | X | 4 | 1 - Suppress | |
| 3 | E30 | 11 | 07/11/2022 08:20 | 07/11/2022 08:40 | 07/11/2022 09:48 | X | 3 | 1 - Suppress | |
| 4 | E8 | 11 | 07/11/2022 08:20 | 07/11/2022 08:33 | 07/11/2022 10:46 | X | 4 | 1 - Suppress | |
| 5 | FIRE6 | 92 | 07/11/2022 08:44 | 07/11/2022 09:01 | 07/11/2022 10:46 | X | 1 | 1 - Suppress | |
| 6 | FIRE7 | 92 | 07/11/2022 08:44 | 07/11/2022 09:00 | 07/11/2022 10:46 | X | 1 | 1 - Suppress | |
| 7 | HM1 | 93 | 07/11/2022 08:42 | 07/11/2022 08:57 | 07/11/2022 10:39 | X | 4 | 1 - Suppress | |
| 8 | L8 | 12 | 07/11/2022 08:22 | 07/11/2022 08:29 | 07/11/2022 10:46 | X | 4 | 1 - Suppress | |
| 9 | R4 | 71 | 07/11/2022 08:22 | 07/11/2022 08:38 | 07/11/2022 10:46 | X | 3 | 1 - Suppress | |
| 10 | R5 | 71 | 07/11/2022 08:20 | 07/11/2022 08:37 | 07/11/2022 10:37 | X | 3 | 1 - Suppress | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |

| A | FDID | State | Incident Date (MM DD YYYY) | Station | Incident Number | Exposure | NFIRS - 10 Personnel |
|---|---|---|---|---|---|---|---|
| | 40104 | SC | 07/11/2022 | 08 | 20324 | 000 | |

B Apparatus or Resource

| # | ID | Type | Dates and Times | Month Day Year | Hours/Mins | Sent | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BAT4 | 92 | Dispatch | 07/11/2022 | 08:20:45 | X | 1 | 1 - Suppressi | |
| | | | Arrival | 07/11/2022 | 08:33:42 | | | | |
| | | | Clear | 07/11/2022 | 10:46:15 | | | | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 13068 | SPELL, LORE | Battalio | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| # | ID | Type | Dates and Times | Month Day Year | Hours/Mins | Sent | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|---|---|---|---|
| 2 | E2 | 11 | Dispatch | 07/11/2022 | 08:44:17 | X | 4 | 1 - Suppressi | |
| | | | Arrival | 07/11/2022 | 09:07:19 | | | | |
| | | | Clear | 07/11/2022 | 10:40:03 | | | | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 23512 | TODD, LEROY | Captain | | | | | |
| 24573 | MCGEE, JOSH | Fire Eng | | | | | |
| 25787 | Jones, Came | Firefigh | | | | | |
| 23726 | Flores Gill | Firefigh | | | | | |
| | | | | | | | |
| | | | | | | | |

| # | ID | Type | Dates and Times | Month Day Year | Hours/Mins | Sent | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|---|---|---|---|
| 3 | E30 | 11 | Dispatch | 07/11/2022 | 08:20:25 | X | 3 | 1 - Suppressi | |
| | | | Arrival | 07/11/2022 | 08:40:31 | | | | |
| | | | Clear | 07/11/2022 | 09:48:46 | | | | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 24571 | Sword, Chri | Fire Eng | | | | | |
| VF312 | Kneece, Ric | Fire Eng | | | | | |
| 25614 | Williams, A | Senior F | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Use: Check ONE box for each apparatus to indicate its main use at the incident.
Actions Taken: List up to 4 actions for each apparatus and each personnel.

| A | FDID | State | Incident Date (MM DD YYYY) | Station | Incident Number | Exposure | NFIRS - 10 Personnel |
|---|---|---|---|---|---|---|---|
| | 40104 | SC | 07/11/2022 | 08 | 20324 | 000 | |

| B Apparatus or Resource | Dates and Times (Month Day Year Hours/Mins) | Sent | Number of People | Use (Check ONE box for each apparatus to indicate its main use at the incident.) | Actions Taken (List up to 4 actions for each apparatus and each personnel.) |
|---|---|---|---|---|---|
| 1 ID E8 Type 11 | Dispatch 07/11/2022 08:20:45<br>Arrival 07/11/2022 08:33:41<br>Clear 07/11/2022 10:46:15 | Sent X | 4 | 1 - Suppressi | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 23609 | BOOKMAN, TH | Senior F | | | | | |
| 22730 | ROCK, LAVAL | Captain | | | | | |
| 26605 | Campor, Jos | Firefigh | | | | | |
| 26739 | Phillips, N | Firefigh | | | | | |
| | | | | | | | |
| | | | | | | | |

