EXHIBIT 10



STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS
COUNTY OF RICHLAND FOR THE FIFTH JUDICIAL CIRCUIT

CIVIL ACTION NO: 2022-CP-40-05526

RAYMOND S. RIGHTMIER, and his lawful wife, ANGIE RIGHTMIER,

Plaintiffs,

-vs.-

RICO BLANCHETT, an individual, AMERICAN ITALIAN PASTA COMPANY, a foreign corporation, and NORFOLK SOUTHERN RAILWAY COMPANY, a foreign corporation,

Defendants.
_____________________________ /

VIDEOTAPED DEPOSITION OF BRIAN SIMS RUCKER, EMT-P

Taken on behalf of Plaintiffs

Pursuant to Notice of Videotaped Deposition

DATE TAKEN: Monday, March 31, 2025
TIME: 10:08 a.m. - 11:15 a.m.
PLACE: By videoconference

Examination of the witness taken before:
Susan B. Wilson, RPR, CRR, CRC, FPR

SUSAN B. WILSON, INC.
14015 Ivylgail Drive North
Jacksonville, Florida 32225
(904) 994-6133
SWLSN1@yahoo.com



A P P E A R A N C E S

HOWARD A. SPIER, Esquire

Rossman, Baumberger, Reboso & Spier, P.A.
9155 South Dadeland Boulevard, Suite 1200
Miami, Florida 33156
spier@rbrlaw.com
305-373-0708,

appearing on behalf of Plaintiffs.

TRACEY C. GREEN, Esquire

Burr & Forman LLP
1221 Main Street, Suite 1800
Columbia, South Carolina 29201
tgreen@burr.com
803-753-3224,

-and-

JOHN O. RADECK, JR., Esquire

Hood Law Firm, LLC
172 Meeting Street
Charleston, South Carolina 29401
john.radeck@hoodlaw.com
843-577-1203,

appearing on behalf of Defendants Rico Blanchett and American Italian Pasta Company.

RONALD K. WRAY, II, Esquire

Gallivan, White & Boyd, P.A.
55 Beattie Place, Suite 1200
Greenville, South Carolina 29601
rwray@gwblawfirm.com
864-271-5362,

appearing on behalf of Defendant Norfolk Southern Railway Company.



A P P E A R A N C E S (C O N T I N U E D)

ALSO PRESENT:

ED FERNANDEZ

Executive Video & Photographic Services
12627 San Jose Boulevard, Suite 902
Jacksonville, Florida 32223
execvideo@gmail.com

AVERY BOYKIN, Acting Chief of Operations

Richland County Emergency Services Department

GERRY MCKAY

Richland County Emergency Services Department

- - -



I N D E X


| Witness | Page |
|---|---|
| BRIAN SIMS RUCKER, EMT-P | |
| Direct Examination By Mr. Spier................ | 5 |
| Cross-Examination By Mr. Green................. | 40 |
| Cross-Examination By Mr. Wray.................. | 50 |
| Redirect Examination By Mr. Spier.............. | 54 |
| Certificate of Oath............................ | 61 |
| Certificate of Reporter........................ | 62 |
| Errata Sheet (To Be Forwarded Upon Completion).. | 63 |
| Read and Sign Letter........................... | 64 |

PLAINTIFFS' EXHIBITS

| Number | Description | For ID |
|---|---|---|
| 1 | Richland County ESD Report | 39 |

DEFENDANTS' EXHIBITS

***** N O N E *****

**PRID:** 76855952 **Call #:** 001677592

**Service:** Richland County EMS
**Base:** HQ
**Unit:** S260
**Shift:** A
**Vehc. Grid:** Horrell Hill
**Type of Svc:** Emergency Response (Primary Response Area) Unscheduled
**Dispatch Priority:** Lights and Siren
**Response Mode:** Emergent (Immediate Response)
**Moved Via:** Stretcher
**Position:** Semi-Fowlers
**Disposition:** Treated NON-COUNTY RESIDENT, Transported by EMS
**Amb. Transport Code:** Initial Trip

**Date:** July 11, 2022
**Team:** ALS
**Crew 1:** *Primary Caregiver - Transport* * Rucker, Brian EMT-P
**Crew 2:** *Driver/Pilot - Transport* Wooten, Ty EMT-B
** designates an ALS Provider*
**Transport Mode:** Non-Emergent
**Moved From:** Stretcher
**Pt. Condition:** Unchanged
**Final Acuity:** Lower Acuity (Green)

**Ref Other Type:** *Railroad track*
**Referring / Scene:** AMERICAN ITALIAN PASTA CO
2000 American Italian Way
COLUMBIA, SC 29209
Richland County
United States
**Scene Grid:** Pineview
**Ref. GPS:** 33.9391673,-80.9353105

**Receiving / Destination:** *Hospital* Prisma Health Richland

Emergency Department

5 Richland Medical Park
Columbia, SC 29203-6863
803-434-1662
**Dest. Grid:** HQ
**Dest. GPS:** 34.028759,-81.032582

---

**Last Name:** RIGHTMIER **First:** RAYMOND
**Address:** 740 GROSS AVE
**City:** MONCK'S CORNER **ST:** SC **Zip:** 29461
**County:** Berkeley
**Country:** United States
**Citizenship:** United States
**DOB:** 06/02/1977 **SSN:** 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
**Age:** 45y **Gender:** M **Weight:**
**Height:**
**Subscriber:** No
**Race:** White, non-Hispanic
**Billing Information:**
None Given

| Odometer | Times |
|---|---|
| Ld Miles: 11.2 | Received: 08:19 |
| | Dispatch: 08:20 |
| | EnRoute: 08:21 |
| | At Ref: 08:33 |
| | At Patient: 09:03 |
| | Leave Ref: 09:04 |
| | At Rec: 09:26 |
| | Available: 09:54 |

**Consent Signed:** No
**PCS / Medical Necessity Signed:** No

## Scene Information

**Description:** PT'S RESIDENCE
**First Agency Unit on Scene?:** No
**Patient Belongings:** NONE

**Exposed:** Brian Rucker
**Protective Equip:** Eye Protection, Gloves, Mask

**Exposed:** Ty Wooten
**Protective Equip:** Eye Protection, Gloves, Mask

## Chief Complaint (Category: Traffic Accident)

PAIN

**Duration:** 10 Minutes

## History of Present Illness

TRAIN CONDUCTOR INVOLVED IN TRAIN DERAILMENT

| Medical History | Current Medications | Allergies |
|---|---|---|
| Asthma<br>Hypertension<br>Irritable Bowel Syndrome (IBS) | None Listed | Codeine |

## Neurological Exam

**Level of Consciousness:** Alert **Loss of Consciousness:** No
**Chemically Paralyzed:** No

**Pupils**

| Left | Right |
|---|---|
| | |

| | Motor | Sensory |
|---|---|---|
| LA: | Normal | Normal |

**Glasgow Coma Scale**

| | E | V | M | Tot |
|---|---|---|---|---|
| Int: | 1 | 5 | 6 | = 12 |

**Revised Trauma Score**

| | | |
|---|---|---|
| Size: | Normal | Normal |
| React: | Reactive | Reactive |

| | | |
|---|---|---|
| RA: | Normal | Normal |
| LL: | Normal | Normal |
| RL: | Normal | Normal |

11.00

**Airway**

**Status:** Patent

**Respiratory**

**Effort:** Normal

**Sounds: L:** Clear **R:** Clear

**Cardiovascular**

| Pulses | Left | Right |
|---|---|---|
| Carotid: | | |
| Radial: | Normal | Normal |
| Femoral: | | |

**Injury Details**

**Reason for Encounter:** Injury/Trauma

**Drugs/Alcohol?:** None

**Initial Physical Findings**

**Assessment**

**Assessment at**

**Mental Status:** Within Normal Limits , Normal , Normal Baseline for Patient , Alert

**Assessment at 07/11/2022 09:13**

**Skin Findings:**

**Activity**

| Time | H.R. / H.R. Method | REG | B.P. / B.P Method | MAP | RA SaO2 | Resp | Rhythm | GCS | ECG Method | RTS |
|---|---|---|---|---|---|---|---|---|---|---|
| **Action** | **Comment** | | | | | | | | | |
| 09:03 | | | | | | | | | | |
| | Power On. | | | | | | | | | |
| 09:05 | 105 | | 119 / 69 Auto. Cuff | 79 | 96 | 20 | Sinus Tachycardia, | 4/5/6 | | 12 |
| | NIBP. | | | | | | | | | |
| 09:08 | 105 | | | | 95 | | | | | |
| | Vital Signs. | | | | | | | | | |
| 09:10 | 105 | | 128 / 66 Auto. Cuff | 89 | 95 | 22 | Sinus Tachycardia, | | | |
| | NIBP. | | | | | | | | | |
| 09:15 | 100 | | 120 / 74 Auto. Cuff | 89 | 98 | 20 | Sinus Tachycardia, | 4/5/6 | | 12 |
| Initiate IV | NIBP. Peripheral IV initiated by Brian Rucker with 18ga. at Left Antecubital. Attempts: 1, successful. | | | | | | | | | |
| 09:19 | 105 | | | | 96 | | | | | |
| | NIBP. | | | | | | | | | |
| 17:07 | | | | | | | | | | |
| | O/A PT CAOX3 SUPINE ON THE GROUND C/O PAIN ALL OVER HIS BODY. PT CONDUCTOR OF TRAIN INVOLVED IN TRAIN VS TRAIN CRASH.. PT'S TRAIN CAR DID DERAIL ONTO ITS SIDE . PT WAS ABLE TO SELF EXTRICATE. PT HAD GOOD MOTOR FUNCTION IN ALL EXTREMETIES . PT WA SUNSURE IF THERE WAS ANY LOSS OF CONSCIOUSNESS. MINOR ABRASIONS NOTED TO BOTHER FOREARMS AND HANDS, NO OTHER VISIBLE INJURIES. PT COVERED IN MUD. PT PLACED IN FULL SPINAL PROTOCOL AND LOADED INTO UNIT VIA STRETCHER. V/S TAKEN. PT PLACED ON CARDIAC MONTIOR SHOWING NSR WITH NO ECOTPY. PRN IV INITIATED IN LEFT AC WITH 18 JELCO. PT TRANS TO RICHLAND ER AND PLACED IN THEIR CARE | | | | | | | | | |

**Response Factors Affecting Care:** None
**Scene Factors Affecting Care:** None
**Transportation Factors Affecting Care:** None
**Dispatch Factors:** None

Rucker, Brian: *Electronically Signed on 07/12/2022 08:34:03 EST*

Wooten, Ty: ______________________________

RICHLAND COUNTY
EMERGENCY MEDICAL SERVICES
CERTIFIED COPY OF RECORDS
DATE 04-03-23

Julia Evans
My commission expires 2-14-25

Received
APR 10 2023
Rossman, Baumberger
Reboso & Spier, P.A.