EXHIBIT 11

STATE OF SOUTH CAROLINA
COUNTY OF RICHLAND

COURT OF COMMON PLEAS

- - -

DAVID E. SMALL, JR.,

Plaintiff,

vs.

NORFOLK SOUTHERN CORPORATION; TREEHOUSE FOODS, INC.; AND AMERICAN ITALIAN PASTA COMPANY,

Defendants.

CIVIL ACTION NO.: 2023-CP-40-02115

---

RAYMOND S. RIGHTMIER, AND HIS LAWFUL WIFE, ANGIE RIGHTMIER,

Plaintiffs,

vs.

RICO BLANCHETT, AN INDIVIDUAL; TREEHOUSE FOODS, INC., A FOREIGN CORPORATION; AMERICAN ITALIAN PASTA COMPANY, A FOREIGN CORPORATION; AND NORFOLK SOUTHERN RAILWAY COMPANY, A FOREIGN CORPORATION,

Defendants.

CIVIL ACTION NO.: 2022-CP-40-05526

---

VIDEOTAPED DEPOSITION OF RICO BLANCHETT

---

DATE TAKEN: Tuesday, February 20, 2024

TIME BEGAN: 11:04 a.m.

TIME ENDED: 1:54 p.m.

LOCATION: Burr & Forman, LLP
1221 Main Street, Suite 1800
Columbia, South Carolina

REPORTED BY: Deidre Osborne, RPR

Q. So there's no way you can stop your train. From your testimony under oath here, there was no way you could stop that train before you went through the derailer. Is that your testimony?
A. Yeah. That I know of, there was no way.
Q. Because you didn't do this other test where you opened up the valve all the way.
A. Correct.
Q. And you were told that if you opened the valve all the way at first, it may shoot the air.
A. Right. The O-ring could be -- you wouldn't know the O-ring was bad until it popped, and a lot of the -- any operator I've ever worked with said that was a good way to lose a kneecap.
Q. From a hose that might hit you?
A. Yeah.
Q. You don't know the air pressure that was on your train at the time of the incident; do you?
A. I don't.
Q. And you have no way -- you don't have a EOT device on the end of your cars where you were standing?
A. What is --
Q. Do you know what an EOT is?
A. I don't.



Q. Well, you don't run with cabooses; do you?
A. Huh-uh.
Q. Do you know what a caboose is? You ever see them in storybooks?
A. That's about it, yeah.
Q. You don't have them.
A. No.
Q. Nobody operates with them anymore, so don't worry it. But they do use EOT devices that you put on the bottom of your train that tells the engineer -- you, in this case -- what's going on with your air brakes and so forth. You don't have that; do you?
A. Not to my knowledge.
Q. There was no way for you to know what air you had on that train before you started making that pull move.
A. No, not to my knowledge.
Q. Okay. So at some point you tried the brakes, and you said you got no braking at all or minimal braking, or what would you say it is?
A. Yeah. You got partial braking. It was just -- like I said, you can go by landmarks, and you know the point of no return, and it was coming up quick.



Q. Did you try to brake again?
A. I had already had everything locked on at that point.
Q. Emergency brake on or no?
A. Yeah. I had every brake the remote would let me throw at that point.
Q. And it kept going.
A. Kept -- yeah, it slowed, but it kept going. Excuse me.
Q. Did it ultimately come to a stop?
A. It did.
Q. What time in the day? If you started at 5:45, what are we talking about here? Your best estimate.
A. I mean, best estimate, maybe we talking 6:15 or somewhere around.
Q. Okay. Sun up or sun down in July?
A. It was up, but --
Q. Okay.
A. -- not much light out.
Q. Were you tired or weary from the previous evening?
A. No. It was Monday morning. I was at work.
Q. Did you have a wild Sunday?
A. I didn't.



Q. That's not you?
A. No.
Q. No?
Did you drink any alcohol or take any illicit drugs while you were at work?
A. I didn't.
Q. Or within the 24 hours before you went to work.
A. No.
Q. Alcohol or drugs.
A. Neither.
Q. Did you ever fail a drug test?
A. No.
Q. At some point your train came to a stop; did it not?
A. It did.
Q. Did you go out and survey it?
A. I did.
Q. What did you see?
A. I seen that I was past the derailer and the derailers had actually broke.
Q. The lead equipment in this derailment would be your locomotive engine, correct?
A. Correct.
Q. Did you notice whether that engine had