EXHIBIT 12

STATE OF SOUTH CAROLINA
COURT OF COMMON PLEAS
COUNTY OF RICHLAND

- - -

DAVID E. SMALL, JR., Plaintiff, vs. NORFOLK SOUTHERN CORPORATION; TREEHOUSE FOODS, INC.; AND AMERICAN ITALIAN PASTA COMPANY, Defendants.

CIVIL ACTION NO.: 2023-CP-40-02115

---

RAYMOND S. RIGHTMIER, AND HIS LAWFUL WIFE, ANGIE RIGHTMIER, Plaintiffs, vs. RICO BLANCHETT, AN INDIVIDUAL; TREEHOUSE FOODS, INC., A FOREIGN CORPORATION; AMERICAN ITALIAN PASTA COMPANY, A FOREIGN CORPORATION; AND NORFOLK SOUTHERN RAILWAY COMPANY, A FOREIGN CORPORATION, Defendants.

CIVIL ACTION NO.: 2022-CP-40-05526

---

VIDEOTAPED DEPOSITION OF RHEN MARSHALL

---

DATE TAKEN: Tuesday, February 20, 2024

TIME BEGAN: 2:27 p.m.

TIME ENDED: 3:55 p.m.

LOCATION: Burr & Forman, LLP
1221 Main Street, Suite 1800
Columbia, South Carolina

REPORTED BY: Deidre Osborne, RPR

repeater, Motorola repeater, that's up on the seventh floor of the mill, and it goes to our landline.

**Q. So if I'm clear, Rico at the time that this happened had access to everyone in the plant facility through his radio, correct?**

A. Yes, sir.

**Q. He also had had direct access to you by simply using the repeater function.**

A. Yes. Or his -- or his cell phone.

**Q. Did you ever determine at what time that morning that the actual derailment occurred?**

A. Not -- not down to the minute. It happened, I believe, between -- I believe between 7:50 and 8:10. But, no, I do not know an exact time. It could have been a little earlier than that. It wasn't any later because by then I was down there.

**Q. Well, you know when you got there, right?**

A. Yeah. I know when I got down the tracks and...

**Q. So it was at least 20 minutes.**

A. Well, yeah. Not at least 20 minutes. There's a 20-minute window when it could have happened.

**Q. Well, and certainly Rico could have called anyone at the plant, yourself, 911, anyone else in**



**that time period.**

A. Correct.

**Q. Now, he didn't have the NS emergency number at that time, right?**

A. That's correct.

**Q. But he could have called anybody else.**

A. Correct.

**Q. Chose not to, as far as you know.**

A. Far as I know.

**Q. You didn't receive a call. No one at the mill said they ever received a call.**

A. That is correct.

**Q. Do y'all have a -- use two different names. RELCO and RailServe, can I just use those --**

A. RELCO was purchased by RailServe.

**Q. Well, let's call them the railroad contractor. Okay?**

A. Okay. Yeah.

**Q. The railroad contractor that y'all have, do you have an ongoing contractual relationship with them?**

A. Yes.

**Q. And as a part of that, they now provide training for locomotive operators in your facility?**

A. No. They will if I -- when I hire



another -- everybody's been trained. They will. If I need somebody, I will call them and have them come do it. The contact that we have with them is locomotive maintenance, the 90-day service on a locomotive.

**Q. And if you -- if Mr. Hall needs help or has someone to fill his position, then you would bring in the rail contractor to train the next person as well.**

A. That's my plan, yes.

**Q. We touched on this briefly. Your training, I think you said, certainly involved some training from the seller of this locomotive, correct?**

A. Correct.

**Q. And that's the same contracting service.**

A. Same company, yes.

**Q. And you said you had a locomotive before that.**

A. Correct.

**Q. Would the same service have been involved in training you before that?**

A. Yes.

**Q. So as long as you can remember, that same entity, whether it's changed names or not, has been involved in providing training relative to the locomotive to you.**



A. Yes.

**Q. Did they provide you with videos or links on a computer to look at things on a computer, some kind of remote learning? Did you do that?**

A. Not prior to this incident.

**Q. But you have since this incident.**

A. We had a gentleman come in, and he didn't sent us links. He sat down with us in a classroom environment, and we spent time on our locomotive.

**Q. Prior to July 11th of 2022, no such -- no type of in-classroom training was provided for folks operating locomotives on your plant site.**

A. We had in-classroom -- I don't have documentation.

**Q. And by that, you're talking about your conversations directly with folks.**

A. Well, that. And years and years ago when we bought the locomotive, I mean, we sat down in a classroom and -- and had training. Rico was not an employee at that time.

**Q. That's my next -- I think you anticipated. But Rico never received any type of what I would call more formal training through a classroom experience or through a contractor prior to this event.**

A. That is correct. With the exception of,