# EXHIBIT 5

STATE OF SOUTH CAROLINA
COURT OF COMMON PLEAS
COUNTY OF RICHLAND

DAVID E. SMALL, JR.,
Plaintiff,
vs. CASE NO. 2023-CP-40-02115
NORFOLK SOUTHERN CORPORATION,
TREEHOUSE FOODS, INC., AND
AMERICAN ITALIAN PASTA COMPANY,
Defendants.

VIDEO TELECONFERENCE
DEPOSITION OF: DAVID E. SMALL, JR.
DATE: January 11, 2024
TIME: 1:31 P.M.

LOCATION: Law Offices of Burr & Forman, LLP
1221 Main Street, Suite 1800
Columbia, SC

TAKEN BY: Counsel for the Defendants Rico
Blanchett and American Italian
Pasta Company

REPORTED BY: LORI S. MORTGE,
Certified Court
Reporter, CCR

Job No. CS6376531

Q. Is -- strike that.
What is -- at the spot where you're passing the siding and you're approaching the switch area where the spur line where the accident happened, what's your visibility like? Were you able to see clearly?
A. Yes, you could see clearly.
Q. When did you -- we watched the video. When did you sort of see when -- start to see the train -- excuse me, the switcher sticking out onto the track?
A. Roughly around 600 feet from it, maybe. When we got to the rear of the cars that were behind that -- that engine is when I noticed it sticking out.
Q. Mm-hmm.
A. And it was really close.
Q. Mm-hmm.
A. Yeah, we're going to hit it.
Q. Mm-hmm.
A. I was -- if I shot the brakes, that wouldn't have mattered.
Q. Mm-hmm.
A. We were at that point, so...
Q. Did you -- a lot going through your

Q. So as you're going down the track and the throttle speed adjusts increasingly from one to whatever number it gets to, that's all being done by the computer?

A. Yes.

Q. You told us earlier that you believe when you first saw that the engine was fouling your track you were about 600 feet away. Do you remember that?

A. Yes.

Q. Between that point and the point where your engine struck the engine coming off the industry lead, you recall Mr. Rightmier saying anything to you about the potential for an incident occurring?

A. Yes.

Q. What did he say?

A. When he jumped up and he said, I think it's in the foul. And my exact words was, oh, shit. And by that time we were hitting.

Q. Is that everything you remember about the conversation between you --

A. Yes.

Q. -- seeing the engine on -- in the foul and when the impact occurred?