# EXHIBIT 6

Secretariat

# Investigative Report

## Norfolk Southern Railway Company v. American Italian Pasta Company

Civil Action No. 3:25-cv-06618-SAL2522-CC00397 in the United States District Court District of South Carolina, Columbia Division

Secretariat Matter Number 40061-12352

**Prepared for:**

Ronald K. Wray
Gallivan, White & Boyd P.A.
55 Beattie Place, Suite 1200
Greenville, South Carolina 29601

*Prepared by:* ______________________________
*Foster J. Peterson*
*Managing Director*
*Engineering Sciences*

*Prepared by:* ______________________________
*Dustin S. Bell*
*Director*
*Engineering Sciences*

January 30, 2026

# CONTENTS

**Qualifications and Other Information** ..... **iii**
Introduction ..... iii
Professional Background ..... iii
Foster Peterson ..... iii
Dustin S. Bell ..... iv
Basis for This Report ..... v

**Background Information** ..... **1**

**Analysis and Opinions Developed** ..... **6**
Operation and Derailment of AIPC Rail Movement (FJP) ..... 6
Operation of NS Train 238 (FJP) ..... 10
Double Switch Point Derail (DSB) ..... 20
Installation of Double Switch Point Derails (DSB) ..... 22
Double Switch Point Derail Inspections (DSB) ..... 27
Site Inspection by Dustin Bell (DSB) ..... 29

**Conclusions** ..... **30**

**Appendices:**

Appendix A Curriculum Vitae of Foster J. Peterson
Appendix B Rule 26 Testimony History of Foster J. Peterson
Appendix C Curriculum Vitae of Dustin S. Bell
Appendix D Rule 26 Testimony History of Dustin S. Bell
Appendix E List of Materials Received and Reviewed

# QUALIFICATIONS AND OTHER INFORMATION

## Introduction

In accordance with your request, Secretariat has investigated the incident which is the subject of the above-referenced lawsuit. As a result of our investigation and analysis, we have formulated the opinions contained in this report.

This report, and the opinions and conclusions stated throughout, are based on the education, training, and experience of the authors, as well as on the analysis and review of materials that have been conducted in this matter to date. The opinions and conclusions are stated to a reasonable degree of railroad safety, engineering, and operations certainty.

This report and its contents are the Work Product of Secretariat International. This report should only be duplicated or distributed in its entirety. This report may contain confidential or court protected information; please contact an authorized entity prior to distributing. Conclusions reached and opinions offered in this report are based upon the data and information available to Secretariat at the time of this report and may be subject to revision after the date of publication, as additional information or data becomes available.

## Professional Background

### Foster Peterson

Mr. Peterson is a Managing Director at Secretariat in the Engineering Sciences group based in Atlanta, Georgia. He has a bachelor's degree in mechanical engineering from the Georgia Institute of Technology, and more than 30 years of experience in the railroad industry. He has held a variety of positions including certified locomotive engineer and conductor, Designated Supervisor of Locomotive Engineers, Director of Safety & Operating Practices, Manager of Training, Rules & Safety, Manager of Operating Practices, Chief Operating Officer, machinist/mechanic, Engineer, Director Testing and Engineering Applications, and Senior Director Testing and Engineering Applications.

During his career, Mr. Peterson has operated numerous passenger and freight trains. As a railroad official, he trains and supervises train and engine service personnel. He has inspected numerous locomotives, freight cars, and passenger cars as both a mechanical and operating employee. He has investigated and analyzed hundreds of railroad accidents and incidents, including train collisions and derailments. Mr. Peterson has extensive experience in the downloading and use of locomotive event and video recorder data and has trained railroad personnel in the downloading and use of this data. He has extensive experience in both train and vehicle dynamics simulation and in field testing of train operations, including on-board and

wayside testing. He has developed and implemented railroad operating rules, maintenance of way rules, safety rules, and railroad practices related to the operating, mechanical, and maintenance of way departments.

Mr. Peterson is a member of several professional organizations including the Air Brake Association, the International Association of Railway Operating Officers, the American Railway Engineering and Maintenance of Way Association, and the American Society of Mechanical Engineers.

Secretariat bills Mr. Peterson's consulting services in this matter at $550.00 per hour. A copy of his curriculum vitae and Rule 26 list of testimony at deposition and trial in the prior 4 years are attached to this report as Appendices A and B, respectively.

## Dustin S. Bell

Mr. Bell is a Director with Secretariat holding a bachelor's degree in finance and over 13 years of experience in the Class 1 railroad industry, having held multiple positions including track foreman, assistant roadmaster, roadmaster, senior roadmaster, and staff engineer within the engineering department.

During his career in the railroad industry, Mr. Bell has experience physically working on the track along with managing regional engineering operations. He has extensive working knowledge and experience with inspecting and maintaining track under the FRA Track Safety Standards in 49 CFR 213, working and managing railroad safety under the FRA Railroad Workplace Safety regulations in 49 CFR 214, and assisting with public safety concerns regarding railroad operations including but not limited to highway crossing inspections, maintenance, and construction. One of Mr. Bell's main responsibilities throughout his engineering career was inspecting and investigating injuries, incidents, derailments, and accidents. During his time in field operations, he personally led investigations and prepared reports related to multiple derailments, numerous injuries, and other accidents. He also reviewed incident/injury reports at a system level and wrote and prepared numerous reports for upper management officials and provided investigative information to support the reports written during his time as a Roadmaster and Staff Engineer. He was also responsible for holding internal formal investigations with union representatives and company managers to resolve labor claims and charges against employees.

Mr. Bell came to Secretariat in 2025 and has stayed up to date with his FRA certifications including 49 CFR 213 and 49 CFR 214. He is an active member of AREMA where he attends technical training seminars, is a current member of Technical Committee 041 Track Maintenance, Technical Committee 05 Track, and attends conferences annually where he stays up to date on

recommended practices for railroad design, construction, and maintenance on railroad infrastructure in North America and Canada.

Secretariat bills Mr. Bell's consulting services on this matter at $400.00 per hour. A copy of his curriculum vitae and Rule 26 list of testimony at deposition and trial are attached to this report as Appendices C and D, respectively.

### Basis for This Report

In addition to the authors' education, training and experience, the materials listed in Appendix E were reviewed. The authors additionally relied on their knowledge of and experience with the Federal Railroad Administration (FRA) regulations contained in 49 CFR Parts 200-299. Mr. Peterson also relied on his experience operating under the Norfolk Southern rules.

Mr. Peterson visited the site on March 29, 2023. Mr. Bell visited the site on December 10, 2024.

# BACKGROUND INFORMATION

At approximately 8:14 a.m. on July 11, 2022, Norfolk Southern Railway Company (NS) Train 238P310 (hereafter "Train 238") was traveling east on the NS main line track from Columbia, South Carolina enroute to Charleston, South Carolina. NS conductor Raymond Rightmier and locomotive engineer David Small were crew members of Train 238 as the train departed Andrews Yard in Columbia and were both located in the cab of lead locomotive NS 8130.

Earlier that morning, Mr. Rico Blanchett was operating a locomotive via remote control on an industry track as per his employment duties by Treehouse Foods, Inc. (Treehouse Foods) and/or American Italian Pasta Company (AIPC). The AIPC industry Storage Track 1 and the NS main line track connect to one another for the purpose of NS switching in the industry, specifically to deliver and pick up freight cars at the industry. A device called a "double switch point derail" was installed near the east end of Storage Track 1 to protect the NS Main track from unintended entry by AIPC-controlled rail equipment being moved and/or positioned on Storage Track 1 (and vice versa) when switching operations were conducted at the facility that did not require the use of the NS Main track. A derail is a device placed on or built into railroad track that intentionally derails rail equipment away from the track or facility being protected.

Mr. Blanchett was pulling six loaded covered hopper railcars with the single locomotive on industry track owned, leased and/or controlled by AIPC. As he rode the last (6th) railcar, Mr. Blanchett failed to properly control the movement and ran the locomotive and the lead truck (the first two axles) of the first railcar behind the locomotive over the double switch point derail. The double switch point derail was properly lined in the derailing position which then derailed the locomotive and trailing railcar away from the NS main track as designed. The derailed equipment then traveled off the rails and came to rest in the foul[1] of the neighboring NS Main track. Following the derailment, Mr. Blanchett ultimately left the scene leaving the derailment site unattended without warning either his employer or NS of the situation. Subsequently, NS Train 238 collided with the previously derailed locomotive which led to the derailment of Train 238. Conductor Rightmier and Engineer Small were injured as a result of the derailment.

Figure 1 shows the relative location of the NS Andrews Yard and the AIPC facility to Columbia while Figure 2 shows the AIPC facility more closely along with the position of the west and east switches that allow access to AIPC from the NS main track.

[1] In layman's terms, "in the foul" means something is in proximity near enough to the tracks where it could be struck by a passing train or other type of rail equipment such as a hi-rail or track machine.


Copyright Secretariat © 2026 – All Rights Reserved




Figure 1. Columbia, South Carolina showing Relative Position of Andrews Yard and AIPC[2]

[2] Google Earth Pro Image with Secretariat Annotations


Copyright Secretariat © 2026 – All Rights Reserved




Figure 2. Track Locations Related to AIPC Facility[3]

Figure 3 is a portion of the NS Charleston District track profile showing the train direction and the location of Pineview Ave. (the last grade crossing prior to the collision) and the location of the west and east switches into AIPC off of the NS Main track. The collision occurred at the east switch, located at approximately MP SC 121.8.

[3] Google Earth Pro Image with Secretariat Annotations


Copyright Secretariat © 2026 – All Rights Reserved




Figure 3. NS Track Profile Showing AIPC East and West Switches [4]

## Derailment Definition

According to the US Department of Transportation a derailment is defined as follows: "A derailment occurs when on-track equipment leaves the rail for a reason other than a collision, explosion, highway-rail grade crossing impact, etc.."[5] To clarify the definition, at the point a train or equipment wheel leaves the rail from its normal running position is called the point of derailment. Typically, when a train derailment occurs, wheels will leave the rails and drop onto the ground, as in the case with the AIPC industry engine and rail cars. The derailment that occurred with the AIPC industry engine and rail cars on July 11, 2022, took place when the lead

[4] Excerpted from 501-000329
[5] https://data.transportation.gov/stories/s/Rail-Data-Definitions/hsik-vfxx/ definition reference


Copyright Secretariat © 2026 – All Rights Reserved

locomotive traversed through a double switch point derail causing the wheel/rail relationship to change at the end of the switch point derail when the lead wheel dropped on to the ground. Figure 4 is a photo of the derailment at AIPC showing the point of derailment where the wheel ran off the end of the rail.




Figure 4. Point of Derailment at NS Double Switch Point Derail at AIPC Industry[6]

Once the wheel leaves the rail and a derailment occurs, what happens to the equipment after cannot be definitively determined due to the inability of the train crew to control the train wheels and movements on the ground. Factors such as, but not limited to, equipment speed, number of cars loaded/empty, train engines power, brakes, tie conditions, terrain, and grade could potentially affect the subsequent movement of the equipment and damage caused by the derailment. When derailments occur, they are reported to the railroad or industry so the severity of the derailment can be determined and plans to repair damages can begin to take place to resume normal operations.

[6] AIPC 000056 Photo Reference with Secretariat Annotations


Copyright Secretariat © 2026 – All Rights Reserved

# ANALYSIS AND OPINIONS DEVELOPED

## Operation and Derailment of AIPC Rail Movement (FJP)

AIPC is not regulated as a railroad by the Federal Railroad Administration (FRA). It is considered a “plant railroad” and is not routinely subject to FRA regulations. Plant railroads are addressed in several FRA regulations and publications, including in Appendix A to 49 CFR Part 209—Statement of Agency Policy Concerning Enforcement of the Federal Railroad Safety Laws, a portion of which is shown below:

> *The Safety Act and, as amended by the RSIA, the older safety statutes apply to “railroads...”*
>
> *“...with the exception of self-contained urban rapid transit systems, FRA's statutory jurisdiction extends to all entities that can be construed as railroads by virtue of their providing non-highway ground transportation over rails or electromagnetic guideways, and will extend to future railroads using other technologies not yet in use. For policy reasons, however, FRA does not exercise jurisdiction under all of its regulations to the full extent permitted by statute. Based on its knowledge of where the safety problems were occurring at the time of its regulatory action and its assessment of the practical limitations on its role, FRA has, in each regulatory context, decided that the best option was to regulate something less than the total universe of railroads.*
>
> *For example, all of FRA's regulations exclude from their reach railroads whose entire operations are confined to an industrial installation (i.e., “plant railroads”), such as those in steel mills that do not go beyond the plant's boundaries...”*
>
> *“By “general railroad system of transportation,” FRA refers to the network of standard gage track over which goods may be transported throughout the nation and passengers may travel between cities and within metropolitan and suburban areas. Much of this network is interconnected, so that a rail vehicle can travel across the nation without leaving the system. However, mere physical connection to the system does not bring trackage within it. For example, trackage within an industrial installation that is connected to the network only by a switch for the receipt of shipments over the system is not a part of the system.”*
>
> *“The boundaries of the general system are not static. For example, a portion of the system may be purchased for the exclusive use of a single private entity and all connections, save perhaps a switch for receiving shipments, severed. Depending on the nature of the operations, this could remove that portion from the general system. The system may also grow, as with the establishment of intercity service on a brand new line. However, the same trackage cannot be both inside and outside of the general system depending upon the time of day. If trackage is part of the general system, restricting a certain type of traffic over that trackage to a particular portion of the day does not change the nature of the line—it remains the general system.*


Copyright Secretariat © 2026 – All Rights Reserved

> *Of course, even where a railroad operates outside the general system, other railroads that are definitely part of that system may have occasion to enter the first railroad's property (e.g., a major railroad goes into a chemical or auto plant to pick up or set out cars). In such cases, the railroad that is part of the general system remains part of that system while inside the installation; thus, all of its activities are covered by FRA's regulations during that period. The plant railroad itself, however, does not get swept into the general system by virtue of the other railroad's activity, except to the extent it is liable, as the track owner, for the condition of its track over which the other railroad operates during its incursion into the plant. Of course, in the opposite situation, where the plant railroad itself operates beyond the plant boundaries on the general system, it becomes a railroad with respect to those particular operations, during which its equipment, crew, and practices would be subject to FRA's regulations."*[7]

NS, on the other hand, is considered a railroad and is regulated by FRA. The NS main track adjacent to AIPC, the switches that allow access at the east and west ends of the AIPC facility, and the track up to the maintenance limits (including the derails) are NS-maintained and subject to FRA maintenance and inspection requirements in 49 CFR Part 213 Track Safety Standards. NS trains that operate in and out of the AIPC facility are subject to FRA regulations related to mechanical (i.e. cars and locomotives) and operational (such as operating rules, engineer and conductor certification, etc.) items.

AIPC utilized a single locomotive to switch railcars inside its facility that were delivered by NS. Locomotive RSSX 2535 is an EMD SW1500 four-axle, diesel-electric, switching locomotive. It was equipped with a radio remote control system from Control Chief, allowing a remote control operator to wirelessly/remotely control locomotive movement.

On July 11, 2022, AIPC employee Rico Blanchett was the sole rail operator. Mr. Blanchett had no experience at an FRA-regulated railroad but had worked at another industry, Circle S, with a rail operation. He only received on-the-job training at Circle S and had no certification or licensing at Circle S.[8] Mr. Blanchett testified that the locomotive at Circle S did not have a remote control system.[9]

Mr. Blanchett testified he was hired for a mill operator position by AIPC in May 2022[10] and was subject to a 90-day probationary period. During this probationary period, Mr. Blanchett was also trained by supervisor Rhen Marshall to work as an elevator operator, whose job duties specifically included the remote control operation of the industry's locomotive but not in a

---

[7] Portions of Appendix A to 49 CFR Part 209—Statement of Agency Policy Concerning Enforcement of the Federal Railroad Safety Laws

[8] Deposition of Rico Blanchett, 35

[9] Ibid., 42

[10] Ibid., 49


Copyright Secretariat © 2026 – All Rights Reserved

conventional (i.e. sitting at the locomotive's control stand) manner.[11] Mr. Blanchett testified that his supervisor, Mr. Marshall, "shadowed" him for 2 weeks. There was no certification or licensing of Mr. Blanchett at AIPC nor any classroom instruction related to the rail operations.

Prior to the derailment, Mr. Blanchett used RSSX 2535 to leave the scale house and retrieve loaded covered hopper cars from the yard tracks adjacent to the NS main track. He testified that there were 40 or 50 cars and that he walked the head 6 cars to "break them loose," or uncouple, those 6 cars from the remaining cars to be left in the yard track.[12] The reason for taking 6 cars was that is how many cars Rhen Marshall had instructed would fit between the switch he needed to clear to then shove the loaded cars up to the scale and the NS main track switch.[13] Mr. Blanchett then mounted and rode the rear car, SOO 115985, east toward the derail and end of AIPC's track.[14] Figure 5 shows the location of the switch Blanchett intended to clear, the derail and NS Main track switch, and the scale house.




PLAINTIFF'S EXHIBIT 4 Blanchett 2-20-24

Figure 5. AIPC Landmarks[15]

[11] Deposition of Rico Blanchett, 51-53
[12] Ibid., 78
[13] Ibid., 83, 96
[14] Ibid., 89
[15] Exhibit 4 to Blanchett Deposition with Secretariat Annotations


Copyright Secretariat © 2026 – All Rights Reserved

Blanchett riding the rear of the movement was contrary to the training provided at AIPC and is unusual for a railroad operation. For a regulated railroad, FRA regulations[16] and railroad operating rules require that the point of a shoving movement, where the operator/engineer is not on the leading end of the movement, receive "point protection" from a qualified employee. A remote control operation like that conducted by Mr. Blanchett is considered a shoving movement unless the operator is on the leading end of the movement.

Mr. Blanchett testified that he applied the air brakes in an attempt to stop the movement when the locomotive and cars cleared the switch but that the brakes did not stop the movement as he expected. All four axles of the locomotive and the lead truck (first two axles) of the lead covered hopper car went through the double switch point derail and derailed to the left away from the NS main track. The momentum of the movement was such that the locomotive came to rest just in the foul of the main track. The locomotive was not touching the NS main track, nor did it reach, foul, or contact the east AIPC switch, but came to rest in a position estimated at 19 inches outside the north rail of the NS track. The overhang of a typical locomotive or car is approximately 33 inches outside the rail. This is what caused the collision and resulting derailment of Train 238.

Blanchett testified that he did not fully open the angle cock when he coupled to the 6 cars and cut in the air brakes. This is supported by post-accident photographs as shown in Figure 6. Note the relative positions of the locomotive (partially open) and car angle cocks (fully open).




Figure 6. Angle Cock Position on Locomotive RSSX 3535 and 1st Car CP 650619 After Collision[17]

---

[16] 49 CFR 218.99
[17] NS Photos 501-0002610 and 501-000261 with Secretariat Annotations


Copyright Secretariat © 2026 – All Rights Reserved

The result of Blanchett's failure to fully open the angle cock on the locomotive was that while the minimal air pressure inserted into the brake pipe caused the brakes to release on the railcars and allowed him to begin the movement and pull them toward the NS switch, he could not adequately apply the brakes when necessary to control the movement to stop after clearing the intended switch and before going over the derail. Additionally, Mr. Blanchett did not perform an air brake test after coupling to the 6 cars. Had he done so with the partially closed angle cock, he would likely have discovered that the brakes on the cars would not operate properly.

After causing the derailment, Mr. Blanchett testified that he walked back toward the plant and Mr. Marshall's office, further testifying that the derailment was at approximately 6:15 am and that he arrived at Marshall's office at maybe 6:30 am.[18] He did not notify or talk to Mr. Marshall (who was not yet at work), anyone at the plant, or any outside agency such as NS or the police or fire departments. He ultimately left the plant and went home.[19]

Simply put, AIPC and Blanchett's actions caused the collision and resulting derailment. Mr. Blanchett performed the rail operations on July 11, 2022, in a manner inconsistent with any industry standard then failed to notify anyone of the derailment and the dangerous situation he created, depriving NS of any ability to stop Train 238 prior to the collision.

## Operation of NS Train 238 (FJP)

Railroad operations in the United States are regulated by the Federal Railroad Administration (FRA) via 49 CFR Parts 200-299. In compliance with and with federal regulations, railroads establish policies, procedures, and rules to train employees on acceptable and allowable operating practices, test employees' understanding of the rules, and govern employee actions. NS train crews on July 11, 2022, were governed by operating manuals that included the NS Operating Rules (OR), Safety and General Conduct Rules (SGCR), Rules for Equipment Operation and Handling (NS-1), System Timetable, Piedmont Division Timetable, and the U.S Hazardous Materials Instruction for Rail.

NS Train 238 was a scheduled train that operated from the Inman Yard in Atlanta, Georgia, east to Seven Mile Yard in Charleston, South Carolina with a normal stop to do work at Andrews Yard in Columbia. The crew of Train 238 at the time of the collision consisted of conductor R.S. Rightmier (seniority date 9/18/2006) and locomotive engineer D.E. Small (seniority date 7/28/2003).[20] They had gone on duty in Greenville, South Carolina, and operated the train from

---

[18] Deposition of Rico Blanchett, 112-113
[19] Ibid., 120
[20] NS Manager's Report (Bates 501-001860 to 501-001862)


Copyright Secretariat © 2026 – All Rights Reserved

Greenville to Andrews Yard. Both crew members were located in the operating cab of lead locomotive NS 8130 as Train 238 then departed Andrews Yard for Charleston.

NS certifies its locomotive engineers and conductors per the Federal Railroad Administration (FRA) regulatory requirements set forth in 49 CFR 240 Qualification and Certification of Locomotive Engineers and 49 CFR 242 Qualification and Certification of Conductors, respectively.

Train 238 on the day of the collision and derailment was powered by 3 head-end locomotives (NS 8130, NS 9646, and NS 7119) and consisted of 20 loaded and 3 empty freight cars with trailing tonnage of 2,778 tons.[21] Total train length was approximately 1,986 feet.

Lead locomotive NS 8130 is a GE ES44AC six-axle diesel-electric locomotive. NS 9646 is a GE C40-9W six-axle diesel-electric locomotive. NS 7119 is an EMD GP60 four-axle diesel-electric locomotive; this unit was not being used for power during the train's operation prior to the collision.

Trains which operate at speeds greater than 30 mph are required to be equipped with locomotive event recorders by the FRA. NS 8130 and NS 9646 were each equipped with a Central Railway Manufacturing solid-state event data recorder (EDR) from which data was downloaded after the accident.

NS 8130 was also configured to record digital video data from Leidos RailView video system which includes outward-facing and inward-facing cameras mounted in the locomotive cab and external audio from a microphone mounted inside the locomotive's air brake compartment. Unlike event recorders, the FRA does not require in any way that video recorders be installed on freight locomotives like NS 8130. NS installed the RailView video system on the locomotive by choice. RailView video was downloaded from NS 8130 after the collision and used in our analysis.

The NS Piedmont Division[22] Timetable shows the stations on the Charleston District along with information on train speeds and method of operation as shown in Figure 7.

[21] NS Train 238P310 Consist Information (Bates 501-000973 to 501-000984). Note that the 24th "car" is actually the End-of-Train Device

[22] Note that the Piedmont Division had changed names to the Coastal Division at the time of the collision.


Copyright Secretariat © 2026 – All Rights Reserved




## CHARLESTON DISTRICT
### Charleston to Columbia

### STATION PAGE INFORMATION

**NOTE 1:** Yard Limits are under the control of Seven Mile Yard Yardmaster.
**NOTE 2:** Authority to enter Seven Mile Yard must be received before passing Ashley Phosphate Road.
**NOTE 3:** Yard Limits are under the control of Andrews Yard Yardmaster. Authority to enter Andrews Yard must be received before passing Pineview Road.

### 1. RULES IN EFFECT

**NOTE:** The eastward and westward tracks are yard leads that join the R-Line at MP R 108.5. All movements on these tracks MUST be made at Restricted Speed.

| Between | Main Track Rules |
|---|---|
| End of Track, MP SC 0.0 and Yard Limit Seven Mile, MP SC 10.0 | 93 |
| Yard Limit Seven Mile, MP SC 10.0 and Yard Limit, MP SC 123.8 | 171 |
| Yard Limit, MP SC 123.8 and Andrews Yard, MP SC 129.0 | 93 |

### 2. MAXIMUM SPEEDS

| Between | Psgr. (MPH) | Rhwy. (MPH) | Frt. (MPH) |
|---|---|---|---|
| MP SC 7.7, Charleston and MP SC 127.5, Andrews Yard, All Trains | 49 | 49 | 49 |
| Except: | | | |
| MP SC 2.2 to MP SC 7.0 | Restricted Speed | | |
| MP SC 3.5, Rhodia (Albright and Wilson), Charleston, SC | 5 | 5 | 5 |
| MP SC 6.8, within CSXT Interlocking at Seven Mile | 15 | 15 | 15 |
| MP SC 32.3, Showa Denka Lead at Ridgeville, SC | Restricted Speed | | |
| MP SC 62.4 to MP SC 62.7, Curve | 45 | 45 | 40 |
| MP SC 125.2, Turnout | 15 | 15 | 15 |
| MP SC 127.3, Over CSXT | 10 | 10 | 10 |

### 3. CHECKING LOCOMOTIVE SPEED INDICATOR

Tests for accuracy will be made at the following locations and Engineers will adjust speed in accordance with any inaccuracy.

**LOCATION OF TEST MILE SIGNS:**

MP SC 10.0 to MP SC 11.0
MP SC 14.0 to MP SC 15.0
MP SC 94.0 to MP SC 93.0
MP SC 122.0 to MP SC 121.0

### 4. DIESEL UNIT RATINGS

| | DIESEL UNIT RATINGS IN TONS | | | | | |
|---|---|---|---|---|---|---|
| | Group 1 | Group 2 | Group 3 | Group 4 | Group 5 | Group 6 |
| **Westward** | | | | | | |
| Charleston to Branchville | 4650 | 6200 | 7450 | 9180 | 10200 | 12040 |
| Branchville to Kingville | 4000 | 5350 | 6400 | 7920 | 8800 | 10380 |
| Kingville to Columbia | 5500 | 7350 | 8800 | 10890 | 12100 | 14280 |
| **Eastward** | | | | | | |
| Columbia to Kingville | 7150 | 9550 | 11450 | 14130 | 15700 | 18530 |
| Kingville to Branchville | 3200 | 4250 | 5100 | 6345 | 7050 | 8320 |
| Branchville to Charleston | 6950 | 9250 | 11100 | 13770 | 15300 | 18050 |

38

Figure 7. Charleston District Excerpt from NS Piedmont Division Timetable

The track upon which Train 238 operated at the time of the collision was designated as FRA Class 4 track which permits freight trains to operate up to 60 mph per 49 CFR 213.9 – Classes of track; operating speed limits. The Piedmont Division Timetable specifies a maximum timetable speed of 49 mph for freight trains at this location.

Analysis of event recorder data from NS 8130 shows the train approached the east AIPC switch at a maximum speed of approximately 36 mph as the train continued to accelerate out of Andrews Yard. Consequently, the train was being operated in compliance with the applicable speed limits in place when the collision occurred.

That the maximum allowable timetable speed is 49 mph whereas the maximum allowable speed allowed on Class 4 track is 60 mph is explained by the movement authority for trains on the Charleston District. The timetable excerpt in Figure 7 indicates that the movement rules in


Copyright Secretariat © 2026 – All Rights Reserved

effect for the main track between the Seven Mile and Andrews Yards on the Charleston District is Rule 171[23], which is for use of the main track in non-signaled territory via a mandatory directive called a Track Authority:

> ## NON-SIGNALED MAIN TRACK
>
> **171. Non-Signaled Track – Mandatory Directive Authorizes Movement**
>
> Where designated by bulletin or special instructions, use of the main track will be authorized by issuance of a Mandatory Directive, under the direction and over the initials of the Train Dispatcher.

49 CFR 236.0(c) allows:

> ***§ 236.0 Applicability, minimum requirements, and penalties.***
> *(c)*
> *(1) Prior to January 17, 2012, where a passenger train is operated at a speed of 60 or more miles per hour, or a freight train is operated at a speed of 50 or more miles per hour—*
> *(i) A block signal system complying with the provisions of this part shall be installed; or*
> *(ii) A manual block system shall be placed permanently in effect that shall conform to the following conditions:*
> *(A) A passenger train shall not be admitted to a block occupied by another train except when absolutely necessary and then only by operating at restricted speed;*
> *(B) No train shall be admitted to a block occupied by a passenger train except when absolutely necessary and then only by operating at restricted speed;*
> *(C) No train shall be admitted to a block occupied by an opposing train except when absolutely necessary and then only while one train is stopped and the other is operating at restricted speed; and*
> *(D) A freight train, including a work train, may be authorized to follow a freight train, including a work train, into a block and then only when the following train is operating at restricted speed.*
> *(2) On and after January 17, 2012, where a passenger train is permitted to operate at a speed of 60 or more miles per hour, or a freight train is permitted to operate at a speed of 50 or more miles per hour, a block signal system complying with the provisions of this part shall be installed, unless an FRA approved PTC system meeting the requirements of this part for the subject speed and other operating conditions is installed*

Even though the Charleston District had been upgraded with Positive Train Control (PTC) at the time of the collision and PTC was in use at the time of this collision, the speed limits remained at 49 mph for freight trains.

[23] NS Operating Rules, 67


Copyright Secretariat © 2026 – All Rights Reserved

NS 8130 was equipped with GE's Trip Optimizer (TO) system, an Energy Management System (EMS) that uses GPS to synchronize train location with the physical (track) characteristics. When engaged, TO controls throttle and dynamic brake settings to maximize fuel and train handling efficiency. The engineer monitors TO and the operation of the train while TO is engaged and is still responsible for the safe operation of the train.

Train 238 operated towards Charleston with the PTC system active. Engineer Small had TO engaged after the train left Andrews Yard, monitoring its operation as the train approached AIPC.

The following Figures 8 through 16 are screen shots from the outward- and inward-facing RailView cameras. The times shown to orient the reader are those from the RailView system and are different than the event recorder times.

Figure 8 shows Train 238 crossing Pineview Rd. and closely approaching the west AIPC switch. Figure 9 shows the train starting to pass the west end of covered hopper cars on the AIPC storage/yard track. This is the string of cars from which AIPC operator Blanchett picked up the 6 cars involved in the collision/derailment.




Figure 8. Train 238 Crossing Pineview Rd., Approaching West AIPC Switch[24]

[24] RailView Video from NS 8130, Outward and Inward Times 7:17:42.409 and 7:17:42.473


Copyright Secretariat © 2026 – All Rights Reserved




Figure 9. Train 238 Passing West End of Cars on AIPC Storage/Yard Track[25]

Figure 10 shows the train further east as it passed the east end of the covered hopper cars on the AIPC storage/yard track. Note in the images to this point that the crew is keeping a proper lookout and that the train speed is well below the 49-mph maximum speed.




Figure 10. Train 238 Passing East End of Cars on AIPC Storage/Yard Track[26]

---

[25] RailView Video from NS 8130, Outward and Inward Times 7:18:06.033 and 7:18:06.097
[26] RailView Video from NS 8130, Outward and Inward Times 7:18:52.481 and 7:18:52.549


Copyright Secretariat © 2026 – All Rights Reserved

In Figure 11, the train is at RailView time 7:19:00, approximately 22-23 seconds prior to the collision. Note at this time that the AIPC locomotive and cars are visible to the right/north of the NS main track but it is not yet obvious that they have been run through the derail. The crew continues to operate the train appropriately and safely.




Figure 11. Train 238 at RailView Video Time 7:19:00 (Approximately 22-23 seconds prior to collision) [27]

Figure 12 shows that at approximately 9 seconds prior to the collision the crew displays visible signs of recognition and an increased focus ahead, consistent with determining that the AIPC locomotive and cars are in a position close to the NS main track.




Figure 12. Crew Recognition of Possible Fouling of Main by AIPC Locomotive (approximately 9 seconds prior to collision)[28]

[27] RailView Video from NS 8130, Outward and Inward Times 7:19:00.088 and 7:19:00.150
[28] RailView Video from NS 8130, Outward and Inward Times 7:19:12.902 and 7:19:12.964


Copyright Secretariat © 2026 – All Rights Reserved

Approximately 4 seconds later, after continuing to keep a lookout, engineer Small's hand moves to the automatic brake valve and conductor Rightmier can be seen out of his seat as shown in Figure 13.




Figure 13. Crew Actions at RailView Time 7:19:17 (approximately 5-6 seconds prior to collision). Note engineer Small's hand on automatic brake valve and conductor Rightmier is out of seat[29].

Train 238 collided with the AIPC locomotive that was close to the NS main track at approximately RailView time 7:19:22.3 as shown in Figure 14.




Figure 14. Train 238 Approximate Point of Collision with AIPC Locomotive.[30]

[29] RailView Video from NS 8130, Outward and Inward Times 7:19:17.307 and 7:19:17.370
[30] RailView Video from NS 8130, Outward and Inward Times 7:19:22.313 and 7:19:22.374


Copyright Secretariat © 2026 – All Rights Reserved

Engineer Small makes an Engineer-Initiated-Emergency (EIE) application of Train 238's automatic brake system approximately 1 second later as seen in Figure 15 then is derailed and on its side within less than 2 seconds as shown in Figure 16.




Figure 15. Engineer-Initiated-Emergency Automatic Brake Application (EIE) by Engineer Small[31]




Figure 16. Lead Locomotive On Side After Collision/Derailment[32]

[31] RailView Video from NS 8130, Outward and Inward Times 7:19:23.314 and 7:19:23.376
[32] RailView Video from NS 8130, Outward and Inward Times 7:19:24.914 and 7:19:24.971


Copyright Secretariat © 2026 – All Rights Reserved

My review and analysis of the RailView video from NS 8130 was consistent with the crew's actions. Engineer Small's testified in a deposition as to when he saw the switch engine potentially fouling the track.:

> *Q. When did you -- we watched the video. When did you sort of see when -- start to see the train -- excuse me, the switcher sticking out onto the track?*
> *A. Roughly around 600 feet from it, maybe. When we got to the rear of the cars that were behind that -- that engine is when I noticed it sticking out.*
> *Q. Mm-hmm.*
> *A. And it was really close.*
> *Q. Mm-hmm.*
> *A. Yeah, we're going to hit it.*
> *Q. Mm-hmm.*
> *A. I was -- if I shot the brakes, that wouldn't have mattered.*[33]

Mr. Small initially estimated that Train 238 was "roughly around 600 feet" from the AIPC locomotive when he started to see it "sticking out onto the track." Mr. Small then clarified that Train 238 was near the rear of the industry cars when he first appreciated the AIPC locomotive was near the main track, which is supported by the previous RailView video analysis, specifically in Figure 12. The 6 covered hoppers were approximately 56 feet long and the locomotive approximately 44 feet for a total of approximately 380', less than the 600-foot estimate. In either case, insufficient time and distance remained from these points for the train to meaningfully decelerate prior to the collision with the AIPC locomotive.

Any analysis of the effect of train braking must also include some time for the crew to perceive and react to the unusual, and ultimately emergency, situation created by AIPC, specifically Mr. Blanchett's negligent operation of the movement and his failure to provide any warning of the AIPC movement's derailment to anyone, especially NS. Train 238 was operating with exclusive occupancy of the main track under a Track Authority and PTC with no indication whatsoever of the situation created by AIPC.

Thus, any opinion that the derailment of NS Train 238 would not have occurred given different action by the crew, that the damage would have been substantively lessened, or that the crew would not have been injured is speculative and without basis.

[33] Deposition of David Small, 34


Copyright Secretariat © 2026 – All Rights Reserved

### Double Switch Point Derail (DSB)

A double switch point derail is a mechanically operated device designed to physically derail equipment when movement is unexpected or unauthorized by derailing the equipment away from the track or facility being protected. When a double switch point derail is lined in the derailing position, the main purpose and design is to derail train wheels on the ground away from the track or facility to be protected. At the incident location, the derail causes equipment to derail to the left, away from the NS man track to prevent unauthorized movement on the NS main track that could cause damage to NS personnel, the NS main track, or the public. Double switch point derails are generally more effective than other derail devices at derailing equipment that is not properly controlled due to it being set up like a standard railroad switch. With the double switch derail being set up as a standard switch, it can generally derail equipment more effectively than other derail types as will be discussed further below.

Railroads are required to maintain derails in accordance with FRA regulation 49 CFR 213.205 Derails which states:

> ***§ 213.205 Derails.***
> *205(a) Each derail shall be clearly visible.*
> *Guidance. The TSS requires derails to be clearly visible. While the TSS does not specify a color derails are to be painted, they must be visible to railroad employees, and a derail dark in color and obscured by vegetation would not be in compliance.*
>
> *205(b) When in a locked position, a derail shall be free of lost motion which would prevent it from performing its intended function.*
> *Guidance. Inspectors will need to determine the extent of movement due to worn parts or improper adjustment, if any, and determine if such movement renders the derail ineffective.*
>
> *205(c) Each derail shall be maintained to function as intended.*
> *Guidance. Derails are of various designs and may be of the following types: switch point, spring switch point, sliding, hinged, and portable. Derails can be operated by various means: electrical, hand throw, lever, and mechanical rod from a point other than at the derail. They should be installed to derail rolling stock in a direction away from the track or facility to be protected. In addition to the requirements of this section, a switch point type derail must also comply with the requirements of §2713.133 [turnouts generally] and §213.135 [switches].*
>
> *205(d) Each derail shall be properly installed for the rail to which it is applied. [This paragraph (d) is applicable September 21, 1999.]*
> *Guidance. Derails must be the proper size for the rail to which it is applied. Derails are manufactured to "sizes" based on the rail section to which they are to be applied and should be installed according to the manufacturer's instructions. Installation of a derail of incorrect*


Copyright Secretariat © 2026 – All Rights Reserved

*size can make a derail ineffective. Inspectors may use derail manufacturer instructions and specification as a guide to determine if a derail is properly installed (correct size for the rail to which it is applied).*
*Derails are made by "hand" (right or left) to derail equipment to a specific side of the track. In addition, "universal" derails will derail equipment in either direction. A derail that is installed to derail equipment toward a main track that should otherwise be protected would constitute an improperly installed derail. A "hand" derail placed in the wrong direction would also constitute an improperly installed derail.*

NS has a standard procedure for NS employees to follow when inspecting and maintaining switch point derails that complies with FRA regulations. NS MW&S Standard Procedure 100 Derails states that switch point derails must be inspected like a switch and installed to derail rolling stock away from the main track. Figure 17 shows additional requirements of the procedure that NS complied with on July 11, 2022.

NS NORFOLK SOUTHERN MW&S STANDARD PROCEDURE | 100 DERAILS

.02 A switch point derail removed for rail laying or other maintenance must be replaced upon completion of work. No other type derail can be substituted.

.03 A switch point derail must be maintained in the same manner as a main track switch. This means that points must fit properly, stand properly adjusted and correct gage maintained. Improperly applied switch point derails due to improper adjustment or weak ties and/or switch hardware can negatively affect the signal system.

.04 Switch stand operating a switch point derail must be installed with the operating arm in trailing position for facing point movements when in the NON-derailing position.

.05 On many car department repair tracks, there are two number 4 derail turnouts. These turnouts must have a gage no tighter than 56 ½ inches. It is preferable that the gage be 57 inches.

.06 Switch point derails must have curved lead rails of sufficient length to derail cars without fouling the track they protect.

Figure 17. MW&S Standard Procedure 100 Derails[34]

The double switch point derail at this location is generally a more effective option to derail the train away from the main track at a greater distance away from the track or facility being protected than other fixed derailer options. For example, a derail option used throughout the

[34] Document production 501-000991 Reference – NS Document


Copyright Secretariat © 2026 – All Rights Reserved

industry at similar locations is a single hinged derail which sits on top of the rail and derails a wheel just off the rail onto the top of the ties.

To illustrate a comparison between the double switch derail installed at the AIPC industry track versus a the single hinged option that is effective and also used throughout the industry, Figure 18 shows how the double switch point derail at the AIPC facility derails both wheels on the ground off the ends of the ties to the left away from the rails compared to the single hinged-style derail set up to derail one wheel on the ground just over the rail.




Figure 18. Single Hinged Derail versus Double Switch Point Derail Distance Away From Track[35]

### Installation of Double Switch Point Derails (DSB)

Double switch point derails are similar to regular track switches, with components like plates, wedges, rods, switch stands, targets, ties, and ballast. Switches can direct trains left or right, identified as left hand or right-hand turnouts. A double switch point derail on an industry lead in the vicinity of a mainline, is installed to direct any unintended movement away from the mainline when it is in the derailing position. Figure 19 illustrates a left-hand switch point derail, showing how it derails away from the mainline as compared to the direction if it were a right-hand derail.

[35] Aldonco.com product search reference and SC ORS Photo of Derail Photo


Copyright Secretariat © 2026 – All Rights Reserved




Figure 19. Switch Point Derail Set to Derail Away From NS Mainline[36]

Figure 20 is a photo of the derailed engine and first railcar, CP 650619 shown derailed to the left off the end of the switch point derail instead of to the right towards the NS track in the background. Figure 19 above also shows the condition of the derail after the derailed engines and cars were cleared showing it is a left-hand switch point derail designed to derail cars to the left away from the NS main track.

[36] SC ORS Photo of Derail Production with Secretariat Annotations

 Copyright Secretariat © 2026 – All Rights Reserved 




Figure 20. Photo of Derailed Car Away from NS Mainline[37]

The installation of double switch point derails by railroads generally take place when the sidetracks are initially installed. New industry sidetracks that are installed off of NS main tracks are coordinated between the two parties typically though a sidetrack agreement which includes a design and construction process. In this process the railroad will work with the industry on the layout of the track from the switch being installed on the main track to the tracks going into the facility to help facilitate a safe place for NS crews to bring rail cars to the customer. In this process, if NS is going to be installing a derail on their portion of the new sidetrack, NS will note it on the design drawing. Figure 21 is an example of a proposed track design drawing NS created for the AIPC sidetrack construction dated October 24, 1996.

[37] *Photo 501-000234 Production*


Copyright Secretariat © 2026 – All Rights Reserved




Figure 21. NS Proposed Tracks to Serve American Italian Pasta Company Drawing[38]

In this proposed sidetrack drawing it provides information on certain items such as industry and railroad maintenance lines, location of double switch point derail, and location of the NS main track switch leading into the industry. In the agreement between NS and AIPC, the agreed-upon construction and maintenance language that states what the railroad will be responsible for installing and maintaining on the sidetrack and what the industry is responsible for. For example, the supplemental agreement shown in Figure 22 states the railroad will construct and maintain a portion of storage track #1 including the double switch point derail.

[38] Document reference 501-000102 NS Track map


Copyright Secretariat © 2026 – All Rights Reserved

THIS SUPPLEMENTAL AGREEMENT, made between

**NORFOLK SOUTHERN RAILWAY COMPANY**, a Virginia corporation, hereinafter styled "Railway", and

**AMERICAN ITALIAN PASTA COMPANY**, a Delaware corporation, hereinafter styled "Industry":

W I T N E S S E T H

WHEREAS, an Agreement was entered into between Railway, and Industry dated July 28, 1995 (hereinafter called "Agreement") concerning construction, operation and maintenance of two tracks at Columbia, South Carolina to serve the business of Industry; and

WHEREAS, Industry proposes to construct two additional tracks, designated as Track No. 3 and Track No. 4, and two storage tracks, designated as Storage Track No. 1 and Storage Track No. 2 (hereinafter collectively "Track") as shown on print of Plan No. AF-0680 R1, dated October 24, 1996, revised May 28, 1997, attached hereto and made a part hereof.

NOW, THEREFORE, the parties hereto agree as follows:

(1) Railway will construct, own and maintain that portion of Storage Track No. 1 from Station 36+86.56 to Station 34+27, including double switch point derail.

(2) Industry will construct, own and maintain the portion of the Storage Track No. 1 from Station 34+27 to the end; and all of Storage Track 2, and Tracks 3, and 4.

Figure 22. Supplemental Agreement Excerpt Between NS and AIPC[39]

When construction takes place, the railroad installs their switch on the NS main track and constructs the track up to the point where the industry takes over, including installation of the double switch point derail. According to the proposed track drawings it shows the proposed location NS would install their double switch point derail going into the storage track on the NS maintenance side. When NS is installing the derail, NS can make the decision to move or adjust the placement of the double switch point derail on their ownership portion of the track if needed if they are protecting their main track in compliance with MW&S Standard 100 Derails. With new track construction projects such as the AIPC storage track #1 it is common to see minor adjustments to the plans once construction starts. As NS constructs their portion of the track, NS installs their double switch point derail at a point on NS property that complies with NS MW&S Standard 100 Derails.

---

[39] Document reference 501-000086 Supplemental Agreement


Copyright Secretariat © 2026 – All Rights Reserved

## Double Switch Point Derail Inspections (DSB)

A switch point derail must be inspected and in compliance with normal switch standards and regulations. The FRA has set regulations under 49 CFR 213.135 that describes the requirements of a switch.

> ***§213.135 Switches***
> *135(a) Each stock rail must be securely seated in switch plates, but care shall be used to avoid canting the rail by overtightening the rail braces.*
> *135(b) Each switch point shall fit its stock rail properly, with the switch stand in either of its closed positions to allow wheels to pass the switch point. Lateral and vertical movement of a stock rail in the switch plates or of a switch plate in a tie shall not adversely affect the fit of the switch point to the stock rail. Broken or cracked switch point rails will be subject to the requirements of §213.113, except that where remedial actions C, D, or E require the use of joint bars, and joint bars cannot be placed due to the physical configuration of the switch, remedial action B will govern, taking into account any added safety provided by the presence of reinforcing bars on the switch points.*
> *135(c) Each switch shall be maintained so that the outer edge of the wheel tread cannot contact the gage side of the stock rail.*
> *135(d) The heel of each switch rail shall be secure and the bolts in each heel shall be kept tight.*
> *135(e) Each switch stand and connecting rod shall be securely fastened and operable without excessive lost motion.*
> *135(f) Each throw lever shall be maintained so that it cannot be operated with the lock or keeper in place.*
> *135(g) Each switch position indicator shall be clearly visible at all times.*
> *135(h) Unusually chipped or worn switch points shall be repaired or replaced. Metal flow shall be removed to insure proper closure.*

A review of the switch point derail photo from the day of the incident in Figure 23 shows the switch point was fitting up against the stock rail properly, the bolts and wedges were installed properly, the switch and connecting rods were bolted and secured, the switch stand was properly mounted with the target in the correct direction, and the track structure had good ties, surface, and ballast.

A review of the post-incident photos also reveals the derail worked as intended and derailed the AIPC equipment away from the NS main track.


Copyright Secretariat © 2026 – All Rights Reserved



Figure 23. Switch Point Derail After Accident[40]

Figure 23 also shows NS provided an additional safety measure by painting the derailing position switch point red to indicate the switch was lined for the derailing position. Although this was not required by NS, this was an additional measure the company provided to alert NS and AIPC employees of the switch point being in the derailing position.

[40] *SC ORS Photo of Derail Production with Secretariat Annotations*


Copyright Secretariat © 2026 – All Rights Reserved

### Site Inspection by Dustin Bell (DSB)

A site inspection was conducted on December 10, 2024, of the AIPC track up to the NS mainline track including the switch point derail installed to protect the NS mainline track. The distance from the switch points on the NS mainline switch to the switch points on the switch point derail in AIPC was approximately 178 feet. The NS mainline switch was 136-pound, #10, right hand switch that leads into the industry track. Off the NS mainline track, the rail leading to AIPC industry and in the switch point derail transitioned from 136-pound rail to 132-pound rail. The switch point derail installed was a left-hand derail, the same switch point derail type that was installed on July 11, 2022. The track just past the switch point derail where AIPC inspection and maintenance takes over transitioned from 132-pound rail to 100-pound rail which is a standard rail transition practice.

The switch point derail was inspected and found to be in good condition. The switch stand was properly secured with the connecting rods and switch rods properly bolted. Proper plates and wedges were installed on both sides of the stock rails. The switch points were standard 16 feet 6-inch switch points, typical for a #8 or #10 turnout. The distance from the switch point to the end of the derail, where a wheel would come off the track, was approximately 39 feet. The right-hand switch point was correctly positioned for AIPC equipment and painted red for visibility. The track gauge was compliant at 56 ½ inches from the NS mainline throughout. There was also a slight descending grade from the AIPC facility towards the NS mainline switch.


Copyright Secretariat © 2026 – All Rights Reserved

## CONCLUSIONS

The opinions in this report and the accompanying conclusions are based on the analysis to date, as well as the prior education, training, analysis, and experience of its authors. Based upon the documents provided and the facts in evidence, our analysis determined:

Given the evidence in this case, Mr. Peterson and Mr. Bell share the following opinions and conclusions:

1. The collision of NS Train 238P310 with the AIPC movement at milepost SC 122.8 and resulting derailment of Train 238 on July 11, 2022, was the result of AIPC's improper operation of its rail equipment.

2. AIPC operator Rico Blanchett's improper conduct caused locomotive RSSX 2535 and one of the 6 loaded covered hopper cars to derail through the double switch point derail at the east end of the AIPC siding.

Mr. Peterson additionally holds the following opinions and conclusions:

3. NS Train 238 was operated properly and in accordance with NS Operating Rules and the underlying FRA regulations.

4. Engineer Small and conductor Rightmier kept a proper lookout prior to the collision. When they were able to appreciate the AIPC movement had derailed and was in the foul of the NS Main track and their train, they had insufficient time and distance remaining to stop prior to the collision or mitigate the effect of the collision, which resulted in the derailment of Train 238.

5. AIPC operator Blanchett did not properly set up the brakes when he attempted to move the 6 loaded covered hopper cars. He was unable to control the movement. Instead of stopping short of the derail, his improper operation instead caused the locomotive and 1st car to derail.

6. AIPC failed to adequately train and supervise operator Blanchett.

Mr. Bell additionally holds the following opinions and conclusions:

**7.** The double switch point derail was installed correctly in the track, and the components were working as intended. The switch point derail was installed to derail equipment away from the mainline as required and the AIPC movement derailed to the left away from the mainline as intended. The double switch point was installed and maintained in


Copyright Secretariat © 2026 – All Rights Reserved

accordance with 49 CFR 213.135 switch regulations, 49 CFR 213.205 derail regulations, and NS MW&S Standard 100 as required.

8. The double switch point derail was installed by NS on the NS-maintained portion of the side track in accordance with their NS MW&S standards. This practice is common throughout the railroad industry. NS had targets on the switch stand and painted the switch point in the derailing position red as an additional safety measure for the AIPC industry.

The opinions and conclusions in this report are based on the analysis to date, as well as our prior education, training, analysis, and experience. These opinions are stated to a reasonable degree of railroad safety and operations certainty. We reserve the right to supplement or amend these findings and conclusions if additional information becomes available or based upon additional work or analysis in this matter.


Copyright Secretariat © 2026 – All Rights Reserved

# Appendix A

# Curriculum Vitae of
# Foster J. Peterson

Secretariat



**Foster J. Peterson**

Managing Director

1175 Peachtree St. NE, 100 Colony Square, Suite 400
Atlanta GA 30361

Office: +1 404 997 7550
Mobile: +1 770 330 0870
email: fpeterson@secretariat-intl.com

Mr. Foster Peterson is a Managing Director at Secretariat. A veteran of the rail industry, Mr. Peterson has a deep understanding of railroad operations, including expertise in railroad safety, rules, and operating practices. His areas of specialization include train and vehicle dynamics; safety, rules, and operations; accident/incident case analysis; and accident/incident simulations.

Mr. Peterson has performed derailment and accident investigations, railroad operating practices and safety studies, train and vehicle dynamic studies, mechanical inspections, physical testing, and railroad training. He is an experienced user of train and vehicle dynamics simulation tools such as MxV Rail's Train Operations and Energy Simulator (TOES) and New and Untried Car Analytic Regime Simulation (NUCARS).

Combined with his practical experience in derailment investigation, Mr. Peterson has worked with some of the country's leading rail companies to provide timely and accurate analysis of railroad operations issues; perform train and vehicle dynamic studies, mechanical inspections, and physical testing; conduct training in railroad safety, rules, and operating practices, and perform operational and safety audits. Mr. Peterson also provides clients with consulting and/or testifying expert services in railroad mechanical, operating, and engineering disciplines from accident/incident response through case analysis and report preparation.

Well-versed in railroad safety and compliance, Mr. Peterson provides a full range of rail safety-related services, including operations/safety audits and training in railroad safety, rules, and operating practices. He remains an active Operating/Safety Officer at several shortline railroads and is a certified conductor, locomotive engineer, and Designated Supervisor of Locomotive Engineers.

## EDUCATION

- BS, Mechanical Engineering, Georgia Institute of Technology, 1995
  - Participated in Cooperative Education Program

## CERTIFICATIONS

- Certified Locomotive Engineer (49 CFR Part 240)
- Designated Supervisor of Locomotive Engineers (49 CFR Part 240)
- Certified Conductor (49 CFR Part 242)
- Commercial Pilot, Airplane Single Engine Land and Multi-Engine Land, Instrument Airplane
- Flight Instructor, Airplane Single and Multi-Engine, Instrument Airplane

## ASSOCIATIONS

- International Association of Railway Operating Officers
  - President, October 2015 – October 2016
  - Executive Committee, 2005 – Present
  - Regional Consultant, 1997 – 2005
  - Member, 1995 – Present
- American Association of Railroad Superintendents
  - Member, 2002 – 2023
- Air Brake Association
  - Member, 1995 – Present
- American Society of Mechanical Engineers
  - Member, 2000 – Present
  - Associate Member, 1994 – 2000
- American Railway Engineering and Maintenance of Way Association
  - Member, 2002 – 2012, 2017 – Present

## PROFESSIONAL EXPERIENCE - CONSULTING

### Engineering Systems Inc. (2017-2025), Norcross, GA

***Principal, 2020 – 2025 (Director-Rail 2022-2023)***

***Senior Managing Consultant, 2017 – 2019***

### Full Service Railroad Consulting, Inc. (2002 – 2017), Marietta, GA

***Partner***

- At both ESi and FSRC, provide clients with timely and accurate analysis of railroad operational issues in a multi-disciplinary environment. Provide training in railroad safety, rules, and operating practices. Conduct operational and safety audits. Provide services as a consulting and/or testifying expert in railroad mechanical, operating, and engineering disciplines. Provide railroad technical and engineering consulting support from accident/incident response through case analysis and report preparation including consulting and/or testifying expert witness services if requested. Utilize vehicle and train dynamics simulation models in derailments and accident investigation and analysis. Design and perform field testing of rail vehicles.

### Rail Sciences Inc. (1995 –2001), Atlanta, GA

***Senior Director Testing and Engineering Applications 2000-2001***

***Director Testing and Engineering Applications 1999-2000***

***Engineer 1995-1999***

- Responsible for the use and application of advanced analytical techniques for the solution of railway operational problems. Perform accident and derailment investigations, railroad operational and safety studies, vehicle dynamic studies, mechanical inspections, physical testing, and railroad training. Perform field investigation of derailments including gathering track measurements, digital wheel and rail profiles, mechanical data, and event recorder data.

Experience with simulation tools such as the AAR's Train Operations Simulator, (TOS), Train Operations and Energy Simulator (TOES), and New and Untried Car Analytic Regime Simulation (NUCARS). As Director and Senior Director, responsible for Rail Sciences' testing and instrumentation work, including field testing of lateral/vertical wheelset forces, over-the-road testing, mechanical testing, and design and fabrication of test fixtures..

## PROFESSIONAL EXPERIENCE - RAILROAD

### Tennessee Valley Railroad Museum, Inc. and its Operating Subsidiaries (1986 – Present)

*Tennessee Valley Railroad Museum (TVRM) Chattanooga, TN*

*East Chattanooga Belt Railroad (ECTB) Chattanooga, TN*

*Hiwassee River Railroad (HWRV) Copperhill, TN (2005-Present)*

*Tyner Terminal Railway Company (TNTX) Chattanooga, TN (2011-Present)*

***Director, Safety and Operating Practices (2011-Present)***

***Manager, Training, Rules & Safety (1995-2010)***

***Designated Supervisor of Locomotive Engineers (1995-2000, 2002-Present)***

- Currently Director, Safety & Operating Practices for the Operating Subsidiaries of Tennessee Valley Railroad Museum, Inc. including Tennessee Valley Railroad (operates historic passenger trains), East Chattanooga Belt Railroad (operates freight trains on former NS Belt Line in Chattanooga, TN), Hiwassee River Railroad (freight railroad in eastern Tennessee) and Tyner Terminal Railway (rail switching operations at Enterprise South Industrial Park in Chattanooga, TN), continuing work performed between 1995 and 2011 as Manager, Training Rules & Safety. Responsible in this capacity and as a Designated Supervisor of Locomotive Engineers (Road Foreman of Engines) for operating management of these railroads. Create and deliver rules and safety training for all TVRM operating, mechanical and engineering employees and help administer locomotive engineer certification program. Personally qualified on and train TVRM personnel on TVRM Rules, Norfolk Southern Rules and General Code of Operating Rules (starting in 2010). Act as liaison to Federal Railroad Administration and railroad partners Norfolk Southern, CSX Transportation and Genesee & Wyoming.
- Set up rail operations in 2011 at Tyner Terminal Railway which provides the rail switching services at Enterprise South Industrial Park in Chattanooga, Tennessee. TNT's primary customer is a Volkswagen automobile assembly plant and interchanges with both Norfolk Southern and CSX Transportation.
- Set up rail operations in 2005 as Chief Operating Officer of the Hiwassee River Railroad, a 43.5-mile shortline railroad in eastern Tennessee. Initial freight operations consisted of yard switching and road train operation of unit trains of iron ore. Passenger operations subsequently began on this line in 2006. Responsible for training of all operating personnel on this new property including certification of locomotive engineers and mechanical training (power brake law and freight car inspection). Designated Supervisor of Locomotive Engineers and certified locomotive engineer including on CSX trackage rights.

***Locomotive Engineer (Qualified in 1990, Certified in 1993 Continuously to Present)***

- Qualified locomotive engineer on TVRM as well as Norfolk Southern and CSX trackage rights in Tennessee. Also operated on mainline NS trackage. Engineer qualification and later certification continuous to present day. Responsible for maintenance and servicing of locomotives and cars. Apprentice machinist study.

***Railroad Operations 1986-1990***

- Brakeman/Fireman in train service. Also learned maintenance practices for cars and locomotives.

**White Pass & Yukon Route Railroad (2009 – Present), Skagway, AK**

*(Consists of Pacific and Arctic Railway and Navigation Company (US), British Columbia-Yukon Railway Company (British Columbia) and The British Yukon Railway Company (Yukon)*

***Manager of Operating Practices***

- Assist with training and management of operating employees in United States and Canada. Set up and administer locomotive engineer certification program. Create and deliver operating, safety, air brake and train handling and locomotive engineer training programs. Assist management with compliance with FRA and Transport Canada regulations. Qualified on and train WPYR personnel on Canadian Rail Operating Rules (CROR) and WPYR US Subdivision, Safety and Air Brake and Train Handling Rules. Help introduce newly rebuilt, technologically advanced diesel locomotives into service.

**New Georgia Railroad (1993 – 1995), Atlanta, GA**

***Locomotive Engineer, Machinist***

- Qualified locomotive engineer. Operated on CSX trackage rights in Georgia as well as mainline operation on CSX and Norfolk Southern. Installed machine shop at Pullman Yard in Atlanta, and responsible for machining and welding repairs to cars and locomotives. Designed and built machines and fixtures for car and locomotive repair. Also responsible for mechanical support for cars in leasing program.

## PUBLICATIONS

- “Understanding Shove Moves: Technique, Applications, and Considerations,” Webinar for NARTC, April 2025 (co-presented with E.S. Hegi and M.B. Taylor)
- “The Investigation from the Expert’s Perspective,” National Association of Railroad Trial Counsel/AAR General Claims Conference, Phoenix, Arizona, October 2023 (co-presented with E.S. Hegi, M.B. Taylor, D.S. Bell, and P.M. Fay)
- “The Basics of Precision Scheduled Railroading,” Webinar for NARTC, November 2022 (co-presented with E.S. Hegi, B.C. Sooter, and C.S. Moale
- “The Basics of FRA vs. OSHA,” Webinar for NARTC, August 2022 (co-presented with B.C. Sooter and C.S. Moale)
- “Data at a Distance: The Art of Remote Inspections,” American Short Line and Regional Railroad Association Liability Seminar, St. Louis, Missouri, July 2022
- “The Basics of Railway Job Duties: Engineering Department,” Webinar for NARTC, May 2022 (co-presented with B.C. Sooter and C.S. Moale)
- “The Basics of Railway Locomotives,” Webinar for NARTC, November 2021 (co-presented with B.C. Sooter and C.S. Moale)
- “The Basics of 3-Step/Red Zone Protection,” National Association of Railroad Trial Counsel Fall Meeting – Philadelphia, Pennsylvania, October 2021
- “The Basics of Railroad Worker Protection Rules: Roadway Worker Protection, Blue Signal Protection, and 3-Step/Red Zone Protection,” Webinar for NARTC, August 2021 (co-presented with B.C. Sooter and C.S. Moale)

- "Basics of Railway Track Design and Inspection with a Focus on 49 CFR Part 213," Webinar for NARTC, June 2021 (co-presented with B.C. Sooter and C.S. Moale)
- "The Basics of the Operating Rules and Their Relationship to FRA Regulations," Webinar for NARTC, September 2020 (co-presented with B.C. Sooter)
- "Basics of Cars and Locomotives: Safety Appliance Act History and Application," Webinar for NARTC, May 2020 (co-presented with B.C. Sooter)
- "Fundamentals of Air Brakes: How Does a Train Stop?," Webinar for NARTC, March 2020 (co-presented with B.C. Sooter)
- "Use of Remote Control Locomotive Event Recorder Data in Reconstruction and Defense of Railroad Accidents," National Association of Railroad Trial Counsel Meeting, New Orleans, Louisiana, October 2018
- "Remote Control Locomotive (RCL) Overview," National Association of Railroad Trial Counsel Meeting, Chicago, Illinois, July 2017
- "Basics of Train Handling: Braking" - International Association of Railway Operating Officers, Chicago, IL, September 2011
- "The Train Is Unstoppable and Denzel Is Nowhere to Be Found (Are You Ready?)," American Short Line and Regional Railroad Association Annual Convention, San Antonio, TX, May 2011
- "Basics of Train Handling: Getting Off to a Good Start" - International Association of Railway Operating Officers, Chicago, IL, September 2009
- "Locomotive Camera Update" - International Association of Railway Operating Officers, Chicago, IL, September 2009
- "Locomotive Event Recorder Update" - International Association of Railway Operating Officers, Chicago, IL, September 2008
- "The Effect of Slack Action and Hard Couplings on Locomotive Occupants" – National Association of Railroad Trial Counsel Fall Meeting, Colorado Springs, CO, September 2008
- "The Current State of Locomotive Event Recorders" – 13th Annual Railroad Liability Seminar, Denver, CO, July 2006
- "The Current State of Locomotive Event Recorders" – Midwest Claims Conference, Naperville, IL, May 2006
- "(Almost) Everything You Need to Know About Locomotive Event Recorders: These Are Not Your Father's 8 Tracks…" – National Association of Railroad Trial Counsel Winter Meeting, Naples, FL, February 2006
- "(Almost) Everything You Need to Know About Locomotive Event Recorders: These Are Not Your Father's 8 Tracks…" – National Association of Railroad Trial Counsel Special Litigation Conference XVI, Park City, UT, February 2006
- "Advances in the Locomotive Event Recorder Download Process: Class 1 vs. Shortline/Regional Perspective" - International Association of Railway Operating Officers, Chicago, IL, September 2005
- "Risk Management: A Team Approach," Twelfth Annual ASLRRA Liability/Claims Seminar, July 2005
- "Car and Locomotive Brakes 101: Involvement of Brakes in Railroad Accidents/Incidents and Subsequent Litigation," Eleventh Annual ASLRRA Liability/Claims Seminar, July 2004
- "Modern Railroad Locomotive Technology," Guest Lecturer at University of Minnesota Class AFEE & BIE3121, Communication, Power, Energy, Transportation and Machinery Technologies, March 2004

- "Defending Against Claims of Careless Train Operation," 49th Annual Meeting, National Association of Railroad Trial Counsel, July 2003 (Co-authored with B.P. Heikkila)
- "On-Train Railroad Employee Injuries: Causation, Investigation, Analysis and Technical Defense," Tenth Annual Regional Railroad Liability Seminar, July 2003
- "The Manifest" Bulletin of the International Association of Railway Operating Officers, Editor, June 2003, September 2004, April 2006
- "Investigating Derailments: Maintenance of Way and Track Integrity Considerations," 9th Annual Railroad Liability Seminar, Indianapolis, IN, June 2002
- "Causes, Analysis, and Prevention of Empty Tank Car Derailments," International Association of Railway Operating Officers, Chicago, IL, September 2000 (Co-authored with G.P. Wolf)
- "The Use of Event Recorder Data in Reconstructing Railway Accidents," Regional Railroad Liability Seminar, Nashville, TN, July 2000 (Co-authored with G.P. Wolf)
- "An Integrated Approach to a Comprehensive Wheel/Rail Management System," Advanced Rail Management Rail/Wheel Interface Infozone Sessions, Chicago, IL, May 2000 (Co-authored with G.P. Wolf)
- "Dynamic Response of High Speed Rail Vehicles over Perturbed Track," Advanced Rail Management Rail/Wheel Interface Seminar, Chicago, IL, May 2000 (Co-authored with G.P. Wolf, RSI, and Jon Jeambey, TTX)
- "Deployment of AC Power: Effect on Train Operations and Track Structure," International Association of Railway Operating Officers, Chicago, IL, September 1999 (Co-authored with G.P. Wolf)
- "The Relationship Among Operating Procedures, Track Geometry, Rail Profile, and Rail Wear Rates," Advanced Rail Management Rail/Wheel Interface Seminar, Chicago, IL, May 1998 (Co-authored with G.S. Bachinsky and G.P. Wolf)
- "Optimizing Curve Superelevation to Reduce Rail Wear, Maintenance, and Derailment Potential," Advanced Rail Management Rail/Wheel Interface Seminar, Chicago, IL, May 1998
- "Application and Validation of the Automated Truck Performance Measurement System," American Society of Mechanical Engineers/Institute of Electrical and Electronic Engineers Joint Railroad Conference, Philadelphia, PA, April 1998 (Co-authored with G.P. Wolf)
- "Automated Truck Performance Measurement System," International Association of Railway Operating Officers, Chicago, IL, September 1997 (Co-authored with G.P. Wolf)
- "Optimizing LOCOTROL Train Performance," GE-Harris LOCOTROL Distributed Power Seminar, Melbourne, FL, February 1997 (Co-authored with G.P. Wolf)

## CONTINUED EDUCATION

- OSHA 30 Hour Outreach for General Industry, University of South Florida, May 2023
- Quantum Engineering, Inc., Orange Park, FL, July 2002
- Training in event recorder data analysis and operation of QDP software.
- FRA/ASLRRA Engineer Certification Training Seminar, Baltimore, MD, December 2010
- Railroad Track Inspection & Safety Standards presented by University of Tennessee Center for Transportation Research, March 21-25, 2011 in Chattanooga, TN
- FRA/ASLRRA Operating Practices 101 Seminar (Including 49 CFR Parts 217, 218, 240, 242 and 243), Baltimore, MD, November 2016

## WORK HISTORY

- **Secretariat, Atlanta, GA**
  - Managing Director, 2025 – Present
- **Engineering Systems Inc., Norcross, GA**
  - Principal, 2020 – 2025 (Director-Rail 2022-2023)
  - Senior Managing Consultant, 2017 – 2019
- **Full Service Railroad Consulting, Inc., Marietta, GA**
  - Partner, 2002 – 2017
- **Rail Sciences Inc., Atlanta, GA**
  - Senior Director Testing and Engineering Application, 2000 – 2001
  - Director Testing and Engineering Applications, 1999 – 2000
  - Engineer, 1995 – 1999
- **Tennessee Valley Railroad Museum, Inc. and its Operating Subsidiaries:**
  - **Tennessee Valley Railroad Museum, Chattanooga, TN**
  - **East Chattanooga Belt Railroad, Chattanooga, TN**
  - **Hiwassee River Railroad, Copperhill, TN**
  - **Tyner Terminal Railway Company, Chattanooga, TN**
    - Director, Safety and Operating Practices, 2011 – Present
    - Manager, Training, Rules & Safety, 1995 – 2011
    - Designated Supervisor of Locomotive Engineers 1995 – 2000, 2002 – Present
    - Locomotive Engineer, qualified in 1990, certified in 1993 continuously to Present
    - Railroad Operations, 1986 – 1990
- **White Pass & Yukon Route Railroad, Skagway, AK**
  - Manager of Operating Practices, 2009 – Present (Contract Position)
- **New Georgia Railroad, Atlanta, GA**
  - Locomotive Engineer, Machinist, 1993 – 1995

# Appendix B

# Rule 26 Testimony History of Foster J. Peterson

Secretariat

Foster Peterson – Managing Director
Secretariat International
1175 Peachtree Street NE
100 Colony Square, Suite 400
Atlanta, GA 30361
fpeterson@secretariat-intl.com

| Case | Court | State | Type |
|---|---|---|---|
| 2026 | | | |
| **Antonio Belmonte v Union Pacific et al.** | District Court of Harris County, Texas, 152nd Judicial District, Cause No. 2023-88831 | TX | Deposition |
| **Davenport/Flora vs. Union Pacific Railroad Company, et al.** | District Court of Harris County, Texas, 281st Judicial District, Cause No. 2023-37805 | TX | Trial |
| **Fairman v. Norfolk Southern Railway Company, et al.** | Circuit Court of Cook County, Illinois, County Department Case No. 2023 L 012164 | IL | Deposition |
| **Brooks v Florida East Coast Railway, L.L.C.** | Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County Case No: 2023-Ca-002822 (01) | FL | Trial |
| 2025 | | | |
| **Clark vs. Union Pacific Railroad, et. al** | Circuit Court of Cook County, Illinois County Department, Law Division Case No. 2020 L 007487 | IL | Deposition |
| **Cook and Werner vs. BNSF Railway Company**<br>and<br>**Eggers vs. BNSF Railway Company** | District Court of Clarke County, Iowa Civil Action No. LACV013095<br>District Court of Clarke County, Iowa Civil Action No. LACV013099 | IA | Deposition |
| **Mitchell v. Norfolk Southern Railway Company** | State Court of Bibb County Case No. 21-SCCV-093239 | GA | Deposition |
| **Brooks vs. Florida East Coast Railway** | Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County Case No: 2023-Ca-002822 (01) | FL | Trial |
| **DeLeon v. Norfolk Southern Railway Company, et al.** | United States District Court Northern District of Indiana Hammond Division Case No. 2:21-cv-00224-PPS-JPK | IN | Deposition |

| Case | Court | State | Type |
|---|---|---|---|
| **Lewis v West Tennessee Railroad, LLC and CSX Transportation, Inc.** | Circuit Court of Tennessee Twenty-Sixth Judicial District at Jackson<br>File No: C-22-267 – Division II | TN | Deposition (Supplemental) |
| **Jones v. CSX Transportation, Inc** | Circuit Court of Shelby County, AL<br>Civil Action No. CV-2020-000185 | AL | Deposition |
| **Kress v. Union Pacific Railroad Company, et al.** | Superior Court of the State of California<br>For the County of Ventura | CA | Deposition |
| **Tepp v. Portland Terminal Railroad Company d/b/a Union Pacific Railroad** | United States District Court Northern District of Illinois; Western Division<br>No. 2020-cv-50466 | IL | Deposition |
| **Smith v. South Central Florida Express, Inc.** | Circuit Court<br>Judicial Court in and for Palm Beach County, Florida<br>Case No. 50 2021 CA 006611 XXXX MB | FL | Deposition |
| **Bogner v. BNSF Railway Company** | District Court<br>Sixth Judicial District of Campbell County, Wyoming<br>Case No. 2022-CV-0040787 | WY | Deposition |
| **Ritch v. CSX Transportation, Inc.** | United States District Court Northern District of New York<br>Civil Action No. 1:22-cv-0863-BKS-CFH | NY | Deposition |
| **Leeds v. Norfolk Southern Railway Company, et al.** | Circuit Court Clay County, Missouri<br>Case No. 19CY-CV06267 | MO | Deposition |
| 2024 | | | |
| **Jenkins v. Illinois Central Railroad Company, et al.** | Circuit Court of Copiah County, Mississippi<br>Civil Action No. 2022-0065 | MS | Deposition |
| **Fairbanks v. CSX Transportation, Inc** | Circuit Court of Jefferson County, Alabama<br>Civil Action No. 01-CV-2022-903213.00 | AL | Deposition |
| **McBride v. Illinois Central Railroad Company** | United States District Court Southern District of Mississippi, Eastern Division<br>Civil Action No. 2:23-CV-0047-KS-MTP | MS | Deposition |
| **Merrill, et al. v. BNSF Railway Company, et al.** | Circuit Court of Cook County, Illinois | IL | Deposition |

| Case | Court | State | Type |
|---|---|---|---|
| | County Department, Law Division<br>Case No.: 22 L 002074 | | |
| **Conquest v. Union Pacific Railroad Company** | District Court, 281st District<br>Harris County, TX<br>Cause No. 2020-59325 | TX | Trial |
| **Christopher Bell v. Illinois Central Railroad Company, et al.** | Circuit Court of Rankin County, Mississippi<br>Civil Action No. 2023-00039 | MS | Deposition |
| **Lewis v. West Tennessee Railroad, LLC and CSX Transportation, Inc** | Circuit Court of Tennessee Twenty-Sixth Judicial District at Jackson<br>File No: C-22-267 – Division II | TN | Deposition |
| **Bryant v. Amtrak, et al.** | 9th Judicial Circuit Court of Chariton County<br>State of Missouri<br>Case No. 22CH-CC00028 | MO | Deposition |
| **Bostian v Amtrak** | Court of Common Pleas<br>Philadelphia County<br>No. 3489 | PA | Trial |
| **Brody, et al. v. Metro-North Commuter Railroad, et al.** | Supreme Court of the State of New York<br>County of Westchester<br>Index No. 6492412015 | NY | Trial |
| **Barkley v. Union Pacific Railroad Company** | 80th Judicial District Court<br>Harris County, Texas<br>Case No. 202213905 | TX | Trial |
| **Johns v. Union Pacific Railroad Company** | United States District Court<br>Eastern District of Washington<br>Case No. 4:22-CV-5121-MKD | WA | Deposition |
| **Jaeger v. BNSF Railway Company** | United States District Court<br>Western District of Washington at Seattle<br>No. 2:23-CV-00930-RAJ | WA | Deposition |
| **Heiston v. Illinois Central Railroad Company** | Circuit Court of Cook County, Illinois<br>County Department, Law Division<br>Case No. 2020 L 006137 | IL | Trial |
| **Redinger. v. BNSF Railway Company** | United States District Court<br>Southern District of Iowa<br>Case No. 4:23-CV-00100-SMR-HCA | IA | Deposition |
| **Bise v. Norfolk Southern Railway Company** | United States District Court<br>Western District of Virginia, Big Stone Gap Division<br>Civil Action No. 2:23CV12 | VA | Deposition |

| Case | Court | State | Type |
|---|---|---|---|
| **Findley v. Herzog, et.al** | District Court - 353rd Judicial District<br>Travis County, TX<br>Cause No. D-1-GN-20-000897 | TX | Deposition |
| **Massa v Conrail, et al.** | Superior Court of New Jersey<br>Law Division – Middlesex County<br>Docket No. MID-L-5999-21 | NJ | Deposition |
| **Scholerb (Admin for estate of Damon) v. Amtrak, et.al** | United States District Court<br>Western District of New York<br>Case No. 20-CV-00255-JLS-MJR | NY | Deposition |
| **Bentley, et al. v. BNSF Railway Company** | District Court of Tarrant County, Texas<br>67th Judicial District<br>No. 067-333618-22 | TX | Deposition |
| **Beckner v. Louisville and Indiana Railroad Company, et al.** | Bartholomew Circuit/Superior Court<br>County of Bartholomew, Indiana<br>Cause No. 03D01-2007-CT-003630 | IN | Deposition |
| **Maldonado v. Union Pacific Railroad Company, et al** | County Court of El Paso County, Texas<br>Cause No. 2020DCV0807 | TX | Trial |
| **Bowman v. Kansas City Southern Railway Company** | Circuit Court of Barton County, Missouri<br>Civil Action No. 21B4-CV00202 | MO | Deposition |
| **Gober v. BNSF Railway Company and Union Pacific Railroad Company** | District Court of Jefferson County, Texas<br>136th Judicial District<br>Cause No. D-204031 | TX | Deposition |
| **Perry v. Illinois Central Railroad Company** | Circuit Court of Cook County, Illinois<br>County Department, Law Division<br>Case No. 2018 L 013935 | IL | Trial |
| **Barkley v. Union Pacific Railroad Company** | 80th Judicial District Court<br>Harris County, Texas<br>Case No. 202213905 | TX | Deposition |
| **Pitts v. Central of Georgia Railroad Company** | Superior Court of Dougherty County<br>State of Georgia<br>Case No. SUCV2021000514 | GA | Deposition |
| **Fitzpatrick v. Union Pacific Railroad Company, et al.** | Second Judicial Court of the State of Nevada<br>County of Washoe<br>Case No. CV20-01033 | NV | Deposition |

| Case | Court | State | Type |
|---|---|---|---|
| **Howard v. Fred Owen Construction, Inc, et al.** | Circuit Court of Jefferson County, Alabama Birmingham Division<br>Case No. 01-CV-2021-901027 | AL | Deposition |
| **Jarvis v. BNSF Railway Company** | Missouri Circuit Court<br>Ninth Judicial Circuit (Linn County)<br>Case No. 21LI-CC00023 | MO | Deposition |
| **Wilkerson v. Kansas City Southern Railway Company** | 1st Judicial District Court for the Parrish of Caddo<br>State of Louisiana,<br>Case No. 627,550-A | LA | Deposition |
| **Harvey v. Illinois Central Railroad Company** | United States District Court<br>For the Southern District of Mississippi<br>Civil Action No. 2:21-CV-166-KS-MTP | MS | Deposition |
| **Hughes v. Norfolk Southern Railway Company, et al.** | Circuit Court of the<br>Firth Judicial District<br>Circuit Montgomery County<br>Case No. 2019KL16 | IL | Deposition |
| **Tripp v. Union Pacific Railroad Company** | Circuit Court of Cook County, IL<br>Case No. 16 L 1767 | IL | Trial |
| **Jackson v. Kansas City Southern Railway Company** | Circuit Court of Lafayette County, Missouri<br>Case No. 21LF-CV00514 | MO | Expert and 30(b)(6) Deposition |
| **Johnson v The Alabama Great Southern Railroad Company** | Circuit Court of Jefferson County, Alabama<br>Civil Action No. 01-CV-2019-903639 | AL | Deposition |
| **Devora-McNabb v. BNSF Railway Company** | Superior Court for the State of Washington<br>In and for the County of King<br>Case No. 21-2-16566-1 SEA | WA | Deposition |
| **Dotson v. Union Pacific Railroad Company** | 9th Judicial District<br>Parish of Rapides, State of Louisiana<br>NO: 271,391 Division A | LA | Deposition |
| **Norfolk Southern Railway Company v. Railworks Maintenance** | United States District Court<br>Eastern District of Virginia<br>Civil Action No. 2:22-cv-0003 | VA | Deposition |
| **Lessert v. BNSF Railway Company** | United States District Court<br>District of South Dakota,<br>Western Division<br>Civil No. 5:17-cv-5030-JLV | SD | Trial |

| Case | Court | State | Type |
|---|---|---|---|
| **Andrepont v. Union Pacific Railroad Company, et al.** | 60th Judicial District Court County of Jefferson, State of Texas<br>Cause No. B-207106 | TX | Deposition |
| **Thomas v. BNSF Railway Company** | United States District Court District of Arizona<br>Case No. 21-cv-01900-PHX-MTL | AZ | Deposition |
| **Medina v. BNSF Railway Company** | Circuit Court of the City of St. Louis,<br>State of Missouri<br>Case No. 2122-CC00729 | MO | Deposition |
| **Warnick v. Decatur & Eastern Illinois Railroad, LLC., et al.** | Circuit Court for the Sixth Judicial Circuit<br>Tuscola, Douglas County, Illinois<br>Case No. 2021 L5 | IL | Deposition |
| 2022 | | | |
| **Tripp v Union Pacific Railroad Company** | Circuit Court of Cook County, Illinois<br>Case No. 2016L001767 | IL | Deposition |
| **Woolfolk v. BNSF Railway Company** | 29th Judicial District, Wyandotte County, State of Kansas<br>Case No. 2020-CV-000471 | KS | Deposition |
| **Johnson v. Kansas City Southern Railway Company** | 1st Judicial District Court for the Parrish of Caddo<br>State of Louisiana, Case No. 623213A | LA | Deposition |
| **Wilks v BNSF Railway Company** | United States District Court, Eastern District of Oklahoma<br>Case No. CR 18-80-KEW | OK | Trial |
| **Ferguson v. Genesee & Wyoming Railroad Services, et al.** | Superior Court of Earl County, Georgia<br>Civil Action No. 2024V-014 | GA | Deposition |
| **Wisconsin Central Ltd. V. Nicor Gas, et al.** | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois<br>Case No: 17 L 888 | IL | Deposition |
| **Harris v. Kansas City Southern Railway Company** | State of Louisiana, Parish of Caddo<br>Case No: 615149-B | LA | Trial |
| **Cole v. Kansas City Southern Railway Company** | Circuit Court of St. Louis County, Missouri<br>Cause No: 20SL-CC02495 | MO | Trial |
| **Snell v BNSF Railway Company** | Superior Court of the State of California<br>Case No: CIVDS1828151 | CA | Trial |

| Case | Court | State | Type |
|---|---|---|---|
| **Nevis v. Amtrak, et al.** | United States District Court, Eastern District of California Case No: 2:17-cv-02295-JAM-AC | CA | Trial |
| **MacFarlane v. Amtrak, et al.** | Circuit Court of Cook County, Illinois Case No: 1:14-cv-08824 | Il | Deposition |
| **Minton v. Paducah and Louisville Railway, Inc., et al.** | Commonwealth of Kentucky, Grayson Circuit Court Case No: 91-CI-207 | KY | Deposition |
| **Kennedy v. WATCO Companies, LLC. d/b/a Eastern Idaho Railroad, et al.** | United States District Court for the District of Idaho Case No: 1:19-CV-00424-JMM | ID | Trial |
| **Ganster v. Wisconsin Central Ltd.** | Circuit Court of Cook County, Illinois Civil Action No. 2018 L 009465 | IL | Deposition |
| **Cole v. Kansas City Southern Railway Company** | Circuit Court of St. Louis County, Missouri Case No: 20SL-CC02495 | MO | Deposition |
| **Frazier v. Norfolk Southern Railway Company** | Circuit Court of Mingo County, West Virginia Civil Action No: 20-C-69 | WV | Deposition |
| **Ferguson v. Genesee & Wyoming Railroad Services, et al.** | Superior Court of Earl County, Georgia Civil Action No. 2020V-014 | GA | Deposition |
| **Thomas v. CSX Transportation, Inc.** | Circuit Court of the 4th Judicial Circuit in and for Duval County, FL Case No: 2020-CA-4386, Division CV-F | FL | Deposition |
| **Parks v. Norfolk Southern Railway Company, et al.** | United States District Court, Western District, Virginia, Roanoke Division, Case No. 7:21cv00159 | VA | Deposition |
| **Vitale v. New Jersey Transit, et al.** | Superior Court of New Jersey, Law Division: Monmouth County Docket No. L-3099-19 | NJ | Deposition |
| **Rodewald v. Wisconsin Central Ltd., et al.** | State of Wisconsin, Circuit Court, Rusk County Case No. 3:20-cv-00843-jdp | WI | Trial |
| **Nguyen and Lam v. Union Pacific Railroad Company, et al.** | Superior Court, State of California Case No. CGC-17-562114 | CA | Deposition |
| **Otten v. BNSF Railway Company, et al.** | United States District Court, District of Wyoming Case No. 20CV00103-R | WY | Deposition |

| Case | Court | State | Type |
|---|---|---|---|
| **Kennedy v. WATCO Companies, LLC. d/b/a Eastern Idaho Railroad, et al.** | United States District Court, District of Idaho No. 1:19-CV-00424-JMM | ID | Deposition |
| **Dittrick v. Chicago, Central & Pacific Railroad Company** | Iowa District Court for Dubuque County Law No.: LACV111209 | IA | 30(b)(6) Deposition |

# Appendix C

# Curriculum Vitae of
# Dustin S. Bell

Secretariat

**Dustin S. Bell**

Director

1175 Peachtree St. NE, 100 Colony Square, Suite 400
Atlanta GA 30361

+1 904-742-5658
dbell@secretariat-intl.com

Dustin Bell is a Director with Secretariat International in the Atlanta, Georgia office. Prior to joining Secretariat, Mr. Bell worked over two years at Engineering Systems, Inc. as a Senior Consultant. Mr. Bell has amassed over 13 years in railroad operations, maintenance of way / engineering operations, capital planning / capital budgeting, and various leadership positions. He served more than six years as a Staff Engineer helping manage multi-million-dollar railroad operating and capital budgets. He served over seven years in field operations where he managed track inspections, repairs, capital project work, state projects, and engineering services work.

Mr. Bell joined Secretariat International on August 12, 2025, as a Director. Prior to July 2023, Mr. Bell was employed for over 13 years with CSX Railway, a Class I Railroad, operating on the East Coast and in Canada. Mr. Bell served both as an engineering union employee, then promoted into the management ranks gaining more than seven years' experience managing work crews related to track maintenance programs, track inspections, records documentation, FRA track safety standard compliance, safety audits, training staff level positions, and working with public entities on railroad operations throughout various communities.

As a Staff Engineer, Mr. Bell had operational and financial responsibility managing a fleet of CDL and non-CDL trucks, roadway maintenance machines, and equipment trailers across the region as well as responsibility for over 900 employees. He was responsible for manpower planning, truck / equipment planning, and contractor proposal reviews. He also has extensive experience holding internal investigations / hearings for Labor Relations and HR related issues as well as being a subject matter expert in engineering-related cases for railroad matters. His other responsibilities included the design and implementation of safety audits, safety training, and operations planning for new managers.

## EDUCATION

- B.S., Business Finance, University of Phoenix, 2011

## CERTIFICATIONS

- 49 CFR Part 214 Subpart C - Roadway Worker Protection
- 49 CFR Part 213 - Track Safety Standards Certification

## ASSOCIATIONS

- American Railway Engineering and Maintenance of Way Association (AREMA)
  - 041 Track Maintenance Technical Committee Member
  - 05 Track Technical Committee Member

## PROFESSIONAL EXPERIENCE

**Secretariat International (2025-Present), Jacksonville, FL**

***Director***

**Engineering Systems Inc. (2023-2025), Peachtree Corners, GA**

***Senior Consultant***

**CSX Transportation (2010-2023), Jacksonville, FL**

- ***Staff Engineer, 2017 - 2023***
- ***Roadmaster II, 2013 - 2017***
- ***Roadmaster I, 2012 - 2013***
- ***Assistant Roadmaster, 2011 - 2012***
- ***Track Foreman, 2011***
- ***Trackman/Machine Operator/Welder/Vehicle Operator, 2010***

## AREAS OF SPECIALIZATION

- Railroad Engineering
- Railroad Crossing Construction and Maintenance
- Standards and Planning
- FRA Track Safety Standards
- Fleet Operations
- Engineering Work Equipment
- Rail Safety, Rules, and Operations
- Union/Management Investigations
- Audits, Compliance, and Security
- Accident / Incident Investigation/Cause Analysis
- Claims Investigation / Evaluation
- Evidence Preservation
- Discovery Management / E-Discovery / Spoliation
- Leadership
- Catastrophic Incident Response and Data Collection
- Root Cause Analysis

## PUBLICATIONS

- "The Investigation from the Expert's Perspective," National Association of Railroad Trial Counsel/AAR General Claims Conference, Phoenix, Arizona, October 2023 (co-presented with F.J. Peterson, E.S. Hegi, M.B. Taylor, and P.M. Fay)

# Appendix D

# Rule 26 Testimony History of Dustin S. Bell

Dustin Bell - Director
Secretariat International
100 Colony Sq NE #400
Atlanta, GA 30361
dbell@secretariat-intl.com

## Rule 26 Expert Testimony List

| Year | Case | State | Type |
|---|---|---|---|
| 2025 | **H&S Ranches LLC, Jason Held, Sophia Held, Monte Sierks and Cris Sierks v. BNSF Railway**<br>District Court of Lancaster County, Nebraska<br>Case No.: CI 24-303 | Nebraska | Deposition |
| | **Digablo v. Norfolk Southern Railway Company**<br>District Court for the Eastern<br>District of Pennsylvania<br>Case No.: 24-5600 | Pennsylvania | Deposition |
| | **Estate of Rylon T. Cook/Gavin Werner v. BNSF Railway and Clarke County,**<br>District Court of Clarke County, Iowa<br>Case No.: LACV013095 | Iowa | Deposition |
| | **Goodly v. Union Pacific Railroad Company**<br>14th Judicial District Court for the<br>Parish of Calcasieu State of Louisiana<br>Case No.: 2023-3399G | Louisiana | Deposition |
| | **Wolfgang v. BNSF Railway Company**<br>District Court for the District of Nebraska<br>Case No.: 4:24CV3084 | Nebraska | Deposition |
| | **Vrbancic v. Soo Line d/b/a Canadian Pacific Railway**<br>Circuit Court of Cook County, Illinois<br>County Department, Law Division<br>Case No.: 2023L005174 | Illinois | Deposition |

Dustin Bell - Director
Secretariat International
100 Colony Sq NE #400
Atlanta, GA 30361
dbell@secretariat-intl.com

## Rule 26 Expert Testimony List

| Year | Case | State | Type |
|---|---|---|---|
| | **Rightmier v. Norfolk Southern Railway Company**<br>Court of Common Pleas, State of South Carolina<br>Civil Action No.: 2022-CP-40-05526 | South Carolina | Deposition |
| | **Duncan v. BNSF Railway Company**<br>Circuit Court of Greene County, Missouri<br>Case No.: 2131-CC00861 | Missouri | Trial |
| | **Justice v. Kansas City Southern Railway Company**<br>14th Judicial District Court for the Parrish of Calcasieu<br>State of Louisiana, Division H<br>Case No.: 2023-0632 | Louisiana | Deposition |
| | **Duncan v. BNSF Railway Company**<br>Circuit Court of Greene County, Missouri<br>Case No.: 2131-CC00861 | Missouri | Deposition |
| | **Parks v. Norfolk Southern Railway Company**<br>Circuit Court of Mingo County, West Virginia<br>Case No.: 21-C-141 | West Virginia | Deposition |
| | **Greenwood v. Cando Rail & Terminals, Inc, et al.**<br>Circuit Court of Ashley County, Arkansas<br>Case No. 02CV-2022-36-3 | Arkansas | Deposition |
| | **Greenwood v. Cando Rail & Terminals, Inc, et al.**<br>Circuit Court of Ashley County, Arkansas<br>Case No. 02CV-2022-36-3 | Arkansas | Deposition<br>30(b)(6) |

Dustin Bell - Director
Secretariat International
100 Colony Sq NE #400
Atlanta, GA 30361
dbell@secretariat-intl.com

## Rule 26 Expert Testimony List

| Year | Case | State | Type |
|---|---|---|---|
| 2024 | **Niziol v. Union Pacific Railroad Company**<br>United States District Court<br>District of Nebraska<br>Case No. 4:23-cv-03063-JMG-JMD | Nebraska | Deposition |
| | **Dees, et al. v. Union Pacific Railroad Company, et al.**<br>Circuit Court of Cook County, Illinois<br>No. 21-L-10241 | Illinois | Deposition |
| | **Casey Galloway v. Illinois Central Railroad Company**<br>Circuit Court of Cook County, Illinois<br>No. 2020L002489 | Illinois | Deposition |
| | **Dustin Gober, et al. v. BNSF Railway Company and Union Pacific Railroad Company**<br>District Court of Jefferson County, Texas<br>136th Judicial District<br>Case No.: D-204031 | Texas | Deposition |
| 2023 | **Keith Brooks v. CSX**<br>Supreme Court of The State of New York,<br>County of Queens<br>Case No.: 714763/2019 | New York | Deposition |
| | **Julie M. Williams v. Norfolk Southern Railway Compa**<br>Circuit Court for the City of Norfolk, Virginia<br>No. CL22010308-00 | Virginia | Deposition |

Secretariat INTERNATIONAL

Dustin Bell - Director
Secretariat International
100 Colony Sq NE #400
Atlanta, GA 30361
dbell@secretariat-intl.com

**Rule 26 Expert Testimony List**

| Year | Case | State | Type |
|---|---|---|---|
| | **Christian Hobbs v. CSX**<br>Fourth Judicial Circuit in and for Duval County, Florida<br>Case No.: 16-2019-CA-004524 | Florida | Deposition |
| | **Derek Yohn v. CSX**<br>Fourth Judicial Circuit in and for Duval County, Florida<br>Case No.: 16-2018-CA-5978 | Florida | Deposition |

# Appendix E

# List of Materials Received and Reviewed

| NS v AIPC<br>Materials Reviewed |
|---|
| |
| **Depositions** |
| Bell, Dustin (5.20.2025) NO EX |
| Blanchett, Rico W EX LINK (02.20.2024) (AIPC Wit).pdf |
| Brooks, Justin (4.5.2024) W EX.pdf |
| Cox, Craig (05.15.2025) W EX (Expert).pdf |
| Davis, Richard W EX (09.19.2024) (AIPC Wit).pdf |
| Fianchino, Joseph (07.29.2024) NO EX.pdf |
| Hall, Dustin (04.05.2024) W EX.pdf |
| Hall, Joseph (04.04.24) W EX.pdf |
| Holland, Anne W EX (04.10.2025) (AIPC Wit).pdf |
| Lydick, D. Joe (04.29.2025) W EX LINK (Expert).pdf |
| Marshall, Rhen (02.20.2024) NO EX (AIPC Wit).pdf |
| Ogden, Brandon (05.08.2025) W EX (Expert).pdf |
| Pashkow, Allan (07.29.2024).pdf |
| Rightmier, Raymond (01.11.2024) W EX LINK.pdf |
| Scott, Jimmy (05.05.2025) W EX (Expert).pdf |
| Small, David (01.11.2024) W EX LINK.pdf |
| Thompson, Michael (09.25.2024) NO EX (AIPC Wit).pdf |
| Tucker, Timothy (04.04.2024) W EX.pdf |
| |
| **Docs Received** |
| AIPC 000001-000023 Blanchett PR file.pdf |
| AIPC 000024-000026 Blanchett Time Detail Report.pdf |
| AIPC 000027-000031Training Records.pdf |
| AIPC 000032-000038 Loco Inspection Report 11.20.2021.pdf |
| AIPC 000039-000045 Loco Inspection Report 4.8.2022.pdf |
| AIPC 000046 Maintenance, Repair Report.pdf |
| AIPC 000047-000059 Photos.pdf |
| AIPC 000060-00093 TreeHouse Employee Handbook.pdf |
| AIPC 000094 - 000142 FOIA Response, South Carolina Regulatory Staff.pdf |
| AIPC 000143 - 184 Photos.pdf |
| AIPC 000185 Video of incident scene.mp4 |
| AIPC 000186 Video of ballast tamper.mp4 |

| NS v AIPC<br>Materials Reviewed |
|---|
| AIPC 000187 - 214 Locomotive ownership - use docs.pdf |
| AIPC 000215 Job Description - Elevator Operator.pdf |
| AIPC 000216 Blanchett Training Record.pdf |
| AIPC 000217 - 228 Quote for repairs to AIPC rail siding.pdf |
| AIPC 000229 - 230 hand drawing of track.pdf |
| AIPC 000231 - 255 ConAgra Rail Safety and General Rules.pdf |
| AIPC 000256 - 326 Insurance Policies.pdf |
| AIPC 000327 - 457 Insurance Policies.pdf |
| AIPC 000458 Blanchett Timecard.pdf |
| AIPC 000459 - 487 Tax Return, American Italian Pasta Co.pdf |
| AIPC 000488 - 514 Tax Return, American Italian Pasta Co.pdf |
| AIPC 000519 - 541 Proforma financial information.pdf |
| AIPC 000542 - 550 Proformat financial information.pdf |
| AIPC 000551 - 558 Profit and Loss.pdf |
| AIPC 000559 - 563 Financial Statement.pdf |
| AIPC 000627 - 651 Text messages from HR to Blanchett.pdf |
| NS 501-000001-000002 Reportable of Employee Personal Injury.pdf |
| NS 501-000003-000034 FRA Daily Track Insp Reports.pdf |
| NS 501-000035-000074 Sperry Car Movement Reports.pdf |
| NS 501-000075-000083 Defective Rail Reports.pdf |
| NS 501-000084-000102 Agreement W NS and American Pasta.pdf |
| NS 501-000103-000211 Rightmier Medical File.pdf |
| NS 501-000212-000216 Rightmier Payroll Records.pdf |
| NS 501-000217-000227 (238P310 Bulletins).pdf |
| NS 501-000228-000312 Photos of derailment by NS.pdf |
| NS 501-000313-000320 Photos from news reports.pdf |
| NS 501-000323 Conductor Job Description.pdf |
| NS 501-000324 Rightmier Fringe Benefits Report.pdf |
| NS 501-000325-000330 Track Chart, portion.pdf |
| NS 501-000331-000379 Billing Repair Card Summary.pdf |
| NS 501-000380-000420 Rail Added - Removed Report.pdf |
| NS 501-000421 Track Disturbance Record.pdf |
| NS 501-000422-000732 Operating Rules.pdf |
| NS 501-000733-000924 Safety and General Conduct Rules.pdf |

| NS v AIPC<br>Materials Reviewed |
|---|
| NS 501-000925-000972 Event recorder download, graph.pdf |
| NS 501-000973-000982 Consist.pdf |
| NS 501-000983-000984 Consist.pdf |
| NS 501-000985-000990 Car inspection reports.pdf |
| NS 501-000991 MOW Standard Procedure 100 - Derails.pdf |
| NS 501-000992-001859 Rightmier Rules Testing - PR File.pdf |
| NS 501-001860-001862 Reportable Injury Write Up.pdf |
| NS 501-001863-001865 SIRS Derailment-Crossing Accident Form.pdf |
| NS 501-001866 Charleston Road Dispatcher Channel 36 Radio Trans..wma |
| NS 501-001867 Yard Dispatcher Channel 56 Radio Trans..wma |
| NS 510-000001-000013 Inspection Report 8.9.2022.pdf |
| NS 515-000001-000011 Event recorder correspondence.pdf |
| NS 521-000001-000023 Offense Incident Reports by D. Hill, A. Herbster.pdf |
| NS 530-000001-000014 FRA Track Manual, Sections 213.133, 135, 205, 233.pdf |
| NS 530-000015 NS standard diagram of right hand switch point.pdf |
| Piedmont Division Eastern Region Timetable Number 1.pdf |
| |
| **Docs Received\NS 515-000012 EDR** |
| Password for Excel Files in 515-000012 Zip File.docx |
| |
| **Docs Received\NS 515-000012 EDR\Pasta** |
| CSV File1.xlsx |
| CSV File2.xlsx |
| IndexerVolumeGuid |
| WPSettings.dat |
| |
| **Other, Data, Photos** |
| AIPC 000047-000059 Photos.pdf |
| AIPC 000143 - 184 Photos.pdf |
| AIPC 000185 Video of incident scene.mp4 |
| AIPC 000186 Video of ballast tamper.mp4 |
| NS 501-000228-000312 Photos of derailment by NS.pdf |
| NS 501-000313-000320 Photos from news reports.pdf |
| |

| NS v AIPC<br>Materials Reviewed |
| --- |
| **Pleadings, Discovery Responses** |
| 2023.01.18 - RFP (Responses) - AIPC to Rightmier.pdf |
| 2023.01.24 - RFP (Responses) - NS to Rightmier.pdf |
| 2024.01.09 - RFP (Supp Responses) - NS to Rightmier.pdf |
| 2024.04.03 - RFP (Second Supp Responses) - NS to Rightmier.pdf |
| 2024.05.07 - RFP (Supplemental Responses) - AIPC to Rightmier.pdf |
| 2024.05.28 - 2nd RFP (Responses) - NS to Rightmier.pdf |
| 2024.07.17 - 3rd RFP (Responses) - AIPC to Rightmier.pdf |
| 2024.07.25 - 2nd RFP (Responses) - AIPC to Rightmier.pdf |
| 2024.10.21 - 4th RFP (Responses) - AIPC to Plaintiff.pdf |
| 2024.10.31 - 5th RFP (Responses) - AIPC to Rightmier.pdf |
| 2025.02.06 - 3rd RFP (Responses) - NS to Rightmier.pdf |
| 2025.07.01 Complaint.pdf |
| 2025.09.29 AIPC's Amended Answer.pdf |
| |
| **RR Investigation** |
| AIPC 000187 - 214 Locomotive ownership - use docs.pdf |
| NS 501-000084-000102 Agreement W NS and American Pasta.pdf |
| |
| **RR Investigation\EDR, Loco Video, Ops Audio** |
| NS 501-000925-000972 Event recorder download, graph.pdf |
| NS 501-001866 Charleston Road Dispatcher Channel 36 Radio Trans..wma |
| NS 501-001867 Yard Dispatcher Channel 56 Radio Trans..wma |
| NS 515-000001-000011 Event recorder correspondence.pdf |
| |
| **RR Investigation\EDR, Loco Video, Ops Audio\CL#202201695_American Itialian Pasta** |
| RV3548F_07112022_071501.bin |
| RV3548F_07112022_071501.ini |
| RV3548H_07112022_071500.bin |
| RV3548H_07112022_071500.ini |
| |
| **RR Investigation\EDR, Loco Video, Ops Audio\NS 515-000012 EDR** |
| Password for Excel Files in 515-000012 Zip File.docx |
| |

| NS v AIPC<br>Materials Reviewed |
|---|
| **RR Investigation\EDR, Loco Video, Ops Audio\NS 515-000012 EDR\Pasta** |
| CSV File1.xlsx |
| CSV File2.xlsx |
| |
| **RR Investigation\Engineering** |
| AIPC 000217 - 228 Quote for repairs to AIPC rail siding.pdf |
| AIPC 000229 - 230 hand drawing of track.pdf |
| NS 501-000003-000034 FRA Daily Track Insp Reports.pdf |
| NS 501-000075-000083 Defective Rail Reports.pdf |
| NS 501-000380-000420 Rail Added - Removed Report.pdf |
| NS 501-000421 Track Disturbance Record.pdf |
| |
| **RR Investigation\Financial, Insurance, Tax (AIPC Prod)** |
| AIPC 000256 - 326 Insurance Policies.pdf |
| AIPC 000327 - 457 Insurance Policies.pdf |
| AIPC 000459 - 487 Tax Return, American Italian Pasta Co.pdf |
| AIPC 000488 - 514 Tax Return, American Italian Pasta Co.pdf |
| AIPC 000519 - 541 Proforma financial information.pdf |
| AIPC 000542 - 550 Proformat financial information.pdf |
| AIPC 000551 - 558 Profit and Loss.pdf |
| AIPC 000559 - 563 Financial Statement.pdf |
| |
| **RR Investigation\Mechanical** |
| AIPC 000032-000038 Loco Inspection Report 11.20.2021.pdf |
| AIPC 000039-000045 Loco Inspection Report 4.8.2022.pdf |
| AIPC 000046 Maintenance, Repair Report.pdf |
| NS 501-000331-000379 Billing Repair Card Summary.pdf |
| NS 501-000985-000990 Car inspection reports.pdf |
| NS 530-000015 NS standard diagram of right hand switch point.pdf |
| |
| **RR Investigation\Personnel Records** |
| AIPC 000001-000023 Blanchett PR file.pdf |
| AIPC 000024-000026 Blanchett Time Detail Report.pdf |
| AIPC 000027-000031Training Records.pdf |

| NS v AIPC<br>Materials Reviewed |
|---|
| AIPC 000060-00093 TreeHouse Employee Handbook.pdf |
| AIPC 000215 Job Description - Elevator Operator.pdf |
| AIPC 000216 Blanchett Training Record.pdf |
| AIPC 000458 Blanchett Timecard.pdf |
| AIPC 000627 - 651 Text messages from HR to Blanchett.pdf |
| NS 501-000103-000211 Rightmier Medical File.pdf |
| NS 501-000212-000216 Rightmier Payroll Records.pdf |
| NS 501-000323 Conductor Job Description.pdf |
| NS 501-000324 Rightmier Fringe Benefits Report.pdf |
| NS 501-000992-001859 Rightmier Rules Testing - PR File.pdf |
| |
| **RR Investigation\Reports** |
| AIPC 000094 - 000142 FOIA Response, South Carolina Regulatory Staff.pdf |
| NS 501-000001-000002 Reportable of Employee Personal Injury.pdf |
| NS 501-001860-001862 Reportable Injury Write Up.pdf |
| NS 501-001863-001865 SIRS Derailment-Crossing Accident Form.pdf |
| NS 510-000001-000013 Inspection Report 8.9.2022.pdf |
| NS 521-000001-000023 Offense Incident Reports by D. Hill, A. Herbster.pdf |
| |
| **RR Investigation\Timetables, Rulebooks, Manuals** |
| AIPC 000231 - 255 ConAgra Rail Safety and General Rules.pdf |
| NS 501-000325-000330 Track Chart, portion.pdf |
| NS 501-000422-000732 Operating Rules.pdf |
| NS 501-000733-000924 Safety and General Conduct Rules.pdf |
| NS 501-000991 MOW Standard Procedure 100 - Derails.pdf |
| NS 530-000001-000014 FRA Track Manual, Sections 213.133, 135, 205, 233.pdf |
| Piedmont Division Eastern Region Timetable Number 1.pdf |
| |
| **RR Investigation\Train Documentation** |
| NS 501-000035-000074 Sperry Car Movement Reports.pdf |
| NS 501-000217-000227 (238P310 Bulletins).pdf |
| NS 501-000973-000982 Consist.pdf |
| NS 501-000983-000984 Consist.pdf |