# EXHIBIT 7

STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS
COUNTY OF RICHLAND FOR THE FIFTH JUDICIAL CIRCUIT

RAYMOND S. RIGHTMIER, and his lawful wife, ANGIE RIGHTMIER, CIVIL ACTION NO. 2022-CP-40-05526

Plaintiffs,

-vs.-

RICO BLANCHETT, an individual, TREEHOUSE FOODS, INC., a foreign corporation, AMERICAN ITALIAN PASTA COMPANY, a foreign corporation, and NORFOLK SOUTHERN RAILWAY COMPANY, a foreign corporation,

Defendants.
_____________________________ /

DAVID E. SMALL, JR., CIVIL ACTION NO. 2023-CP-40-02115

Plaintiff,

-vs.-

NORFOLK SOUTHERN CORPORATION, TREEHOUSE FOODS, INC., and AMERICAN ITALIAN PASTA COMPANY,

Defendants.
_____________________________ /

VIDEOTAPED DEPOSITION OF **JUSTIN KENDRICK BROOKS**

Taken on behalf of Plaintiffs

Pursuant to Notice of Videotaped Deposition

**SUSAN B. WILSON, INC.**
**14015 Ivylgail Drive North**
**Jacksonville, Florida 32225**
**(904) 994-6133**
**SWLSN1@yahoo.com**

A Yes.

Q And all I want to ask you, sir, in your opinion, based upon your knowledge, your training, and experience, were you satisfied in your investigation that the derailer at Milepost SC 121.8, specifically the double switch point derail, operated as intended, irrespective of where that engine ended up?

A Yes, the derail operated as intended.

Q But you would agree it did end up fouling the main line?

A I would agree that the locomotive ended up fouling the main line, yes.

Q And all I want to ask you now is, do you have a competent rationale that you have come up with that explains that outcome?

A Sure. I -- how a -- how derailed equipment behaves after it hits the ground, there's a lot of variables that would have to be considered. The speed at which something propels off the track is a variable that would be very important in how that derailed equipment behaves. And in this case, the -- it was a locomotive that we believe was still applying tractive effort and crawling and propelling forward after it hit the ground. After the equipment was derailed, it still propelled forward due to the tractive effort of the

locomotive.

Q Did you determine, sir, whether or not the track structure, at least before the derailment, from your track people that you spoke to and other evaluations that you may have done, that the track structure, the rails, the crossties, the spikes, and everything else, that they were in operating condition, good working condition?

A That's correct, yes.

Q Did you look at the positioning of the derailer, you know, there's some literature that talks about where you position them, either in a curve or on tangent track, either too close to the main line, too far away from the main line? Did you consider all of those parameters?

A Yes. Yes.

Q Did you consider the grade of the track, in this instance an ascending -- a descending grade going east toward your track? Did you consider the track dynamics to check -- gauge -- not -- well, the elevations and all the other things, did you consider all that?

A Yes.

Q And so your best opinion, your best estimate as to why this engine ended up where it did, the AIPC

engine ended up where it did, is because of the variables of speed and probably traction effort still being applied, propelling the engine through the dirt, through the ground, through the -- over the ballast, over the rocks, over the mud, and it just kept on going. Is that your contention?

A Well, it -- once the equipment was derailed, it --

Q Yes.

A -- it continued to propel on sound ties and ballast. It didn't really go through anything. It just rolled on top of the ground, essentially, continued to propel forward.

Q Is that -- by saying "propel forward," do you know what remote control operations are?

A Yes.

Q I want you to assume that this engine was being remotely controlled by a guy named Rico Blanchett for AIPC, the Italian pasta company.

Are you suggesting that once he was in a derailed state that he continued to operate his box to make the engine propel forward, or was that just inertia taking it forward?

A I did not interview the gentleman that was operating this locomotive off of the track.

between how a railcar would have rolled on and a locomotive? Why would you say there's a difference there?

A Well, the -- a locomotive has tractive effort that can allow it -- that can enable it to continue to propel forward and crawl forward.

Q If the remote control operator had put the emergency brakes on, if he had, that would have nullified the traction effort going forward, would it not?

A I'm no expert on the --

Q Okay.

A -- mechanics of a locomotive.

Q All right.

Coming to your -- well, let me ask you this: Are you confident, within a reasonable degree of engineering probability, that the AIPC engine derailed off to the left initially as that derailer was designed to do?

A Yes.

Q Did you see any physical evidence to support that contention?

A Yes.

Q What did you see?

A Well, with derailment investigation, we learn

to track the flange marks. And you can see the path that that locomotive traveled after it derailed.

Q So did you personally observe the path after the derailed locomotive for AIPC?

A Yes.

Q So that would indicate that you got to the scene when? When did you get to the scene, approximately?

A I'd say within several hours of the -- of the accident.

Q Did you take any photographs of the trail of the derailing engine?

A No.

Q Why not? Why didn't you preserve that evidence which would have been crucial to understand how the derailer and how the engine worked in concert with each other?

A Because of the derailment was not a mystery. It was -- it was pretty straightforward in railroad terms. This -- you know, we focused on restoring the track and -- and ...

Q What -- what you're saying is it -- photographs and preserving the physical evidence was not necessary because you understood plainly the competent producing cause of this collision with your Norfolk

Southern train?

MR. WRAY: Object to form.

But you can answer.

THE WITNESS: Can you repeat the question?

BY MR. SPIER:

Q Sure.

Well, let me ask you this: You say you didn't take any photographs, that you don't know of any photographs of this track along the ground that would have showed us or told us how that engine moved after the derailment -- after the derailment? You don't have anything like that, do you?

A I don't have any pictures of -- like that.

Q All right. But you did observe with your eyes that pathway taken by that engine?

A Yes.

Q And does that convince you as to the competent cause of the derailment to start with, just the derailment of the engine? How did that engine derail? Do you know?

A It was operated off the -- or over the derail. That's how and why it derailed. It was operated over the derail.

Q The derail that was in the -- would you call it the on position or the derailing position?

A Derailing position.

Q So, in other words, the AIPC train with the engine leading the way went through a derailer that was in the on position or open -- derailing position?

A Yes. Correct.

Q And as to the collision that occurs with Norfolk Southern train, my client, Mr. Steel's client, in your judgment based upon your knowledge, training, and experience, what is the root and contributing cause of that collision?

A The employee that was operating that locomotive -- that operated it over the derail and derailing position and then failed to notify anyone that we had derailed equipment fouling the main line is the cause of this incident.

Q Both the root cause and the contributing cause?

A Correct.

MR. SPIER: I have no further questions. Thank you for your time.

THE WITNESS: Thank you.

MR. SPIER: You're welcome.

MR. WRAY: Tracey, do you have anything?

MR. GREEN: I don't believe I do. Thank you, Ron.