# EXHIBIT 8

STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS
COUNTY OF RICHLAND FOR THE FIFTH JUDICIAL CIRCUIT

RAYMOND S. RIGHTMIER, and his lawful wife, ANGIE RIGHTMIER, CIVIL ACTION NO. 2022-CP-40-05526

Plaintiffs,

-vs.-

RICO BLANCHETT, an individual, TREEHOUSE FOODS, INC., a foreign corporation, AMERICAN ITALIAN PASTA COMPANY, a foreign corporation, and NORFOLK SOUTHERN RAILWAY COMPANY, a foreign corporation,

Defendants.
_______________________________ /

DAVID E. SMALL, JR., CIVIL ACTION NO. 2023-CP-40-02115

Plaintiff,

-vs.-

NORFOLK SOUTHERN CORPORATION, TREEHOUSE FOODS, INC., and AMERICAN ITALIAN PASTA COMPANY,

Defendants.
_______________________________ /

VIDEOTAPED DEPOSITION OF **DUSTIN BRANTLEY HALL**

Taken on behalf of Plaintiffs

Pursuant to Notice of Videotaped Deposition

**SUSAN B. WILSON, INC.**
**14015 Ivylgail Drive North**
**Jacksonville, Florida 32225**
**(904) 994-6133**
**SWLSN1@yahoo.com**

That's not consistent with the witness testimony yesterday, but go ahead.

MR. SPIER: Oh, I think it -- he's totally inconsistent.

BY MR. SPIER:

Q All right. Is it your testimony, sir, that this engine derailed away from the main line?

A Yes.

Q If that's the case, how did my client's engine, locomotive engine, strike this engine of the AIPC causing it to derail, turn over, and almost kill my client? How did that happen?

A Do you want me to speculate?

Q No, I don't.

A Well, then I -- I'm not sure.

Q Well, you would agree that if the derail is working properly, as intended, our train, the Norfolk Southern train should not have struck that engine. Do you agree with that much?

A I'll just say it derailed away from the main line. And after it derailed, what happened between there and fouling the track, I'm not sure.

Q Well, now, there's the area of speculation that you're talking about; right?

A Yes.

Q Well, let me ask you something. You would agree as a basic tenet or a basic concept that -- and I'll read it to you from your own MWS so that there's no mistake.

You're familiar with MW&S Standard 100, aren't you?

A Which one is that, "Derails"?

Q It's called "Derails."

A Yes.

Q I'll read you Paragraph 1.02.

"Derails are to be installed such that rolling stock is derailed away from the main track."

A Yes.

Q Do you agree that is one of your standards in the industry?

A Yes.

Q Would you agree that somehow -- and you don't know how -- this locomotive engine did not end up away from the main track, did it?

A Yes, it did. It derailed --

Q And how did --

A -- away from the main track --

Q How did it get hit?

A -- and it --

MR. WRAY: Let him finish his answer.

THE WITNESS: -- continued --

MR. SPIER: I'm sorry. I didn't hear him. I'm sorry.

BY MR. SPIER:

Q Go ahead. Finish your answer. I apologize.

A It derailed away from the main line and continued off of the rail on the ground towards the main line.

Q So are derailers known for derailing equipment and eventually steering them back towards the main line?

A It doesn't -- doesn't happen very often.

Q Are derailers supposed to guard against this thing? Isn't it a -- isn't a derailer a safety device designed to keep cars, engines, or other rolling stock off the main track and in the clear? Am I correct about that?

A Yes.

Q But this one didn't have that intended effect, did it -- somehow, did it?

A It did. It was not on the rail.

Q Well, now we're --

A I mean, if it was on the rail, it could have ended up in Charleston.

Q Now we're quibbling. It was fouling the main line. Am I correct, sir?

through the split switch derail, derail the engine, and come to rest in the foul of the track to be protected."

Have you ever seen that conclusion from the state rail inspector's report?

A I haven't seen it. I've just heard about it.

Q Have you spoken to this gentleman whose name is Joseph Fianchino? Have you spoken to him about his findings regarding this installed derailer?

A Well, it's my understanding he rescinded saying that that was improperly installed.

Q Well, we can talk about that in a minute. But let's talk about this for the moment.

Do you ever talk to him about his findings?

A I don't think I specifically talked to him about this, no.

Q Okay. I take it you disagree with it?

A Yes.

Q Although for you to disagree, you have to speculate, don't you?

A No. The derail worked as intended, away from the main line. I mean, that's a fact.

Q That's not where it -- but that's not where it ended up. So you have to speculate as to how it ended up fouling the track. Am I correct about that?

A From the point of -- from the point of where

what's going to happen when it hits the ground.

Q So is it your testimony that derailers are always a guess as to what may ultimately result from a derailed rolling stock?

MR. WRAY: Object to form.

THE WITNESS: I think you're misunderstanding the purpose of a derail.

BY MR. SPIER:

Q What is the -- explain to us, what is the purpose of a derail?

A It's to put the car on the ground to eliminate it from rolling out onto the main line, you know, unrestricted.

Just in the case of the pasta plant, and you imagine if the guy passes out running the locomotive, if it runs out on the main line, it ends up running over somebody in Orangeburg, running over somebody in Charleston. I mean, that's the purpose, is to stop it on the ground.

Q Well, that's not what -- let me --

MR. SPIER: I'm going to have that photograph Exhibit 1 to your deposition. This is -- we'll call it exemplar photo. Take it off the screen here.

(Plaintiffs' Exhibit No. 1 was marked for