# EXHIBIT 9

STATE OF SOUTH CAROLINA IN THE COURT OF COMMON PLEAS
COUNTY OF RICHLAND FOR THE FIFTH JUDICIAL CIRCUIT

RAYMOND S. RIGHTMIER, and his lawful wife, ANGIE RIGHTMIER,

CIVIL ACTION NO. 2022-CP-40-05526

Plaintiffs,

-vs.-

RICO BLANCHETT, an individual, TREEHOUSE FOODS, INC., a foreign corporation, AMERICAN ITALIAN PASTA COMPANY, a foreign corporation, and NORFOLK SOUTHERN RAILWAY COMPANY, a foreign corporation,

Defendants.
_______________________________ /

DAVID E. SMALL, JR.,

CIVIL ACTION NO. 2023-CP-40-02115

Plaintiff,

-vs.-

NORFOLK SOUTHERN CORPORATION, TREEHOUSE FOODS, INC., and AMERICAN ITALIAN PASTA COMPANY,

Defendants.
_______________________________ /

VIDEOTAPED DEPOSITION OF **JOSEPH PAUL FIANCHINO**

Taken on behalf of Plaintiffs

Pursuant to Notice of Videotaped Deposition Duces Tecum

**SUSAN B. WILSON, INC.**
**14015 Ivylgail Drive North**
**Jacksonville, Florida 32225**
**(904) 994-6133**
**SWLSN1@yahoo.com**

Q Mr. Fianchino, my name is Will Whitney. I represent Norfolk Southern Railway Company --
A Uh-huh.
Q -- in this matter.
And I just want to return to one thing you said when Mr. Green was asking you questions, and you said that Mr. Mack at FRA is the one that communicated to you that your initial assumption about the installation of the derail was incorrect. Am I remembering that correct?
A That's -- that's correct. My interpretation was incorrect.
Q I want to share my screen. I hope you can see this.
Can you see that?
A I can.
Q Is this an email from Mr. Mack to your ORS email address?
A Yes.
Q And in this email, do you agree with his statement or conclusion that the derail was installed to the correct side?
A I do.
Q And do you agree with his statement here in the second sentence that the derail was installed

correctly and the most effective type of derail was used at --

A I do.

Q -- this location?

A I do, yes.

Q And this third sentence, is he referring to the subsequent movement that you've been talking about some today?

A Yes.

Q But do you agree with his conclusion here that the installation of the derail was not the problem, therefore making the violation invalid?

A I do.

Q And so despite what your initial preliminary thoughts may have been, as you sit here today what is your final conclusion about the installation of the derail?

A That it was properly installed and the derail -- the civil penalty was deleted.

MR. WHITNEY: Thank you. I don't have any further questions. Let me get my screen share ended here.

MR. SPIER: I have nothing. Thank you. Anybody else have any questions?

MR. GREEN: No more from me.