UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Norfolk Southern Railway Company, | ) | C/A No. 3:25-cv-06618-SAL |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| Versus | ) | **FOURTH AMENDED SCHEDULING ORDER** |
| | ) | |
| American Italian Pasta Company, | ) | |
| | ) | |
| *Defendant*. | ) | |

Upon the consent motion of the parties and pursuant to Federal Rule of Civil Procedure 16 and Local Civil Rule 6.01 (D.S.C.), the Court enters this Fourth Amended Scheduling Order extending discovery through October 31, 2026, for the limited purpose of completing supplemental discovery concerning the repair-process, invoice, and damages issues identified by defense counsel's correspondence. Plaintiff's counsel does not oppose the limited extension, and Defendant's counsel represents that the discovery can be completed within the requested period.

1. Discovery: Discovery is extended through and shall be completed no later than **October 30, 2026**, solely for the limited purpose of completing supplemental discovery concerning the repair-process, invoice, and damages issues identified in defense counsel's correspondence. All supplemental discovery requests shall be served in time for responses to be served by this date. De bene esse depositions, if any, must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Lydon in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to lydon_ecf@scd.uscourts.gov. The parties shall set forth their respective positions in their request.**

2. Motions: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filled on or before **November 16, 2026**.

3. Stipulation of Undisputed Facts: The parties shall file a joint stipulation of undisputed facts within fifteen days of the deadline to file all dispositive motions.

4. Trial: This case will go to trial after **January 1, 2027**, or thirty days after the Court rules on the pending summary judgment motions, whichever is later. Counsel, parties, and witnesses should plan their schedules, including vacations, accordingly.

The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the Court's website regarding instructions or other orders that may be applicable to your case.

s/ Sherri A. Lydon
Sherri A. Lydon
United States District Court Judge

Dated: September 23, 2026
Columbia, South Carolina