# EXHIBIT 3

PERCEPTIO FORENSICS

**Stephanie Whetsel Borzendowski, Ph.D.**
*Human Factors Consultant*

Stephanie Whetsel Borzendowski has extensive experience in the field of human factors psychology, including perception, cognition, attention and distraction, and safety. She applies this expertise to the analysis of traffic crashes, workplace injuries, and pedestrian slips/trips and falls, among other matters. Dr. Whetsel Borzendowski conducts research and analysis, including reenactments, pertaining to incidents involving human factors issues. She applies her experience with empirical scientific research to the objective analysis of personal injuries. Dr. Whetsel Borzendowski has been qualified as a human factors expert in courts in North Carolina, South Carolina, Florida, Georgia, and Illinois. In addition to these states, she has consulted on cases in Alabama, Connecticut, Montana, Texas, and Utah.

## *Education*

- Ph.D. in Human Factors Psychology, Clemson University, 2014
- M.S. in Applied Psychology (concentration in Human Factors), Clemson University, 2011
- B.A. in Psychology, Hartwick College, 2009

## *Certifications*

- 30 Hour OSHA General Industry Card
- 30 Hour OSHA Construction Industry Card
- Certified Playground Safety Inspector
- Certified XL Tribometrist

## *Experience*

- Human Factors Consultant, Perceptio Forensics
  December 2022 – Present
- Senior Human Factors Consultant, Applied Building Sciences, Inc.
  August 2014 – December 2022
- Instructor of Record, Clemson University Department of Psychology
  January 2013 – May 2014
- Graduate Research/Teaching Assistant, Clemson University Department of Psychology
  August 2009 – July 2014
- Research Assistant, University of Michigan Transportation Research Institute
  June – August 2012

## *Professional Organizations*

- Human Factors and Ergonomics Society (HFES)
- American Society of Safety Professionals (ASSP)

## *Professional Activities*

- Former Chair, Forensics Professional Technical Group, HFES
- Former member, Illuminating Engineering Society (IES) Vision Science Committee
- Reviewer for HFES, *Traffic Injury Prevention, Fashion and Textiles, Advances in Transportation Studies, Handbook of Warnings* (2nd ed.)

## *Publications and Presentations*


- Whetsel Borzendowski, S.A., & Hartman, L.S. (2022). *The role of pedestrian conspicuity and walking speed in the forensic analysis of a potential pedestrian-tractor trailer collision.* Proceedings of the Human Factors & Ergonomics Society 66th Annual Meeting, 518-521.
- Hartman, L.S., Funcik, R.M., Whetsel Borzendowski, S.A., & Robertson, C.A. (2022). *Forensic technique: The utilization of 3D laser scans for topographic mapping of walking surfaces.* Proceedings of the Human Factors & Ergonomics Society 66th Annual Meeting, 522-525.
- Whetsel Borzendowski, S.A. & Hartman, L.S. (2021). *Research-based forensic analysis of a vehicle crash when limited information is available: A case study.* Proceedings of the Human Factors & Ergonomics Society 65th Annual Meeting, 309-311.
- Hartman, L.S., Whetsel Borzendowski, S.A., & Campbell, A.O. (2021). *A forensic case study: Human factors issues involved in a fall down an elevator shaft.* Proceedings of the Human Factors & Ergonomics Society 65th Annual Meeting, 312-316.
- Whetsel Borzendowski, S.A., Hartman, L.S., & Campbell, A.O. (2020). *An eye tracking-based forensic analysis of motorcyclist conspicuity during a left turn maneuver*. Proceedings of the Human Factors & Ergonomics Society 64th Annual Meeting, 541-544.
- Hartman, L.S., Whetsel Borzendowski, S.A., Vredenburgh, A., Zackowitz, I., & Campbell, A.O. (2020). *Identifying hazards at residential and commercial pools: An interactive session*. Proceedings of the Human Factors & Ergonomics Society 64th Annual Meeting, 807-809.
- Hartman, L.S., Whetsel Borzendowski, S.A., & Campbell, A.O. (2020). *A case study demonstrating the utility of surveillance video in assessing gait dynamics and behavior during a slip and fall*. Proceedings of the Human Factors & Ergonomics Society 64th Annual Meeting, 550-554.
- Hartman, L.S., Whetsel Borzendowski, S.A., & Campbell, A.O. (2019). *Application of affordance theory to the forensic investigation of a personal injury*. Proceedings of the Human Factors & Ergonomics Society 2019 Annual Meeting, 573-576.
- Whetsel Borzendowski, S.A., Tyrrell, R.A., Stafford Sewall, A.A., Britt, T.W., & Rosopa, P.J. (2019). Applying the Theory of Planned Behavior to drivers' use of high beam headlamps. *Advances in Transportation Studies: an international Journal, A49*, 61-74.
- Whetsel Borzendowski, S.A., & Hartman, L.S. (2018). *Forensic Human Factors 101: Interactive transportation and product liability case studies*. Proceedings of the Human Factors & Ergonomics Society 2018 Annual Meeting, 445-446.
- Whetsel Borzendowski, S.A., & Campbell, A.O. (2017). *Applying the twilight envelope to the forensic analysis of pedestrian and bicyclist conspicuity in the dark*. Proceedings of the Human Factors & Ergonomics Society 2017 Annual Meeting, 479-483.

- Whetsel Borzendowski, S.A., & Campbell, A.O. (2016). *The use of mobile eye tracking technology in the forensic analysis of personal injury*. Proceedings of the Human Factors & Ergonomics Society 2016 Annual Meeting, 485-488.
- Tyrrell, R.A., Wood, J.M., Owens, D.A., Whetsel Borzendowski, S., & Stafford Sewall, A. (2016). The conspicuity of pedestrians at night: A review. *Clinical and Experimental Optometry, 99*, 425-434.
- Whetsel Borzendowski, S.A., Campbell, A.O., & Funcik, R.M. (2015). *Power buggy catastrophe: How inaccurate slope estimation, inadequate warnings, and lack of feedback contributed to a workplace accident.* Proceedings of the Human Factors & Ergonomics Society 59th Annual Meeting, 390-394.
- Whetsel Borzendowski, S.A., Stafford Sewall, A.A., & Tyrrell, R.A. (2015). *Using a video camera-based method to gather real world high beam usage data.* Proceedings of the 2015 Meeting of the 8th International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design, 183-189.
- Whetsel Borzendowski, S.A., Stafford Sewall, A.A., Rosopa, P.J., & Tyrrell, R.A. (2015). Drivers' judgments of the effect of headlight glare on their ability to see pedestrians at night. *Journal of Safety Research*, *53,* 31-37.
- Stafford Sewall, A.A., Whetsel Borzendowski, S.A., & Tyrrell, R.A. (2014). The accuracy of drivers' judgments of the effects of headlight glare on their own visual acuity. *Perception*, *43,* 1203-1213.
- Whetsel Borzendowski, S.A., Stafford Sewall, A.A., Fekety, D.K., & Tyrrell, R.A. (2014). *Effects of an educational intervention on athletes' attitudes toward wearing conspicuity-enhancing garments at night.* Proceedings of the Human Factors & Ergonomics Society 58th Annual Meeting, 2141-2145.
- Stafford Sewall, A.A., Borzendowski, S.W., Fekety, D.K., & Tyrrell, R.A. (2014). *Pedestrians' willingness to seek out, purchase, and wear conspicuity-enhancing garments*. Proceedings of the Human Factors & Ergonomics Society 58th Annual Meeting, 1829-1833.
- Fekety, D.K., Whetsel, S.A., Sewall, A.S., & Tyrrell, R.A. (2013). *Drivers' beliefs, habits, and strategies regarding high beam usage*. Proceedings of the Human Factors & Ergonomics Society 57th Annual Meeting, 1800-1804.
- Whetsel Borzendowski, S.A., Rosenberg, R.L., Sewall, A.S., & Tyrrell, R.A. (2013). Pedestrians' estimates of their own nighttime conspicuity are unaffected by severe reductions in headlight illumination. *Journal of Safety Research, 47*, 25-30.
- Stafford, A.A., Whetsel, S.A., Cartee, N.K., & Tyrrell, R.A. (2012). *How accurate are older drivers' judgments of the effects of headlight glare on acuity*? Proceedings of the Human Factors & Ergonomics Society 56th Annual Meeting, 1669-1673.
- Whetsel, S.A., Stafford, A.A., Rosopa, P.J., & Tyrrell, R.A. (2012). *The accuracy of drivers' judgments of the effects of headlight glare on pedestrian recognition at night*. Proceedings of the Human Factors & Ergonomics Society 56th Annual Meeting, 2241-2245.
- Stafford, A.A., Whetsel, S.A., Balk, S.A., Ballou, D., & Tyrrell, R.A. (2011). *The accuracy of drivers' judgments of the effects of headlight glare on the visibility of a non-retroreflective object*. Proceedings of the Human Factors & Ergonomics Society 55th Annual Meeting, 1909-1913.

- Whetsel, S.A., Rosenberg, R.L., Balk, S.A., & Tyrrell, R.A. (2011). *Pedestrians' estimates of their own visibility at night are not reduced when headlights are severely weakened.* Proceedings of the Human Factors & Ergonomics Society 55th Annual Meeting, 1860-1863.