# EXHIBIT 4

EXHIBIT A

**Ronald T. Budra**

**23761 Merano Court #102**
**Bonita Springs, FL 34134**
**Cell: 302-743-4768**
rbudra@comcast.net
www.railroadclaims.com

**President - Railroad Claims, LLC**

## SUMMARY OF QUALIFICATIONS

Senior executive with a 45-year accomplished career track in the railroad industry known as an expert in most aspects of railroad operations and national industry policies and procedures for railroad crossing accidents and property damage claims. Exceptional communicator with a consultative style, strong interpersonal and negotiation skills, develops focus and provides tactical business solutions. Extensive experience and expertise in the following:

| | |
|---|---|
| Railroad Property Damage Claims | Rolling Stock Damage |
| Bridge Strike Claims | Train Delay |
| Right-Of-Way Equipment | Signal Damage |
| Loss of Use | Building Damage |
| Expert Defense Litigation | Risk Management |
| Claim Negotiation/Settlement | Damage Inspection |

## WORK HISTORY

Yardmaster / Damage Prevention and Freight Claims
Supervisor New York Central/ Penn Central/ Conrail

Principal responsibilities and accomplishments include:

- Established freight recovery/derailment policies and procedures
- Successful reduction of claim payouts for all damaged goods exceeding goal by 10% annually
- Developed innovative special vehicle blocking and bracing policies resulting in significant reduction of freight damage nationally
- Formulated and implemented Auto Terminal policies to reduce on-rail loading damage
- Established on-site glass repair to eliminate vehicle tow charges reducing costs by 28% annually

Regional Manager Damage Prevention / Freight
Claims Consolidated Rail Corporation (Conrail)

Principal responsibilities and accomplishments include:

- Established damage free handling procedures for new vehicles resulting in significant savings
- Created on-site derailment salvage policies for freight recovery
- Implemented on-site damage inspection policies at US auto assembly plants reducing claims by 30%

Law/ Claims Department
National Railroad Passenger Corporation (Amtrak)

Principal responsibilities and accomplishments include:

- Selected to assume responsibility for the creation and ongoing operational oversight of one of only two national corporate offices responsible for all rolling stock railroad property damage claims
- Developed and implemented a national risk management program not only to increase bridge strike claim recovery but also to reduce the number of accidents and train delays
- Assumed added responsibility for all rolling stock damage claims with collections exceeding $100M
- Author of claim forms and implemented policies and procedures utilized for railroad crossing accidents and property damage claims
- Designed and implemented a proprietary software program to produce claim forms and form letters to collect for bridge strikes

Present President Railroad Claims, LLC

Principal responsibilities and accomplishments include:

- Formulated and implemented action plans for clients to control legal fees and litigation expenses resulting in reduction of claim payouts by 20 to 50 to 100%.
- Completion of on-site property damage inspections and written report with recommendations
- Expert defense litigation for all property damage claims reducing claim totals on average by 40%

## EDUCATION

Northern University

Claims / Appraisal Certification Specialty Program

Syracuse University

IBM/ National Program Implementation for Freight Car Tracking

## POSITIONS, APPOINTMENTS, AFFILIATIONS & AWARDS

- National Excellence in Service Award Conrail (3 years)
- Zero Damage Award Conrail (2 years)
- Innovators Award - Designed Undercarriage Containment Device for tracking damage
- Board of Directors, Medical Claims Management
- Participant National Claims Conference
- Presenter AAR Field Study / Auto Terminal Damage Prevention
- Elected Parks & Recreation Commissioner – Massachusetts
- Member Bonita Springs Men's Club