# EXHIBIT 5

ADDENDUM 2 TO LOCOMOTIVE MODERNIZATION AGREEMENT

This ADDENDUM 2 TO LOCOMOTIVE MODERNIZATION AGREEMENT (this "Addendum 2") is entered into as of March 21, 2024 between NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation having offices at 650 West Peachtree Street NW, Atlanta, GA 30308, acting on its own behalf and on behalf of all of its railroad owning, operating, and/or maintaining corporate subsidiaries in accordance with the provisions of this Agreement ("NS"), and WABTEC TRANSPORTATION SYSTEMS, LLC having offices at 2901 East Lake Road, Erie, Pennsylvania 16531 ("Wabtec"). NS and Wabtec hereby agree as follows:

RECITALS

**WHEREAS**, Wabtec and NS entered into that certain Locomotive Modernization Agreement dated as of February 8, 2022 (the "Modernization Agreement").

**WHEREAS**, NS and Wabtec desire to modify the Modernization Agreement as set forth herein.

**NOW THEREFORE**, in consideration of the mutual covenants set forth herein, and intending to be legally bound hereby, NS and Wabtec agree as follows:

1. **Modernization Scope**

(a) During performance of the Modernization Services with respect to NS Locomotive bearing Road Number NS9646 (the "Locomotive"), Wabtec shall apply the additional wreck repair scope set forth below ("Wreck Repair Scope").

- Removal of the Locomotive from the heavy flat car and repair staging
- #1 End: new center pin
- #1 End: new step assemblies, step light arrangements, skirts
- #1 End: new end plate, snowplow arrangement, end piping/connections, uncoupling levers, MUF harness, ditch light arrangement, MU supports
- #2 End: new end plate, pilot arrangement, end piping/connections, uncoupling levers, knuckle holders, MU supports
- Fuel Tank: repair as required with new #1 end plate, baffle, top plate, sump sheets
- A-Side: repair rigger damage, fuel tank supports, retention tank piping, new fuel fill
- B-Side: new yaw damper support, truck stop, wireway walkway, cable tray, fuel tank sight glass, electric bell arrangement, handrails
- Engine Cab: new horn arrangement, repair exhaust hatch and engine cab weldment B-Side
- Radiator Cab: repair rad cab weldment B-side, new as required B-Side covers, screens, doors
- Miscellaneous smaller repairs not covered in the DC/AC scope

(b) If, in the course of performing the wreck repair Wabtec discovers additional damage to the Locomotive, the repair of which would be outside of the Wreck Repair Scope ("Additional

Work”), Wabtec shall notify NS and provide a quote for such Additional Work thereof. Wabtec and NS shall negotiate an equitable adjustment in the price and delivery schedule of the Locomotive, as applicable.

(c) The Locomotive will be redelivered to NS following Reck Repair Scope and Modernization Scope no earlier than January 1, 2025 and no later than Dec 31, 2025 unless otherwise agreed upon by both parties.

2. **Purchase**

(a) The additional wreck repair scope described in Section 1 above shall add Redacted to the price to be paid by NS to Wabtec for Modernization of the Locomotive, with this Redacted to be invoiced against NS PO # **4551604007**.

(b) Wabtec shall submit the invoice for the Modernization Services against NS PO # **4501739594**.

3. Capitalized terms used and not otherwise defined in this Addendum 2 shall have the meanings ascribed to such terms in the Modernization Agreement.

4. Except as expressly set forth herein, all other terms and conditions in the Modernization Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have caused this Addendum 2 to be executed by their authorized representatives as of the date set forth above.

**WABTEC TRANSPORTATION SYSTEMS, LLC**
For itself and for all of its affiliates that may perform obligations hereunder

By: ______________________________

Name: ________________________

Title: _________________________

**NORFOLK SOUTHERN RAILWAY COMPANY**
For itself and for all of its railroad owning and operating corporate subsidiaries

By: DocuSigned by: Sheetal Spiegel 2CA2276116A1426...

Name: Sheetal Spiegel

Title: Director Purchasing