# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Norfolk Southern Railway
Company,
Plaintiff,
C/A No. 3:25-cv-06618-SAL
vs.
American Italian Pasta
Company,

Defendant.

RULE 30(B)(6) VIDEO DEPOSITION OF NORFOLK SOUTHERN
RAILWAY CORPORATION
BY WITNESS RYAN STEGE
August 27, 2026
1:06 p.m.
Hall Bloch Garland & Meyer LLP
900 Circle 75 Parkway
Suite 500
Atlanta, Georgia
Valerie N. Almand, RPR, CRR, CRC
David Ramirez, Legal Video Specialist

A. That's correct.
Q. Okay. And even -- do you know off the top of your head exactly what was going to be upgraded?
A. Yes.
Q. What?
A. So the locomotive has the propulsion system upgraded from DC to AC. It has a new operator cab and a new auxiliary cabin stalled.
Q. Were those three things that were already contracted to be done prior to the accident?
A. Those things, yes, as part of the modernization, they were contracted prior to the accident.
Q. Was there any aspect of the modernization that was done, new scope of work postaccident?
A. Yes. The pilot sheets, the traction pin, I don't remember everything, but there was -- there was items that were -- that were contracted above and beyond the modernization scope that were all related to the wreck damage.
Q. So instead of having them repair it to the way it was, you had them repair it but in a more modern -- modern way? I mean, it was improved?

MR. WHITNEY: Object to the form.
A. No.
BY MR. RADECK:
Q. Okay.
A. The operator cab, the traction motors, the propulsion system, was improved. But all of what was repaired for the wreck was repaired in kind.
Q. Are you charging AIPC for those three ticket items for the modernization that you had already agreed to pay Wabtec for?
A. No. No. We had to pay the full modernization scope separate, and what was charged to initials was just the wreck repair addendum.
Q. All right. So the three locomotives get to Juniata, and we don't know currently when they got there, we don't know how long they were there, we don't know when the repairs were finalized, we don't know exactly when 9646 got to Wabtec. But we do know that two years -- you know, at least a year later is when the first invoice went out, and then the second invoice went out in November of that year. Are you aware of that?
MR. WHITNEY: Object to the form. He told you he can tell you when the repairs were

A. I have.
Q. Is that part of your job is to handle those negotiations and you deal with those contracts?
A. I deal with the contracts. There's a sourcing department that actually does the negotiation.
Q. Okay. The original modernization agreement was -- and I think we talked about this, referenced in the recitals is dated February 8th, 2022, which is before this subject derailment in July of '22; is that right?
A. The date of the modernization agreement?
Q. Yeah, the first whereas clause there under recitals.
A. Yes.
Q. That's where we know that 9646 was already scheduled to be modernized before this derailment, right?
A. It was under contract for modernization, correct.
Q. And then the addendum adds wreck repair scope, do you see that? Under the modernization scope?
A. Yeah, there's a section -- you said wreck

repair scope. I don't see that, that's why I was asking. I mean, there's a scope that is -- okay, I do, I see it now in the parentheses. Yep.

Q. So you have modernization services, and then you're adding additional wreck repair scope, right?

A. That's correct.

Q. Okay. And so is it your position that all the subpoints here, the wreck repair scope, are things that were only being done because of this derailment?

A. That's exactly right.

Q. There's none of those subpoints under the wreck repair scope were preexisting to be done by Wabtec?

A. No, they were not.

Q. And if you go to the next page, page 39.

A. Yes, sir.

Q. The addendum says that -- sorry, I lost my -- it says that the additional wreck repair scope there under purchase adds $550,000 to the price, do you see that?

A. Yes, I do.

Q. Is that 550,000 something that was added to the charge y'all are passing to AIPC?