# EXHIBIT 1

3 AXIS ENGINEERING, LLC

5929 Knight Avenue
Tuscaloosa, Alabama 35405

# Report on the Norfolk Southern – AIPC Matter

Allen Powers, P E
2/25/2026

This is a report of activities and conclusions concerning the investigation and reconstruction activities concerning the accident identified herein. The conclusions could be influenced by new information that becomes available at some later time.

**Accident Statistics:**

Unit 1 Operator(s): Rico Blanchett

Unit 1: EMD SW1500 Switching Locomotive (RSSX 2535) and 6 cars

Unit 2 Operator(s): David Small and Ray Rightmier

Unit 2: Norfolk Southern train with a GE ES44AC (NS8130) as lead locomotive

Date: July 11, 2022

Time: 8:14 AM

Location: Near milepost SC122, east end of the American Italian Pasta Company siding

**Sources Examined for Information:**

1. The Accident Scene;
2. The switcher locomotive;
3. An exemplar hopper railcar; .
4. Norfolk Southern incident reports;
5. Published information on the vehicles;
6. Provided photographs taken of the scene including the derailed units;
7. Depositions, provided exhibits and materials of:
    1. Small
    2. Ogden
    3. Rightmier
    4. Blanchett
8. Google aerial image;
9. Provided materials:

    1-510-000001-510-000048 - Download Graph.pdf
    2-AIPC 000047-000059 - Photos of Derailment.pdf
    501-001866.WMA

501-001867.WMA
510-000001 - 510-000048 - Download Graph.pdf
Cox.Plfs' Ex 1 - 5.15.25 - AIPC 003657 - 3662 Cox Supp Report 5.14.25.pdf
Cox.Plfs' Ex 3 - 5.15.25 - AIPC 003670 Craig Cox Notes.pdf
Generic_Playback.txt
NS Train Consist.pdf
NS8130 Event Recorder Printout.pdf
RailView Playback.msi
RV3548F_07112022_071500.mp4
RV3548F_07112022_071501.mp4
3-AIPC 000094 - 000142 - FOIA from South Carolina ORS.pdf
4-NS Production - South Carolina ORS and FRA Inspection Report.pdf
521-000001 - 521-000023 NS PD Incident Report.pdf
NS Incident Report.pdf
Small - NS Production 1501-500-002000.PDF
Small - NS Production 500-000001-500-000500.PDF
Small - NS Production 500-000501-500-001000.PDF
Small - NS Production 500-001001-500-001500.PDF
Small - NS Production 500-002001-500-002038.PDF

10. Plaintiff disclosures

I have a Master of Science degree in Mechanical Engineering and Bachelor of Science in Mechanical Engineering, both from the University of Alabama. I have extensive experience in the practice of engineering and have taught undergraduate engineering classes at the University of Alabama. I have been involved in accident reconstruction for over 35 years and am a registered Professional Engineer in the State of Alabama.

**The Accident Description according to the NS Incident Report:**
"238P310 train crew traveling east on the SC-Line collided [sic] an industry owned remote control locomotive that was fouling the mainline at SC122 milepost…[an AIPC] employee was operating the remote control locomotive and derailed on an eastward move through the split point derail resulting in said locomotive coming to a rest fouling the mainline…The impact caused 238P310's lead locomotive (NS 8130) to turn over on its side, 2nd locomotive (NS 9646) to turn over on its side, 3rd locomotive (NS 7119) to derail all wheels leaving the engine upright."

**The Accident Scene:**
The scene was inspected, photographed, measured with survey equipment, and laser scanned using a FARO scanner on July 15, 2025. An additional inspection was made on August 9, 2025 when drone photography was performed. Damage was observed on the ties where the switcher locomotive was derailed.

Below is a scale diagram of the accident site including measured survey points and an orthomosaic image created from drone photography. The second image shows a more detailed view of the area of impact.



**Figure 1**. Overall scale diagram of the accident site



**Figure 2.** Scale diagram of the area of impact

**EMD SW1500 Switching Locomotive (RSSX 2535)**

The switching locomotive was inspected, photographed, measured, and scanned on July 15, 2025. Scraping was observed along the right side of the locomotive, beginning approximately 11 feet rearward from the front right corner of the walkway, as shown below.





**Figure 3.** Scrapes on the switcher locomotive

**Observations and Opinions:**

- The switcher locomotive was visible to the NS operators from more than 2000 feet away from impact.
- The Leidos Railview videos are low resolution, only 5 frames per second, and captured with a wide-angle camera lens. A 50mm lens provides a better representation of how the scene appears to the human eye.[1,2] Therefore, the switcher locomotive would have been more conspicuous to Small and Rightmier than it appears in the Railview videos. A 3D rendering was created to demonstrate 50 mm view perspectives for the approach to the scene from the Norfolk Southern locomotive as shown below.

[1] Modrak, R., & Anthes, B. (2010). *Reframing Photography: Theory and Practice* (1st ed.). Routledge.
[2] Banks, M. S., Cooper, E. A., & Piazza, E. A. (2014). Camera Focal Length and the Perception of Pictures. *Ecological psychology : a publication of the International Society for Ecological Psychology*, *26*(1-2), 30–46. https://doi.org/10.1080/10407413.2014.877284



**Figure 4.** Rendering from 50mm lens at the position of the exterior Railview camera when the Norfolk Southern locomotive is 1000 feet from impact



**Figure 5.** Rendering from 50mm lens at the position of the conductor (Rightmier) when the Norfolk Southern locomotive is 1000 feet from impact

- Based upon literature[3] and EDR data from a previous different train accident, the deceleration rate for the Norfolk Southern train during emergency braking would be between

[3] Loumiet, J. R., & Jungbauer, W. G. (2011). *Train Accident Reconstruction and FELA & Railroad Litigation* (4th ed.). Lawyers and Judges Publishing Company.

0.065 and 0.1 g. The total distance required for the Norfolk Southern train to stop from 31 mph (its speed when 1000 feet away from impact), including factors for perception-reaction and brake transmission and build-up time, is between 494 and 667 feet.

- A video was rendered demonstrating that the Norfolk Southern train could have come to a stop using a 1.5 sec P/R time of the switcher locomotive in the foul began when the Norfolk Southern train was 1000 feet from impact and the Norfolk Southern train achieved a 0.0825 g deceleration rate. This shows the Norfolk Southern train stopping 419 feet away from impact. 30 and 50 mm lens perspective images from this rendering are shown below:



**Figure 6.** View from stopped Norfolk Southern locomotive after stopping. Top: 50mm lens at conductor's position. Bottom: 30mm lens at exterior Railview camera position.

- In the interior Railview video, Small begins to reach for the brake 9.4 seconds before impact, when the Norfolk Southern train is 483 feet away from impact, although the EDR data indicates braking was not applied until after collision. If the emergency brakes were applied at this moment, the Norfolk Southern train would still impact the switcher locomotive, but its speed at impact would be approximately 16 mph. At 16 mph, the Norfolk Southern train has less than 20% of the kinetic energy it had during the actual impact at 36 mph. Similarly, Small states in his deposition that he noticed the switcher sticking out onto the track when the Norfolk Southern train was roughly 600 feet away. If he began perception/reaction at this point, using 1.5 seconds P/R time, the Norfolk Southern train would have impacted at approximately 12 mph, possessing 11% as much kinetic energy as in the actual impact. Small alternatively states he saw the switcher sticking out onto the track when he reached the rear of the cars behind the switcher. At this point, the Norfolk Southern train was approximately 380 feet from impact. Similarly, if he began perception/reaction at this point, the Norfolk Southern train would have impacted at approximately 26 mph, possessing 52% as much kinetic energy as in the actual impact. In any of these cases, the Norfolk Southern train would have meaningfully decelerated prior to impact, which would be expected to result in a smaller numbers of cars de-railing and overturning.

**Resume and Recent Testimony:**
A copy of my resume and recent testimony is attached. My fee schedule is $420 per hour, plus expenses required by the project. I have investigated the subject accident. As such, my opinions will be related to the reconstruction issues of the accident. This is a report of activities and conclusions concerning the investigation and reconstruction of the accident identified herein with the information available to date. The conclusions could be influenced by new information that becomes available at some later time.

Respectfully,

Allen Powers

Allen Powers

**Allen K Powers, P.E.**
**3 AXIS ENGINEERING LLC**
**5929 Knight Ave**
**Tuscaloosa, Alabama 35405**
**Phone (205) 758-4488**

---

**PROFESSIONAL EMPLOYMENT**

January 2013 To Present — **3 AXIS ENGINEERING, LLC, TUSCALOOSA, ALABAMA**
Forensic Engineering and Accident Reconstruction

August 1997 to January 2013 — **DOUGHTY & POWERS ENGINEERING, LLC, TUSCALOOSA, ALABAMA**
Technical experience includes the application of engineering principles, theory and design. Have implemented standards, including safety standards, in the design process and have been involved in establishing and developing engineering standards. Have extensive experience performing analysis, research and computer simulations. Forensic areas of investigation and reconstruction include automobile, tractor trailer, train, industrial, manufacturing and farm accidents. Have investigated and reconstructed single vehicle, articulated vehicle and multi-vehicle accidents, including trains and tractor trailers. This includes the determination of speeds, kinematics and dynamics of vehicles and the evaluation of performance at the component level.

January 1982 to August 1997 — **PRIVATE CONSULTING, TUSCALOOSA, ALABAMA**
Traffic Accident Investigation and Reconstruction – Application of engineering principles and theory for the reconstruction of motor vehicle accidents. Capabilities include: computer Crash analysis-including 3-D simulation, survey quality scene data acquisition and scale CAD drawings of scenes and vehicles. Began this part-time in 1982 and went full-time in January 1994.

June 1995 to May 2000 — **UNIVERSITY OF ALABAMA, TUSCALOOSA, ALABAMA**
Taught undergraduate classes in Thermodynamics and Engineering Design for the Mechanical Engineering Department and Dynamics classes for the Aerospace and Engineering Mechanics Department.

Fall 1998 to May 2000 — **Director**, Mechanical Engineering Design Clinic

June 1985 to January 1994 — **SENIOR ENGINEER, TELEDYNE BROWN ENGINEERING, HUNTSVILLE, ALABAMA**
Space Programs Division: Lead Design Engineer responsible for the mechanical development and design of several pieces of Ground Support Equipment (GSE). These were singular purpose design equipment to be used in the assembly and integration of Space Station Freedom. Performed configuration and verification analysis of flight equipment for SPACELAB payloads. This included testing and qualification of space flight hardware. Responsible for analysis and simulation of U.S. Laboratory automation elements, including the zero-G cutting and polishing unit and the glove box facility. Performed human factors modeling to establish design constraints and enhancements of the Space Station Material Sciences Glove Box. Developed computerized kinematic man and woman models for human factors analysis of manned Space Station activities. Kinematic and dynamic analysis of a space-based robot for the Space Station Laboratory. Wrote a torque/tension test plan for SPACELAB center aisle bolts. Military Programs Division: Performed research on methods for slot cooling during hypersonic missile flight. Developed a computer code to perform parametric studies for missile body cooling effectiveness of different gases. Used Computational Fluid Dynamics (CFD) codes to determine properties around hypersonic missiles. Performed mass property and heat transfer analysis for the Air Force Improved Data Link (IDL) pod. Performed mass property analysis for the FOG-M program.

August 1984 to June 1985 — **UNIVERSITY OF ALABAMA, TUSCALOOSA, ALABAMA**
Graduate teaching assistant. While taking graduate classes, taught undergraduate classes of Thermodynamics and the laboratory for Nuclear Engineering.

January 1983 to August 1984 — **ENGINEER, NASA, MARSHALL SPACE FLIGHT CENTER, HUNTSVILLE, AL**
Systems Engineer: Performed structural and systems engineering for the latching mechanism on the SPACELAB Instrument Pointing System (IPS). Responsible for the management and manipulation of real time data from experiments aboard the SPACELAB I mission, providing data to scientists and engineers operating consoles. Helped design and assemble experiment hardware for the Electrophoresis of Blood Cells Experiment for the Space Sciences Laboratory. Instrumented the experiment and wrote computer codes to collect, process and present the data.

## EDUCATION

1985 University of Alabama, Tuscaloosa, Alabama. MS, Mechanical Engineering

1982 University of Alabama, Tuscaloosa, Alabama. BS, Mechanical Engineering – Honors Graduate. Tau Beta Pi, Tau Sigma, Alumni Honors Scholarship, University Honors Scholarship.

## ORGANIZATION & HONORS

Distinguished Departmental Fellow, Department of Mechanical Engineering, University of Alabama
Professional Engineer – State of AL – License #20711
American Society of Mechanical Engineers
Society of Automotive Engineers
National Association of Professional Accident Reconstruction Specialists
AIAA Committee on Standards for Space Automation and Robotics, 1990, 1991

## RELATED CONTINUING EDUCATION

- **NUTI Traffic Accident Reconstruction** course in Chicago, IL; April 4 – 15, 1994
- EDC **EDCRASH** course on computer crash analysis in Los Angeles, CA; April 1994
- **Commercial Vehicle Accident Investigation and Reconstruction** course at ASU; June 1996
- EDC Simulations **(EDSMAC, DESVS and EDVTS)** course in Miami, FL: November 1997
- Engineering Dynamics Corporation **HVE Forums**: 1998, 1999, 2000, 2005, 2010, 2017.
- **Heavy Vehicle Rollover TOPTEC** in Richmond, British Columbia, Canada; July 2000.
- **Vetronix Crash Data Retrieval (CDR)** course, at IPTM, in Jacksonville, FL: November 2001
- Bendix Commercial Systems **Air Brake Training School** in Elyria, OH; November 2003
- Occupant & Vehicle Kinematics in Rollovers, Detroit, MI; December 2005
- Caterpillar Electronic Technician, Birmingham, AL; August 9, 2006
- Detroit Diesel Electronic Report; Detroit, MI; August 14 – 15, 2006
- CDR System Data Analysis Certification, 2007, 2010, 2011, 2012
- IATAI Traffic Crash Reconstruction Conference, Bloomington, IL: September 2007
- CDR Train-the-Trainer Course, Houston, TX; February 2008, 2011
- Investigation of Motorcycle Crashes, Jacksonville, FL; August 2009, IPTM
- Advanced Skills for the CDR Data Technician, Seattle, WA; October 2009
- CDR Users Summit, Houston, TX; January 2011
- SAE Accessing and Interpreting HVEDR Data, 2011

## COURSES TAUGHT and CRASH TEST EXPERIENCE

- CDR Technician Operator Classes, 2008, 2009, 2011, 2012
- HVE CSI Applications in Vehicle Crash Tests SCARS 2010, 2011; Charleston, S. Carolina
- HVEDR – Heavy Vehicle Event Data Recorder Training – March 2012; Ontario, Canada
- CDR Analyst Course, May 14 – 18, 2012; Chicago, Illinois
- OPC Recon, 2011
- SCARS 2010, 2011, 2013, 2014, 2019, 2023
- 22nd Annual Liability Conference, Oklahoma City, OK June 2015
- WREX 2016
- 2016 Tennessee Traffic Crash Investigation and Safety Symposium
- HVE Admissibility Workshop Guest Lecturer/Moderator, 2017 EDC HVE Forum
- 26th Annual Liability Conference, Essex, VT July 2019

# Allen K. Powers, P.E.

## Depositions/Trials

| DATE | CASE | TYPE | ATTORNEY | | VENUE |
|---|---|---|---|---|---|
| 2/14/2020 | Allen Hall | Depo/P | Williams, Sara | 3:19-CV-00105-HNJ | US District Court Northern District of AL Northwestern Division |
| 3/2/2020 | Bartley - GA / BATO | Depo/D | Brosseau, Marc | 18-CV-0079 | Superior Court of Troup Co State of Georgia |
| 8/18/2020 | Hart v Classic Towing | Depo/P | Heninger, Stephen D | 01-CV-2018-904399.00 | Circuit Court of Jefferson County, AL |
| 9/1/2020 | R&L Lake City Randolph | Depo/D | Hall, David | 2018-CA-6245 Div: CV-D | Circuit Court, Fourth Judicial Circuit of Duval Co, FL |
| 10/22/2020 | Spray v Precision | Depo/D | Gray, John Merrill | 50-CV-2019-9000543.00 | Circuit Court of Marshall Co, AL |
| 11/24/2020 | Zachary Moore / Posey v Moore | Depo/P&D | Taylor, Ed | 1:18-cv-327-KS-RHW | US Disctrict Court Southern District of Mississippi Southern Division |
| 2/11/2021 | Zito Accident | Depo/P | Jenkins, James J | CV-17-900634 | Circuit Court of Tuscaloosa County, AL |
| 3/9/2021 | Ford Lumber | Depo/D | DeMarco, Paul | CV-2019-901635 | Circuit Court of Alabama Mobile County |
| 5/13/2021 | Peebles v Lunceford | Depo/P | Lowell, Craig W | 58-CV-2019-000013.00 | Circuit Court of Shelby County AL |
| 9/9/2021 | Huffstutler v Tyson | Depo/D | Richter, Jeremy | CV-2018-900113 | Circuit Court of Marshall Co, AL |
| 9/29/2021 | Posey v Moore | Depo/D | Taylor, Edward C | 1:18-CV-327-KS-MTP | District Court for the Southern District of Mississippi South Division |
| 10/18/2021 | BATO - Desvarieux | Depo/D | Lieberman, Chad | 2015-018169 CA25 | Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Flc |
| 12/14/2021 | VC Trucking (McNamee) | Depo/P | Spence, Bert & Vann | 58-CV-2018-900663.00 | Circuit Court of Shelby Co, AL |
| 1/26/2022 | Yekel v TEC | Depo/P | Buchannon, Todd | CV-2020-901126.00 | Circuit Court of Jefferson County, AL |
| 3/29/2022 | BATO - Rusgrove | Depo/D | Chad Lieberman | 2020-CP-38-00445 | Court of Common Pleas, Orangeburg Co, SC |
| 5/16/2022 | Bartley - GA / BATO | Trial/D | Rob Tonn | 18-CV-0079 | Superior Court of Troup Co State of Georgia |
| 8/2/2022 | Major v Abernathy | Depo/D | Scott G Jones | No: 19-1151 Division : "E" | 34th Judicial District Court for the Parish of St Bernard, State of Louisiana |
| 8/8/2022 | Pannell v Reed | Depo/D | Stephen V Hammond | 47-CV-2019-901937.00 | Circuit Court of Madison Co, AL |
| 9/6/2022 | State v Jonna McGuyre | Hearing | Richard D Jensen | 52-CC-2020-000305.00 | Circuit Criminal Court of Morgan Co, AL |
| 9/20/2022 | Gordon v United States of America | Trial/D | Angela Givens Williar | 3:20-cv-697-D | United States District Court for the Southern District of Mississippi Northe |
| 10/17/2022 | Mann v Deere | Depo/D | Lee, David | 47B-18-131 | Circuit Court of Mississippi, Arkansas Chickasawba District |
| 11/21/2022 | Nordstrom v Coons | Depo/D | Canupp, David J | 47-CV-2019-901794.00 | Circuit Court of Madison Co, AL |
| 11/28/2022 | Loveall v Ranger | Depo/P | Williams, Sarah | 40-CV-2020-900002.00 | Circuit Court of Lamar Co, AL |
| 12/9/2022 | Hamer v Crenshaw | Depo/D | Whitt, Murry S | CV-2019-900008 | Circuit Court of Chambers Co, AL |
| 12/20/2022 | Charter Pine Island | Depo/D | Hair, Barry | 50-CV-2020-900064.00 | Circuit Court of Marshall Co, AL |
| 1/30/2023 | R&L Thomasville | Depo/D | Hall, David | 2020CV00538 | US Dist Court middle Dist of Georgia Valdosta Division |
| 2/16/2023 | Josh Nabors | Depo/P | Hornsby, Clay | CV-2020-900184 | Circuit Court of Etowah County, AL |
| 3/28/2023 | Vines v Atkins North America | Depo/D | Hamrick, John M | 19EV006914 | State Court of Fulton County, GA |
| 5/3/2023 | Nordstrom v Coons | Trial/D | Canupp, David J | 47-CV-2019-901794.00 | Circuit Court of Madison Co, AL |
| 5/8/2023 | McGuire v Reed | Depo/D | Hammond, Stephen \ | 47-cv-2020-901158.00 | Circuit Court of Madison Co., AL |
| 8/10/2023 | Powell v Double L Farms | Depo/P | Patrick M Lavette | 50-CV-2020-900432.00 | Circuit Court of Marshall Co., AL |
| 9/29/2023 | Hutchinson Fayetteville TN | Depo/P | Jackson, Mark A | 4:21-cv-28-CHS | US District Court Eastern District of Tennessee at Winchester |
| 11/16/2023 | McGuire v Reed | Trial/D | Hammond, Stephen \ | 47-cv-2020-901158.00 | Circuit Court of Madison Co, AL |
| 1/29/2024 | Westerfield v Leap of Faith | Depo/D | Williams, Priscilla K | 1:23-cv-00064 | US District Court for the Southern District of Alabama Southern Div |
| 2/29/2024 | Hutchinson Fayetteville TN | Depo/P | Jackson, Mark A | 4:21-cv-28-CHS | US District Court Eastern District of Tennessee at Winchester |
| 4/25/2024 | Allen v Craneworks | Depo/D | Jeremy Knowles | 35-CV-2023-900052.00 | Circuit Court of Greene Co, AL |
| 4/29/2024 | Hucherson v UPS | Depo/P | Charles James II | 02-CV-2019-CV-901386 | Circuit Court of Mobile Co, AL |
| 7/30/2024 | Hansen v Adkins | Depo/D | Bill Pipkin | CV-2022-900033.80 | Circuit Court In & For Butler Co, AL |
| 8/9/2024 | Patrick v APCO | Depo/D | Ken Perry | 01-CV-2022-902018.00 | Circuit Court of Jefferson County, AL |
| 11/11/2024 | Cook v Hindman Wrecker | Depo/D | Ben Reardon | CV-2021-900329 | Circuit Court of Talladega County, AL |
| 11/8/2025 | Amanda Falkner Incident | Depo/P | Craig Lowell | 2:23-CV-00005-AMM | United States District Court for the Northern District of Alabama So Div |
| 2/10/2025 | Faith Chapel Cases | Depo/D | Chad Lieberman | 22-DA-CC-0017-21 | Circuit Court of Dallas County, MO |
| 7/10/2025 | Watkins Trucking 7.31.19 | Depo/D | Michael A Vercher | 01-CV-2020-901746.00 | Circuit Court of Jefferson County, AL |
| 9/3/2025 | Dow v IBP | Depo/D | Brandon Holmes | 2022-CA-004133 | Circuit Court of the Tenth Judicial Circuit In and For Polk Co, FL Civil Div |
| 10/29/2025 | Dow v IBP | Trial/D | Brandon Holmes | 2022-CA-004133 | Circuit Court of the Tenth Judicial Circuit In and For Polk Co, FL Civil Div |
| 1/15/2026 | Sperger v Chambers | Depo/P | Keith Belt | 4:23-CV01626 | US District of Alabama Middle Division |
| 1/21/2026 | Sperger v Chambers | Trial/P | Keith Belt | 4:23-CV01626 | US District of Alabama Middle Division |
| 1/16/2026 | Harris v Spectrum | Depo/D | Barry Hair | 2:23-ev-00843-NAD | US District Court for the Northern District of AL Southern Division |

Formerly Known As

3 AXIS ENGINEERING, LLC

Doughty & Powers ENGINEERING, LLC

CONSULTING ENGINEERS
5929 KNIGHT AVENUE, TUSCALOOSA, AL 35405
PHONE: 205.758.4488 FAX: 205.758.4489
ACCOUNTS@3AXISLLC.COM

Below is a listing of rates and fees for Consulting Services for 2026:

- **Allen K. Powers** - $420 per hour
- **Joey K. Parker** - $360 per hour
- **Jeremy D. Hunter -** $310 per hour
- **Patrick C. Davis -** $225 per hour
- **Andrew L. Clark -** $225 per hour
- **Thomas Eddie Lavett** - $195 per hour
- **Engineering Support** - $100-$225 per hour (varies, depending on service and assistant used)
- **Administrative Support**- $50 per hour (printing of photographs, research, and clerical support, etc.)
- **Expenses** directly related to case

**Equipment Usage Fees:**

- **Faro Laser Scanner** - $450
- **Survey/Drone -** $350
- **Photographs** – $0.80 per photo
- **Video -** $30.00
- **Heavy Vehicle ECM Download -** $350
- **Berla Infotainment System Download -** $1500
- **Passenger Vehicle Download (CDR) -** $350
- **Mileage -** $.72 per mile for travel directly related to case