# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

NORFOLK SOUTHERN RAILWAY COMPANY,
Plaintiff,
vs. CIVIL ACTION NO. 3:25-cv-06618-SAL
AMERICAN ITALIAN PASTA COMPANY,
Defendant.

30(b)(6)
DEPOSITION OF: JUSTIN BROOKS
DATE: April 22, 2026
TIME: 12:31 P.M.

LOCATION: Law Offices of
Gallivan, White & Boyd, PA
1201 Main Street, Suite 1200
Columbia, SC
TAKEN BY: Counsel for the Defendant
REPORTED BY: LORI S. MORTGE,
Certified Court
Reporter, CCR

A. (Reading.) What are you looking at?
Q. Walk me through each of your measurements here.
A. Okay. So the track center is 12 feet, that was a note I took reading Ken Rusk's report.
Q. Okay.
A. See, he alluded to a 12-foot so I was curious where he found a measurement that close. But -- so I made that note before I went out there and I...
Q. Okay. Let me -- again, I don't want to cut you off. I want to make sure we're going one by one because I think the measurements could be important.
Track centers, you noted Rusk put down 12 feet. What did you find, if anything, different?
A. I found 15 feet two and a half inches at the end of the derail. And I found 16 feet at the -- I guess we'll call it the original end of the derail. We extended the derail after the event but -- so the original end of the derail was 16 feet clearance and then the existing end of the derail is 15 feet two and a half.
Q. Okay. What does the third line there say at the top, the note part?