# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

NORFOLK SOUTHERN RAILWAY COMPANY,
Plaintiff,
vs. CIVIL ACTION NO. 3:25-cv-06618-SAL
AMERICAN ITALIAN PASTA COMPANY,
Defendant.

DEPOSITION OF: DUSTIN BELL
DATE: August 4, 2026
TIME: 8:47 A.M.

LOCATION: Law Offices of
Gallivan, White & Boyd, PA
1201 Main Street, Suite 1200
Columbia, SC
TAKEN BY: Counsel for the Defendant
REPORTED BY: LORI S. MORTGE,
Certified Court
Reporter, CCR

and measuring it from the location of the derail, that was different from what was noted on the plans; is that right?
A. I -- I'm not sure I understand the question. So the plans that -- the track centers far exceeded what the NS policies are. So the 12-foot track center requirement for NS, the track centers -- where the derailment occurred and where NS set the derailer, the double switch derailer to derail equipment, at that point those track centers far exceeded the 12-foot mark.
I believe Mr. Brooks went back out and took measurements that were around 16 feet or so, you know, so it's somewhere between that 16, you know, maybe 17-foot track center range.
Q. And that's what I'm asking you, did you measure the track center and you said no; right?
A. Yeah. I did not.
Q. Okay. And it sounds like are you relying on Justin Brooks' measurements to be able to talk about the track center that's out there now?
A. As far as the track center that's there now?
Q. Sure.
A. It's different from the original -- the

derailment, the date of the derail.

Q. Okay. What was the track center on the date of the derail?

A. That's what I'm saying. It's, like, between 16, 17 feet. So the track center at the point of the derailment was somewhere around 16, 17 feet.

Q. And you know that based on Justin's measurements?

A. So he took measurements, took -- you know, went on Google -- Google Earth, you know, historical view, looked at it myself, you know, did an estimate on that as well. So, you know, there's different ways that -- yes, those are two ways that I looked into that when I -- when I found out that the track clearance or -- you know, that was coming into question.

Q. And Justin, he measured it -- he measured it the day before his deposition this year; is that right?

A. I'm not -- I don't remember exactly when he measured it. I don't remember exactly when he measured it.

Q. And have you seen -- did you see the pictures from his deposition that he took doing his