| Apparatus or Resource | Dates and Times | Sent | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|
| 2 ID FIRE6 Type 92 | Dispatch 07/11/2022 08:44:38<br>Arrival 07/11/2022 09:01:03<br>Clear 07/11/2022 10:46:15 | Sent X | 1 | 1 - Suppressi | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 10739 | HART, KEVIN | Division | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Apparatus or Resource | Dates and Times | Sent | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|
| 3 ID FIRE7 Type 92 | Dispatch 07/11/2022 08:44:55<br>Arrival 07/11/2022 09:00:53<br>Clear 07/11/2022 10:46:15 | Sent X | 1 | 1 - Suppressi | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 24847 | MCMANUS, DA | Special | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**A**

| FDID | State | Incident Date (MM DD YYYY) | Station | Incident Number | Exposure | |
|---|---|---|---|---|---|---|
| 40104 | SC | 07/11/2022 | 08 | 20324 | 000 | NFIRS - 10 Personnel |

**B**

| Apparatus or Resource | Dates and Times (Month Day Year Hours/Mins) | Sent | Number of People | Use (Check ONE box for each apparatus to indicate its main use at the incident.) | Actions Taken (List up to 4 actions for each apparatus and each personnel.) |
|---|---|---|---|---|---|
| 1 ID HM1 Type 93 | Dispatch 07/11/2022 08:42:26<br>Arrival 07/11/2022 08:57:51<br>Clear 07/11/2022 10:39:32 | X | 4 | 1 - Suppressi | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 25042 | GARY, RAYMO | Senior F | | | | | |
| 25040 | MACHAIN, BR | Senior F | | | | | |
| 13290 | SANDERS, SA | Fire Eng | | | | | |
| 15715 | TEAL, JERRY | Captain | | | | | |
| | | | | | | | |
| | | | | | | | |

| Apparatus or Resource | Dates and Times | Sent | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|
| 2 ID L8 Type 12 | Dispatch 07/11/2022 08:22:25<br>Arrival 07/11/2022 08:29:14<br>Clear 07/11/2022 10:46:15 | X | 4 | 1 - Suppressi | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 22479 | HALE, TERRI | Captain | | | | | |
| 25229 | HARLE, JACK | Senior F | | | | | |
| 26007 | Yandle, Tre | Firefigh | | | | | |
| 26025 | Hackett, Pe | Firefigh | | | | | |
| | | | | | | | |
| | | | | | | | |

| Apparatus or Resource | Dates and Times | Sent | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|
| 3 ID R4 Type 71 | Dispatch 07/11/2022 08:22:34<br>Arrival 07/11/2022 08:38:01<br>Clear 07/11/2022 10:46:15 | X | 3 | 1 - Suppressi | |

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 20777 | SANDIFER, K | Captain | | | | | |
| 25221 | SHEALY, DAW | Firefigh | | | | | |
| 22695 | SHEPARD, ET | Fire Eng | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| A | | | | | | |
|---|---|---|---|---|---|---|
| FDID | State | Incident Date (MM DD YYYY) | Station | Incident Number | Exposure | NFIRS - 10 Personnel |
| 40104 | SC | 07/11/2022 | 08 | 20324 | 000 | |

| B Apparatus or Resource | Dates and Times (Month Day Year Hours/Mins) | Sent | Number of People | Use (Check ONE box for each apparatus to indicate its main use at the incident.) | Actions Taken (List up to 4 actions for each apparatus and each personnel.) |
|---|---|---|---|---|---|
| 1 ID R5 Type 71 | Dispatch 07/11/2022 08:20:45<br>Arrival 07/11/2022 08:37:55<br>Clear 07/11/2022 10:37:29 | Sent X | 3 # | 1 - Suppressi | |

| Personnel ID | Name | Rank or Grade | Attend X | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 22353 | BERESFORD, | Captain | | | | | |
| 24350 | CHAVIS, JAS | Senior F | | | | | |
| 20357 | KONIECZKO, | Fire Eng | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 2 ID Type | Dispatch<br>Arrival<br>Clear | Sent | # | | |
|---|---|---|---|---|---|

| Personnel ID | Name | Rank or Grade | Attend X | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 3 ID Type | Dispatch<br>Arrival<br>Clear | Sent | # | | |
|---|---|---|---|---|---|

| Personnel ID | Name | Rank or Grade | Attend X | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |